FILED
JUL 19 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | * |
| BRANDON BERNARD, | *   CRIMINAL NUMBER |
| Defendant. | *   W-99-CR-070 |

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DISCLOSURE OF AGREEMENTS BETWEEN THE GOVERNMENT AND GOVERNMENT WITNESSES

TO THE HONORABLE WALTER S. SMITH, JR., UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

The Defendant, BRANDON BERNARD, respectfully presents the following authorities in support of his motion to require disclosure of agreements between the Government and Government witnesses:

1. Giglio v. United States, 405 U.S. 150 (1972).

2. Napue v. Illinois, 360 U.S. 264 (1959).

Respectfully submitted,

_____
RUSSELL D. HUNT
State Bar No. 10289200
Attorney at Law
Post Office Box 726
Waco, TX 76703-0726
(254)753-3738  FAX 254/753-8118
ATTORNEY FOR DEFENDANT
BRANDON BERNARD

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion has been mailed to the U. S. Attorney's Office, Western District of Texas, Waco Division, on this the 16th day of July, 1999.

_____
RUSSELL D. HUNT