FILED

JUL 29 1999

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CRIMINAL NO. W-99-CR-070 |
| BRANDON BERNARD | * | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR NOTICE OF GOVERNMENT'S INTENTION TO USE EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States for the Western District of Texas, and files this response to Defendant's Motion for Notice of the Intention to Use Evidence as follows:

I.

The United States will, ahead of trial, make witnesses' statements and reports available to defense counsel. It is believed that this open file type discovery will make unnecessary a separate notice of intention to use evidence.

Respectfully submitted,

JAMES WILLIAM BLAGG
United States Attorney

By: MARK L. FRAZIER
Assistant United States Attorney
700 S. University Parks, Suite 770
Waco, TX 76706
254-750-1580

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Response to Defendant's Motion for Notice of the Intention to Use Evidence has been mailed on this __28__ day of __July__, 1999, to the following:

Russell D. Hunt
Attorney at Law
P.O. Box 726
Waco, TX 76703-0726

_____
Assistant United States Attorney

2