FILED

JUL 29 1999

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     *

V.     *     CRIMINAL NO. W-99-CR-070

BRANDON BERNARD     *

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR DISCLOSURE OF AGREEMENTS BETWEEN
THE GOVERNMENT AND GOVERNMENT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and files this response to Defendant's Motion for Disclosure of Agreements Between the Government and Government Witnesses and would show the Court as follows:

I.

The Government will make such agreements, if any, available to defense counsel prior to trial.

Respectfully submitted,

JAMES WILLIAM BLAGG
United States Attorney

By:     MARK L. FRAZIER
Assistant United States Attorney
700 S. University Parks, Suite 770
Waco, TX 76706
254-750-1580

1

35



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Response to Defendant's Motion for Disclosure of Agreements Between the Government and Government Witnesses, has been mailed on this 28 day of July, 1999, to the following:

Russell D. Hunt
Attorney at Law
P.O. Box 726
Waco, TX 76703-0726

Assistant United States Attorney

2