```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS              FILED
                            WACO DIVISION                FEB 2 8 2000

                                                     CLERK, U.S. DISTRICT COURT
                                                     WESTERN DISTRICT OF TEXAS
                                                     BY _____
UNITED STATES OF AMERICA          *                            DEPUTY CLERK

V.                                *     CRIMINAL NO. W-99-CR-070(2)

BRANDON AM BERNARD                *
```

### GOVERNMENT'S DEMAND FOR NOTICE OF ALIBI

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and files its Demand for Notice of Alibi, as follows:

I.

The Government, having previously provided information to the defense stating the time, date and place of the alleged offenses, hereby makes demand under Rule 12.1 of the Federal Rules of Criminal Procedure that the defendant notify the United States as to whether or not he intends to offer a defense of alibi. Further, should the defendant so intend, the Government demands to know the specific place or places at which the defendant claims to have been at the time the alleged offenses took took place and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi.

Respectfully submitted,

JAMES WILLIAM BLAGG
United States Attorney

By:    SCOTT L. FROST
       Special Assistant United States Attorney
       700 S. University Parks, Suite 770
       Waco, TX 76706
       254 750-1580



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Demand for Notice of Alibi, has been mailed on this _25th_ day of _February_, 2000, to the following:

Russell D. Hunt
Attorney at Law
P.O. Box 726
Waco, Texas 76703

_____
Special Assistant United States Attorney

