FILED

APR 11 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. W-99-CR-70(2) |
| | § | |
| BRANDON BERNARD | § | |

## SUGGESTED ADDITIONS TO DRAFT JUROR QUESTIONNAIRE

*TO THE HONORABLE WALTER S. SMITH, JR., UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:*

Now comes **BRANDON BERNARD**, one of the Defendants in the above-styled and numbered cause ("Defendant"), by and through his court-appointed attorney Russell D. Hunt, Sr. ("Attorney Hunt"), and files this his response to the Court's draft Juror Questionnaire which was filed on April 5, 2000.

I.

Present Question 120 leaves blank the names of the victims. Defendant would respectfully request that the names of the victims (Todd A. Bagley and Stacie L. Bagley) be inserted into Question 120.

II.

Present Questions 123 asks prospective jurors whether or not they know U. S. Attorney for the Western District of Texas, Bill Blagg or any other members of his staff. Defendant respectfully requests that the names of the two Assistant United States Attorneys who will be prosecuting this case (Mark L. Frazier and Scott L. Frost) be added by name to Questions 123.

III.

Defendant would also respectfully request that the names of the Government's primary investigating agents be included in a question similar to the present Question 123. These names should certainly include the primary FBI Agents and Texas Rangers who are serving as Case Agents.

IV.

Defendant would additionally respectfully request that the Court include a section on Gang Membership and/or Activity. It is my understanding that attorneys for Co-Defendant Vialva have submitted suggested questions in this regard.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests that the above suggested additions be made to the draft Juror Questionnaire and for whatever other relief the Court feels appropriate.

Respectfully submitted,

Russell D. Hunt, Sr.
State Bar No. 10289200
P.O. Box 726
Waco, Texas 76703-0726
(254) 753-3738
Fax (254) 753-8118
**ATTORNEY FOR DEFENDANT
BRANDON BERNARD**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion has been mailed to Mark Frazier, Assistant United States Attorney, Western District of Texas, Waco Division, Rod Goble, attorney for Co-Defendant Tony Sparks; and Stan Schweiger, attorney for Co-defendant Christopher Vialva, on April 11, 2000.

RUSSELL D. HUNT

Page 2