FILED
MAY 1 0 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. W-99-CR-070(2) |
| | § | |
| BRANDON BERNARD | § | |

### DEFENDANT BRANDON BERNARD'S PRELIMINARY AREAS FOR FURTHER EXAMINATION OF POTENTIAL JURORS– SUPPLEMENTAL LIST

*TO THE HONORABLE WALTER S. SMITH, JR., UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:*

Now comes **BRANDON BERNARD**, one of the Defendants in the above-styled and numbered cause ("Defendant"), by and through his court-appointed attorneys Russell D. Hunt, Sr. ("Attorney Hunt Sr.") and Russell D. Hunt, Jr. ("Attorney Hunt Jr."), and, pursuant to the Court's directions, files this his Preliminary Areas for Further Examination of Potential Jurors-Supplemental List, and would respectfully show unto the Court the following:

I.

Attached hereto and labeled Exhibit is a summary sheets describing by juror number those areas about which Defendant believes that the prospective jurors should be further questioned. The exhibit refers to juror questionnaires which were received today, and thus were not mentioned in the original filing of Defendant's Preliminary Areas for Further Examination of Potential Jurors. The exhibit should simply be considered as a further Exhibit to Defendant's previously-filed Preliminary Areas for Further Examination of Potential Jurors.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests that the Court either remove those jurors indicated for cause or, in the alternative and only if the Court refuses to remove the jurors for cause, requests that the Court permit further interrogation of those jurors in the areas that have been indicated.

Respectfully submitted,

_____
Russell D. Hunt, Sr.
State Bar No. 10289200
P.O. Box 726
Waco, Texas 76703-0726
(254) 753-3738
Fax (254) 753-8118
**ATTORNEY FOR DEFENDANT**
**BRANDON BERNARD**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion has been mailed to Mark Frazier, Assistant United States Attorney, Western District of Texas, Waco Division, ~~Rod Goble, attorney for Co-Defendant Tony Sparks~~; and Stan Schweiger, attorney for Co-defendant Christopher Vialva, on May 10th, 2000.

_____
RUSSELL D. HUNT

| Juror Number | Contamination (Usually by Publicity) | Racial Bias | Claims an Excuse | Missing information | Physical Disability | Death Disqualification | Other |
|---|---|---|---|---|---|---|---|
| 29 | | | | | | If guilty will impose death | |
| 35 | | 24a | family matters will distract | | | | |
| 62 | | 24a | 8 y/o child at home | | | | |
| 400 | | 85, 24a | 5/19 court date in Leon county | | | | |

EXHIBIT

16