IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | CRIMINAL NUMBER W-99-CR-070(2) |
| BRANDON BERNARD (2), | * | |
| | * | |
| Defendant. | * | |

FILED
JUN 0 7 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## DEFENDANT'S WRITTEN MOTION FOR JUDGMENT OF ACQUITTAL

TO THE HONORABLE WALTER S. SMITH, JR., UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

COMES NOW, BRANDON BERNARD, Defendant, by and through his attorneys Russell D. Hunt and Russell D. Hunt, Jr., and files this his Motion for Acquittal, and for cause therefor would respectfully show unto the Court the following:

I.

This Motion is being made pursuant to Fed R. Crim. P. 29(c), and is being filed within the period after the jury has returned the verdict of guilty, but before the passage of seven (7) days.

II.

Defendant respectfully moves for a Judgment of Acquittal on all counts of the indictment.

Respectfully submitted,

_____
RUSSELL D. HUNT
State Bar Number 10289200
Attorney at Law
425 Austin Avenue, Suite 1202
Waco, Texas 76701
254/753-3738  FAX 254/753-8118
ATTORNEY FOR DEFENDANT
BRANDON BERNARD

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing Motion has been delivered to the United States Attorney's Office, Western District of Texas, Waco Division, on this the 7th day of June, 2000.

_____
RUSSELL D. HUNT