**FILED**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

JUN 1 6 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. <u>W-99-CR-070</u> |
| | § | |
| CHRISTOPHER ANDRE VIALVA, (1) | § | |

<u>**SPECIAL FINDINGS FORM**</u>

<u>**COUNT ONE**</u>

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Todd A. Bagley **beyond a reasonable doubt**; answer "NO" if you do not so find:

> I(A) The defendant, Christopher Andre Vialva, intentionally killed the victim, Todd A. Bagley
>
> Unanimously     YES    \_\_\_\_X\_\_\_\_
>
> NO    _____

> I(B) The defendant, Christopher Andre Vialva, intentionally inflicted serious bodily injury that resulted in the death of the victim, Todd A. Bagley
>
> Unanimously     YES    \_\_\_\_X\_\_\_\_
>
> NO    _____

> I(C) The defendant, Christopher Andre Vialva, intentionally participated in an act, contemplating that the life of the victim, Todd A. Bagley would be taken or intending that lethal force would be used in connection with  a person other than one of the participants in the offense, and the victim, Todd A. Bagley, died as a result of the act;
>
> Unanimously     YES    \_\_\_\_X\_\_\_\_
>
> NO    _____

I(D) The defendant, Christopher Andre Vialva, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Todd A. Bagley, died as a result of the act.

Unanimously    YES    _____

NO    _____

**Instructions**:  If you answered "NO" with respect to _all_ of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to _one or more_ of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

## II. PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A). The defendant, Christopher Andre Vialva, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Todd A. Bagley.

Unanimously    YES  _____X_____

NO  _____

II(B). The defendant, Christopher Andre Vialva, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES  _____X_____

NO  _____

II(C). The defendant, Christopher Andre Vialva, committed the offense after substantial planning and premeditation to cause the death of Todd A. Bagley.

Unanimously    YES  _____X_____

NO  _____

II(D). The defendant, Christopher Andre Vialva, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously     YES     ___X___

NO     _____

**Instructions**: If you answered "NO" with respect to **all** of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **at least one** of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

## III. **PART THREE - NON-STATUTORY AGGRAVATING FACTORS**

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Christopher Andre Vialva, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES    ____X____

NO    _____

III(B).  The defendant, Christopher Andre Vialva, has caused injury, harm and loss to the family of the victim, Todd A. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES    ____X____

NO    _____

III(C).  The defendant, Christopher Andre Vialva, committed the offense for the purpose of preventing the victim, Todd A. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES    ____X____

NO    _____

**<u>Instructions</u>**:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

801
822

## IV.   PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).    Christopher Vialva was subjected to emotional and physical abuse as a child, and was deprived of parental guidance and protection.

   Number of jurors who so find, if any    ___10___

IV(B).    Christopher Vialva has responded well to structured environments in the past.

   Number of jurors who so find, if any    ___0___

IV(C).    Christopher Vialva was nineteen at the time of the offense.

   Number of jurors who so find, if any    ___0___

IV(D).    Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

   Number of jurors who so find, if any    ___0___

802
823

IV(E).    Any other factors in Christopher Vialva's background, record, or character or any other circumstance of the offense that may mitigate against the imposition of the death sentence. List such factors, if any, in the spaces below.

1. _____

Number of jurors who so find, if any    _____


2. _____

Number of jurors who so find, if any    _____


3. _____

Number of jurors who so find, if any    _____


4. _____

Number of jurors who so find, if any    _____


Proceed to the next page for further instructions.

803
824

**Instructions:**  Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

## DECISION FORM A

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON


Date: _____, 2000



**DECISION FORM B**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date: _____, 2000



**<u>DECISION FORM C</u>**

Based upon consideration of whether all the aggravating factor
or factors found to exist sufficiently outweigh all the mitigating
factor or factors found to exist to justify a sentence of death,
or, in the absence of a mitigating factor, whether the aggravating
factor or factors alone are sufficient to justify a sentence of
death, we, the jury, recommend, by unanimous vote, that the
defendant should be sentenced to death.

_____
FOREPERSON

Date: _____6.12-_____, 2000



## **DECISION FORM D**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON


Date:  _____, 2000

808
829
4/2002

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. <u>W-99-CR-070</u> |
| | § | |
| CHRISTOPHER ANDRE VIALVA, (1) | § | |

## SPECIAL FINDINGS FORM

## COUNT THREE

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**:  For each of the following, answer "YES" if you,
the jury, unanimously find that the government has established the
existence of the listed element of intent in the death of Todd A.
Bagley **beyond a reasonable doubt**; answer "NO" if you do not so
find:

   I(A)  The defendant, Christopher Andre Vialva, intentionally
        killed the victim, Todd A. Bagley

                    Unanimously     YES  ____X____

                                    NO   _____

   I(B)  The defendant, Christopher Andre Vialva, intentionally
        inflicted serious bodily injury that resulted in the
        death of the victim, Todd A. Bagley

                    Unanimously     YES  ____X____

                                    NO   _____

   I(C)  The defendant, Christopher Andre Vialva, intentionally
        participated in an act, contemplating that the life of
        the victim, Todd A. Bagley would be taken or intending
        that lethal force would be used in connection with  a
        person other than one of the participants in the offense,
        and the victim, Todd A. Bagley, died as a result of the
        act;

                    Unanimously     YES  ____X____

                                    NO   _____

I(D)  The defendant, Christopher Andre Vialva, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Todd A. Bagley, died as a result of the act.

Unanimously    YES  _____ X _____

NO  _____

**Instructions**:  If you answered "NO" with respect to **all** of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **one or more** of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

810
831

## II.    PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A).  The defendant, Christopher Andre Vialva, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Todd A. Bagley.

Unanimously    YES    _____X_____

NO    _____

II(B).  The defendant, Christopher Andre Vialva, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES    _____X_____

NO    _____

II(C).  The defendant, Christopher Andre Vialva, committed the offense after substantial planning and premeditation to cause the death of Todd A. Bagley.

Unanimously    YES    _____X_____

NO    _____

811
832
9003

II(D).  The defendant, Christopher Andre Vialva, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES    ___X___

NO    _____

**Instructions**:  If you answered "NO" with respect to **all** of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **at least one** of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

8\2
8-3-3
1804

### III.    PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Christopher Andre Vialva, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES ____X____
NO _____

III(B).  The defendant, Christopher Andre Vialva, has caused injury, harm and loss to the family of the victim, Todd A. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES ____X____
NO _____

III(C).    The defendant, Christopher Andre Vialva, committed the offense for the purpose of preventing the victim, Todd A. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES ____X____
NO _____

813
834
f0057

**<u>Instructions</u>**:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).     Christopher Vialva was subjected to emotional and physical abuse as a child, and was deprived of parental guidance and protection.

Number of jurors who so find, if any     ___10___

IV(B).     Christopher Vialva has responded well to structured environments in the past.

Number of jurors who so find, if any     ___0___

IV(C).     Christopher Vialva was nineteen at the time of the offense.

Number of jurors who so find, if any     ___0___

IV(D).     Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any     ___0___

815
836
1009

IV(E).    Any other factors in Christopher Vialva's background, record, or character or any other circumstance of the offense that may mitigate against the imposition of the death sentence. List such factors, if any, in the spaces below.

1.    _____

Number of jurors who so find, if any    _____


2.    _____

Number of jurors who so find, if any    _____


3.    _____

Number of jurors who so find, if any    _____


4.    _____

Number of jurors who so find, if any    _____


Proceed to the next page for further instructions.

**Instructions:**  Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

**DECISION FORM A**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON


Date: _____, 2000

## DECISION FORM B

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date:  _____, 2000



**DECISION FORM C**

Based upon consideration of whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death, we, the jury, recommend, by unanimous vote, that the defendant should be sentenced to death.

_____
FOREPERSON

Date: _____ 6-12-, 2000

**DECISION FORM D**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON


Date: _____, 2000

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. <u>W-99-CR-070</u> |
| | § | |
| CHRISTOPHER ANDRE VIALVA, (1) | § | |

## SPECIAL FINDINGS FORM

### COUNT FOUR

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Stacie L. Bagley **beyond a reasonable doubt**; answer "NO" if you do not so find:

I(A) The defendant, Christopher Andre Vialva, intentionally killed the victim, Stacie L. Bagley

Unanimously        YES  ___✗___

                   NO   _____

I(B) The defendant, Christopher Andre Vialva, intentionally inflicted serious bodily injury that resulted in the death of the victim, Stacie L. Bagley

Unanimously        YES  ___✗___

                   NO   _____

I(C) The defendant, Christopher Andre Vialva, intentionally participated in an act, contemplating that the life of the victim, Stacie L. Bagley would be taken or intending that lethal force would be used in connection with a person other than one of the participants in the offense, and the victim, Stacie L. Bagley, died as a result of the act;

Unanimously        YES  ___✗___

                   NO   _____



I(D) The defendant, Christopher Andre Vialva, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Stacie L. Bagley, died as a result of the act.

Unanimously    YES    _____

                     NO     _____

**Instructions**:  If you answered "NO" with respect to <u>all</u> of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>one or more</u> of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

823
844
1865

## II.    PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A).  The defendant, Christopher Andre Vialva, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Stacie L. Bagley.

Unanimously    YES    ___X___

NO    _____

II(B).  The defendant, Christopher Andre Vialva, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES    ___X___

NO    _____

II(C).  The defendant, Christopher Andre Vialva, committed the offense after substantial planning and premeditation to cause the death of Stacie L. Bagley.

Unanimously    YES    ___X___

NO    _____

824
845
1286

II(D).  The defendant, Christopher Andre Vialva, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES    _____

NO     _____

**Instructions**:  If you answered "NO" with respect to **all** of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **at least one** of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

### III. PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A). The defendant, Christopher Andre Vialva, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES _____

NO _____

III(B). The defendant, Christopher Andre Vialva, has caused injury, harm and loss to the family of the victim, Stacie L. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES _____

NO _____

III(C). The defendant, Christopher Andre Vialva, committed the offense for the purpose of preventing the victim, Stacie L. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES _____

NO _____

**<u>Instructions</u>**:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.



## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).    Christopher Vialva was subjected to emotional and physical abuse as a child, and was deprived of parental guidance and protection.

Number of jurors who so find, if any    _____10_____

IV(B).    Christopher Vialva has responded well to structured environments in the past.

Number of jurors who so find, if any    _____0_____

IV(C).    Christopher Vialva was nineteen at the time of the offense.

Number of jurors who so find, if any    _____0_____

IV(D).    Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any    _____0_____

IV(E).    Any other factors in Christopher Vialva's background, record, or character or any other circumstance of the offense that may mitigate against the imposition of the death sentence. List such factors, if any, in the spaces below.

1.    _____

Number of jurors who so find, if any    _____

2.    _____

Number of jurors who so find, if any    _____

3.    _____

Number of jurors who so find, if any    _____

4.    _____

Number of jurors who so find, if any    _____

Proceed to the next page for further instructions.

**Instructions:**  Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

**DECISION FORM A**

    We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON


Date: _____, 2000



**DECISION FORM B**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON

Date: _____, 2000

## DECISION FORM C

Based upon consideration of whether all the aggravating factor
or factors found to exist sufficiently outweigh all the mitigating
factor or factors found to exist to justify a sentence of death,
or, in the absence of a mitigating factor, whether the aggravating
factor or factors alone are sufficient to justify a sentence of
death, we, the jury, recommend, by unanimous vote, that the
defendant should be sentenced to death.

_Calvin Kruger_
FOREPERSON

Date: _____6 - 12 -_____, 2000



**<u>DECISION FORM D</u>**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON


Date:  _____, 2000



UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §
                              §
VS.                              §      CAUSE NO. <u>W-99-CR-070</u>
                              §
BRANDON BERNARD, (2)        §

## SPECIAL FINDINGS FORM

## COUNT ONE

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Todd A. Bagley **beyond a reasonable doubt**; answer "NO" if you do not so find:

I(A) The defendant, Brandon Bernard, intentionally killed the victim, Todd A. Bagley

         Unanimously      YES  _____

                            NO   ____X_____

I(B) The defendant, Brandon Bernard, intentionally inflicted serious bodily injury that resulted in the death of the victim, Todd A. Bagley

         Unanimously      YES  _____

                            NO   ____X_____

I(C) The defendant, Brandon Bernard, intentionally participated in an act, contemplating that the life of the victim, Todd A. Bagley would be taken or intending that lethal force would be used in connection with a person other than one of the participants in the offense, and the victim, Todd A. Bagley, died as a result of the act;

         Unanimously      YES  ___X_____

                            NO  _____

835
856

I(D) The defendant, Brandon Bernard, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Todd A. Bagley, died as a result of the act.

Unanimously    YES    ___X___

NO    _____

**Instructions**:  If you answered "NO" with respect to **all** of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **one or more** of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.



## II.   PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:


II(A).  The defendant, Brandon Bernard, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Todd A. Bagley.

Unanimously     YES  __X_____

                NO   _____

II(B).  The defendant, Brandon Bernard, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously     YES  __X_____

                NO   _____

II(C).  The defendant, Brandon Bernard, committed the offense after substantial planning and premeditation to cause the death of Todd A. Bagley.

Unanimously     YES  __X_____

                NO   _____

857
858
859

II(D).  The defendant, Brandon Bernard, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously     YES     _____

NO     ___X___

**Instructions**:  If you answered "NO" with respect to __all__ of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to __at least one__ of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

838
859
860

## III.   PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Brandon Bernard, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously     YES     X

NO     _____

III(B).  The defendant, Brandon Bernard, has caused injury, harm and loss to the family of the victim, Todd A. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously     YES     X

NO     _____

III(C).  The defendant, Brandon Bernard, committed the offense for the purpose of preventing the victim, Todd A. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously     YES     X

NO     _____



**Instructions**:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).    Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any _____ 0 _____

IV(B).    Brandon Bernard was eighteen at the time of the offense.

Number of jurors who so find, if any _____ 0 _____

IV(C).    Brandon Bernard has demonstrated remorse regarding the offense.

Number of jurors who so find, if any _____ 0 _____

IV(D).    Any other factors in Brandon Bernard's background or character that may mitigate against the imposition of the death sentence.

1.  _____

Number of jurors who so find, if any _____

2.  _____

Number of jurors who so find, if any _____

3.  _____

Number of jurors who so find, if any _____

4. _____

Number of jurors who so find, if any    _____

Proceed to the next page for further instructions.

**<u>Instructions:</u>**  Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.



**DECISION FORM A**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON


Date: _____, 2000

**DECISION FORM B**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.


_____
FOREPERSON


Date: _____, 2000

**<u>DECISION FORM C</u>**

Based upon consideration of whether all the aggravating factor
or factors found to exist sufficiently outweigh all the mitigating
factor or factors found to exist to justify a sentence of death,
or, in the absence of a mitigating factor, whether the aggravating
factor or factors alone are sufficient to justify a sentence of
death, we, the jury, recommend, by unanimous vote, that the
defendant should be sentenced to death.


_____
FOREPERSON


Date: _____, 2000

## DECISION FORM D

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON

Date: _____ 6-12- _____, 2000

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §          CAUSE NO. <u>W-99-CR-070</u>
                                  §
BRANDON BERNARD, (2)              §

### <u>SPECIAL FINDINGS FORM</u>

### <u>COUNT THREE</u>

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you,
the jury, unanimously find that the government has established the
existence of the listed element of intent in the death of Todd A.
Bagley **beyond a reasonable doubt**; answer "NO" if you do not so
find:

I(A)    The defendant, Brandon Bernard, intentionally killed the
victim, Todd A. Bagley

            Unanimously     YES     _____

                            NO      ____X_____

I(B)    The defendant, Brandon Bernard, intentionally inflicted
serious bodily injury that resulted in the death of the
victim, Todd A. Bagley

            Unanimously     YES     _____

                            NO      _____X_____

I(C)    The defendant, Brandon Bernard, intentionally
participated in an act, contemplating that the life of
the victim, Todd A. Bagley would be taken or intending
that lethal force would be used in connection with a
person other than one of the participants in the offense,
and the victim, Todd A. Bagley, died as a result of the
act;

            Unanimously     YES     ____/_____

                            NO      _____



I(D)  The  defendant,  Brandon  Bernard,  intentionally  and
      specifically engaged in an act of violence, knowing that
      the act created a grave risk of death to someone other
      than one of the participants in the offense, such that
      participation in the act constituted a reckless disregard
      for human life, and the victim, Todd A. Bagley, died as
      a result of the act.

                    Unanimously    YES    ____X____

                                   NO     _____

**Instructions**:  If you answered "NO" with respect to <u>all</u> of the

elements  of  intent  listed  in  Part  One,  above,  then  stop  your

deliberations,  fill  out  Decision  Form  A,  and  advise  the  Court  that

you  have  reached  a  decision.

    If  you  answered  "YES"  with  respect  to  <u>one or more</u>  of  the

elements  of  intent  listed  in  Part  One,  above,  then  continue  your

deliberations  in  accordance  with  the  Court's  instructions  and

proceed  to  Part  Two.

## II.  PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:


II(A).  The defendant, Brandon Bernard, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Todd A. Bagley.

                    Unanimously    YES    ____X____

                                   NO     _____


II(B).  The defendant, Brandon Bernard, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

                    Unanimously    YES    ____X____

                                   NO     _____


II(C).  The defendant, Brandon Bernard, committed the offense after substantial planning and premeditation to cause the death of Todd A. Bagley.

                    Unanimously    YES    ____X____

                                   NO     _____

II(D).  The defendant, Brandon Bernard, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES    _____

                NO     _____

**Instructions**:  If you answered "NO" with respect to **all** of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **at least one** of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

851
892
1043
4017

## III.    PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Brandon Bernard, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES _____X_____

NO _____

III(B).  The defendant, Brandon Bernard, has caused injury, harm and loss to the family of the victim, Todd A. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES _____X_____

NO _____

III(C).  The defendant, Brandon Bernard, committed the offense for the purpose of preventing the victim, Todd A. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES _____X_____

NO _____

**Instructions**:    Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).   Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any     _____0_____

IV(B).   Brandon Bernard was eighteen at the time of the offense.

Number of jurors who so find, if any     _____0_____

IV(C).   Brandon Bernard has demonstrated remorse regarding the offense.

Number of jurors who so find, if any     _____0_____

IV(D).   Any other factors in Brandon Bernard's background or character that may mitigate against the imposition of the death sentence.

1.  _____

Number of jurors who so find, if any     _____

2.  _____

Number of jurors who so find, if any     _____

3.  _____

Number of jurors who so find, if any     _____

4. _____

Number of jurors who so find, if any    _____

Proceed to the next page for further instructions.

855

**Instructions:**  Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.



**<u>DECISION FORM A</u>**

    We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.


_____

FOREPERSON


Date: _____, 2000

**DECISION FORM B**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date: _____, 2000

**<u>DECISION FORM C</u>**

Based upon consideration of whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death, we, the jury, recommend, by unanimous vote, that the defendant should be sentenced to death.


_____
FOREPERSON


Date: _____, 2000

## **DECISION FORM D**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON

Date: _____ 6-12- , 2000

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. W-99-CR-070 |
| | § | |
| BRANDON BERNARD, (2) | § | |

## SPECIAL FINDINGS FORM

### COUNT FOUR

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Stacie L. Bagley **beyond a reasonable doubt**; answer "NO" if you do not so find:

I(A)  The defendant, Brandon Bernard, intentionally killed the victim, Stacie L. Bagley

Unanimously      YES  _____

NO  _____X_____

I(B)  The defendant, Brandon Bernard, intentionally inflicted serious bodily injury that resulted in the death of the victim, Stacie L. Bagley

Unanimously      YES  _____

NO  _____X_____

I(C)  The defendant, Brandon Bernard, intentionally participated in an act, contemplating that the life of the victim, Stacie L. Bagley would be taken or intending that lethal force would be used in connection with  a person other than one of the participants in the offense, and the victim, Stacie L. Bagley, died as a result of the act;

Unanimously      YES  _____X_____

NO  _____

I(D) The defendant, Brandon Bernard, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Stacie L. Bagley, died as a result of the act.

Unanimously     YES     _____

NO      _____

**Instructions**:  If you answered "NO" with respect to <u>all</u> of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>one or more</u> of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

## II.    PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A).  The defendant, Brandon Bernard, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Stacie L. Bagley.

Unanimously    YES    ____X____

NO    _____

II(B).  The defendant, Brandon Bernard, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES    ____X____

NO    _____

II(C).  The defendant, Brandon Bernard, committed the offense after substantial planning and premeditation to cause the death of Stacie L. Bagley.

Unanimously    YES    ____X____

NO    _____

II(D).  The defendant, Brandon Bernard, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES    _____

NO    _____ X _____

**Instructions**:  If you answered "NO" with respect to **all** of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to **at least one** of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

## III.  PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Brandon Bernard, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES    ___X___

NO    _____

III(B).  The defendant, Brandon Bernard, has caused injury, harm and loss to the family of the victim, Stacie L. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES    ___X___

NO    _____

III(C).  The defendant, Brandon Bernard, committed the offense for the purpose of preventing the victim, Stacie L. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES    ___X___

NO    _____

**<u>Instructions</u>**:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.   PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).   Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any    _____0_____

IV(B).   Brandon Bernard was eighteen at the time of the offense.

Number of jurors who so find, if any    _____8_____

IV(C).   Brandon Bernard has demonstrated remorse regarding the offense.

Number of jurors who so find, if any    _____0_____

IV(D).   Any other factors in Brandon Bernard's background or character that may mitigate against the imposition of the death sentence.

1.   _____

Number of jurors who so find, if any    _____

2.   _____

Number of jurors who so find, if any    _____

3.   _____

Number of jurors who so find, if any    _____

4. _____

Number of jurors who so find, if any _____

Proceed to the next page for further instructions.

868
869
4080

**Instructions:**  Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

**<u>DECISION FORM A</u>**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON


Date: _____, 2000



**<u>DECISION FORM B</u>**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date: _____, 2000



**DECISION FORM C**

Based upon consideration of whether all the aggravating factor
or factors found to exist sufficiently outweigh all the mitigating
factor or factors found to exist to justify a sentence of death,
or, in the absence of a mitigating factor, whether the aggravating
factor or factors alone are sufficient to justify a sentence of
death, we, the jury, recommend, by unanimous vote, that the
defendant should be sentenced to death.

_Calvin Kruger_
FOREPERSON


Date: _____ 6 - 13 - , 2000

## DECISION FORM D

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON

Date: _____, 2000

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA             §
                                     §
VS.                                  §        CAUSE NO. <u>W-99-CR-070</u>
                                     §
CHRISTOPHER ANDRE VIALVA, (1)        §
BRANDON BERNARD, (2)                 §

## CERTIFICATION

By signing below, each juror certifies that, in considering whether a sentence of death is justified as to any count of the indictment, and as to each defendant, consideration of the race, color, religious beliefs, national origin, or sex of the defendant or any victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin, or sex of either defendant, or any victim may be.

SIGNATURES OF ALL JURORS:

_James E Walbun_

_Gary McC_

_Harvey L Raesz_

_Ron Sulak_

_Annie Hill_

_John W Sledge_

_Paula Lewis_

_Calvin Krueger_
FOREPERSON

Date: _10/13/_, 2000.