RECEIVED
JUN 1 3 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. W-99-CR-70(2) |
| | § | |
| BRANDON BERNARD | § | |

FILED
JUN 1 3 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME RUSSELL D. HUNT, and RUSSELL D. HUNT, JR., ("Attorneys Hunt") Attorneys of Record for the Defendant set forth in the style above, and file this Motion to Withdraw as Counsel in the present cause, and show unto the Court as follows:

I.

Attorneys Hunt were appointed to represent Defendant in the above-referenced case. Attorneys Hunt represented Defendant at trial, at the close of which trial Defendant was sentenced to three life sentences and one death sentence. Defendant has filed a notice of appeal.

II.

Attorneys Hunt feel that it would be most prudent for them to withdraw from the representation of Defendant and for the District Court to appoint another attorney to represent Defendant on appeal. Another counsel could feel free to second guess Attorneys Hunt's performance in the prior proceedings. The potential conflict of interest created by Attorneys Hunt's continued representation of Defendant on appeal would reduce the ability of present counsel to provide adequate representation to the Defendant, and would render an ongoing attorney/client relationship difficult if not impossible, in derogation of Defendant's rights under the Sixth and Fourteenth Amendments to the United States Constitution.

III.

Movants have notified the Defendant of their intent to withdraw, and Defendant indicated that he was not opposed to the District Court's allowing Movants to withdraw. A copy of this motion is being mailed to Defendant by US Mail at his last known address.

IV.

Movants have filed a Notice of Appeal for Defendant. The granting of this Motion to Withdraw and appointment of another counsel to represent Defendant on Appeal will not jeopardize the rights of the Defendant, and will not work a delay or other injustice.

WHEREFORE, PREMISES CONSIDERED, Movants pray that this Honorable Court allow the withdrawal of counsel, and that present counsel be released from further obligation or duty to the Defendant as Attorney of Record.

Respectfully submitted,

| **RUSSELL D. HUNT** | **RUSSELL D. HUNT, JR.** |
|---|---|
| Attorney at Law | Attorney at Law |
| Post Office Box 726 | Post Office Box 1758 |
| Waco, Texas 76703-0726 | Georgetown, Texas 78627-1758 |
| (254) 753-3738 | (512)930-0860 |
| (254) 753-8118 Fax | (512) 238-3101 Fax |
| State Bar No. 10287200 | State Bar No. 00790937 |

_____   _____
RUSSELL D. HUNT              RUSSELL D. HUNT, JR.
ATTORNEY FOR DEFENDANT       ATTORNEY FOR DEFENDANT
BRANDON BERNARD              BRANDON BERNARD

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal has been delivered by mail to the U. S. Attorney's Office, Western District of Texas, Waco Division, on this the 13th day of June, 2000.

_____
RUSSELL D. HUNT