

**FILED**

**JUN 2 3 2000**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. W-99-CR-070 |
| CHRISTOPHER VIALVA (1) BRANDON BERNARD (2) | § § § | |

### ORDER

Before the Court is Defendants' Written Motions for Judgment of Acquittal. The Court, having considered the motions, finds that they lack merit and should be denied. Accordingly, it is

**ORDERED** that the Defendants' Written Motions for Judgment of Acquittal are **DENIED**.

SIGNED this 23¢ day of June, 2000.

_____
WALTER S. SMITH, JR.
**UNITED STATES DISTRICT JUDGE**