IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED

JUL 2 1 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Criminal No. W-99-CR-070(2) |
| BRANDON BERNARD | § | |

## ORDER

Pursuant to the Court's Order of June 29, 2000, Defendant's counsel of record on appeal, Walter M. Reaves, Jr. has provided the Court with the name of an attorney qualified to serve as co-counsel in the appeal of this case. Accordingly, it is

**ORDERED** that Rob Owen is appointed to serve as co-counsel with Mr. Reaves in the appeal of the Defendant's conviction in this case.

SIGNED this 21st day of July, 2000.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE