# United States District Court
## Western District of Texas

FILED

AUG 2 0 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

BRANDON BERNARD

APPEARANCE

v.

CASE NUMBER:  W-99-CR-70(2)

UNITED STATES OF AMERICA


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brandon Bernard.

I certify that I am admitted to practice in this court.


_____August 19, 2003_____
Date

_____
Signature

Robert C. Owen    TX Bar 15371950
Owen & Rountree, L.L.P.
510 South Congress Ave., Ste. 308
Austin, Texas 78704
Ph. 512-320-0334    Fax 512-320-8027


357

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Entry of Appearance has been served on counsel for the Government by placing same into the United States Mail, first-class postage prepaid, addressed to:

Office of the United States Attorney
800 Franklin, Suite 280
Waco, TX 76701

on this 19th day of August, 2003.

_____
(Signature)

408