**FILED**

AUG 2 2 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON BERNARD,                    )    NO. W-99-CR-70(2)
                                    )
                                    )    NOTICE OF APPEARANCE
                                    )
            vs.                     )
                                    )
UNITED STATES OF AMERICA.           )
                                    )
                                    )
                                    )
_____     )

TO:        THE CLERK OF THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TEXAS

AND TO:    ALL PARTIES OF RECORD

       Enter my appearance as counsel in this case for

       Brandon Bernard.

       I certify that the Court has indicated its intention to admit me *pro hac vice* for this case upon receipt of verification of my membership in good standing as a member of the bars of the Western District of Washington and the United States Court of Appeal for the Ninth Circuit, which verification I will submit in compliance with the Court's order.

_8/20/03_____          _____
Date                              Signature

                                  Robert H. Gombiner / WSBA # 16059
                                  Federal Public Defender's Office
                                  1111 Third Avenue, Suite 1100
                                  Seattle, WA   98101
                                  (206) 553-1100 / Fax (206) 553-0120

NOTICE OF APPEARANCE
(*BRANDON BERNARD*) # W-99-CR-70(2)              1    358

## CERTIFICATE OF SERVICE

This is to certify that on August 21, 2003, a true and correct copy of the foregoing Notice of Appearance has been served on counsel for the Government by placing the same into the United States Mail, first-class postage prepaid, addressed to:

> Mr. Mark Frazier
> Office of the United States Attorney
> 800 Franklin, Suite 280
> Waco, TX    76701

DATED this 21st day of August, 2003.

Barbara G. Hughes

NOTICE OF APPEARANCE
(*BRANDON BERNARD*) # W-99-CR-70(2)                    2

**FEDERAL PUBLIC DEFENDER**
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100