# FEDERAL PUBLIC DEFENDER
### Western District of Washington

**FILED**

SEP 0 4 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

September 3, 2003

*VIA FEDERAL EXPRESS*

**RECEIVED**

SEP 0 4 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Clerk of the Court
United States District Court
Western District of Texas
Waco Division
800 Franklin, Room 380
Waco, TX　76701

> **Re:**　　***Brandon Bernard v. United States of America***
> **Case No. W-99-CR-70(2)**

Dear Clerk of the Court:

　　As per the Court Order filed on August 18, 2003, and signed by Judge Walter S. Smith, Jr., enclosed are the requested Certificates of Good Standing which verify my membership in good standing as a member of the bars of the Western District of Washington and the United States Court of Appeals for the Ninth Circuit.

　　Thank you.

Yours truly,

Robert H. Gombiner
Assistant Federal Public Defender

RHG/bh

Enclosure(s)

1111 Third Avenue, Room 1100, Seattle, Washington 98101 - Telephone (206) 553-1100  Fax (206) 553-0120

AO 136A (Rev. 9/98) Certificate of Good Standing – Court of Appeals

# United States Court of Appeals

FOR THE _____NINTH_____ CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, _____Cathy A. Catterson_____ , *Clerk of this Court,*

*certify that* _____Robert H. Gombiner_____ *was duly admitted*

*to practice in this Court on* _____September 19, 1988_____ ,
                                        *DATE*

*and is in good standing in this Court.*

*Dated at* ___San Francisco, California___    *on* ___August 29, 2003___
                        *LOCATION*                            *DATE*


_____CATHY A. CATTERSON_____          _____
            *CLERK*                                    *DEPUTY CLERK*

412

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Robert H. Gombiner was admitted to practice in said Court on August 25, 1988 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on August 29, 2003.

Bruce Rifkin
Clerk

By _____
Deputy Clerk