

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA,                )
                                          )
                                          )     **CRIMINAL NO. W-99-CR-70(2)**
                                          )
            v.                            )
                                          )
BRANDON BERNARD,                          )
                                          )
                                          )
                                          )
_____  )


## MOTION FOR RELEASE OF INFORMATION

Brandon Bernard moves for an order allowing his current counsel to obtain all Criminal Justice Act time and task documentation records submitted by Mr. Bernard's trial counsel and their investigators and experts.

Mr. Bernard was represented at trial by Russ Hunt Sr. and Russ Hunt Jr., both of whom were appointed by this Court pursuant to the Criminal Justice Act (CJA). With this Court's approval, trial counsel retained an investigator and a psychologist in connection with their representation of Mr. Bernard. The investigator and psychologist were also paid for with CJA funds.

In death penalty cases, attorneys requesting payment for services pursuant to the CJA must submit their claims on CJA Form 30 and investigators and experts must utilize Form 31. The public file in the Clerk's Office in Waco contains Forms 30 and 31 for Mr. Bernard's case but does not contain the itemized worksheets which must be submitted to support the payment requests. These forms are in the custody of the Court Clerk's office in San Antonio.

Ms. Susan Otto, present counsel for Chris Vialva, the co-defendant in Mr. Bernard's case, has been in contact with the Clerk's Office in the San Antonio Division and has been advised that a court order is required for the release of the itemized worksheets to her.

Undersigned counsel needs to review all of the worksheets and expense accountings submitted by Mr. Bernard's trial counsel and experts and investigators in order to assess the performance of trial counsel and to assist in the identification and development of possible claims which Mr. Bernard may raise when he submits his Section 2255 petition.  See, American Bar Association,  Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases,  Guideline 10.15.1 (Feb. 2003) (describing post-conviction counsel's obligations).

Undersigned counsel have met with both Mr. Russ Hunt Sr. and Mr. Russ Hunt Jr. and Mr. Hunt Sr. has  provided counsel with CJA records.   However, in order to insure that present counsel have a complete set of all such records,  it is still necessary to obtain the records in possession of the San Antonio Division Clerk's Office.

The request being made here is distinguishable from requests for CJA records made by news organizations while a trial is pending.  In United States v. Gonzales, 150 F.3d 1246, 1259-60 (10th Cir. 1998)  the Court found a potential harm to criminal defendants if their lawyers' work records or requests for expert services became public while a case was pending. Disclosure of CJA requests during trial preparation could reveal strengths and weaknesses of the defense case or reveal defense strategy.   Here, by contrast, the trial and direct appeal are over.   Current counsel's request for CJA reports is made solely to insure adequate investigation and development of possible post conviction relief claims.   Disclosure here will not harm Mr. Bernard but will instead enable his counsel to perform effectively.

Counsel  spoke with Assistant United States Attorney Mark Frazier on February 11, 2004  regarding this request and Mr. Frazier states that the government has no position on this

motion.

Accordingly,  Mr. Bernard requests release of all CJA records for his trial counsel and their investigators and experts.   A proposed order is attached.

DATED this 12th day of February, 2004.

Respectfully submitted,

Robert H. Gombiner
Washington State Bar # 16059
Assistant Federal Public Defender
Western District of Washington
1111 Third Avenue, Suite 1100
Seattle,  WA    98101
Tel.:  (206) 553-1100
Fax.:  (206) 553-0120
Counsel for Defendant/Petitioner
Brandon Bernard

Rob Owen
Schonemann, Rountree & Owen LLP
PO Box 40428
Austin TX 78704
(512) 804-2661 (voice)
(512) 804-2685 (fax)
Co-counsel for Mr. Bernard

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on February 12, 2004, a true and correct copy of the foregoing Motion for Release of Information, and a copy of the Proposed Order, were mailed via U.S. Mail, postage prepaid, to Mr. Mark Frazier, Assistant United States Attorney, Chief, Waco Division, 800 Franklin, Suite 280, Waco, Texas 76701.

Paul Hartley

417