FILED

JUN 1 4 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TE
BY
DEPUTY C

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) **CRIMINAL NO. W-99-CR-70(2)** |
| v. | ) |
| | ) **WO4 CA164** |
| BRANDON BERNARD, | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Brandon Bernard, defendant/petitioner, by counsel, respectfully moves this Court to grant him leave to file the accompanying motion under 28 U.S.C. § 2255 and accompanying exhibits under seal. In support of which, Mr. Bernard would show the Court as follows:

Along with this Motion and the proposed sealed filing, Mr. Bernard is filing a redacted motion under 28 U.S.C. § 2255 seeking relief from the judgment and sentence in this cause. In that motion, Mr. Bernard has alleged numerous constitutional violations in the proceedings which led to his conviction and death sentence. The full factual support for some of those grounds, however, exists in documents which are not are public and/or which have been expressly ordered sealed. For example, some of the facts supporting Mr. Bernard's claims for relief are found in documents filed in the juvenile transfer proceedings concerning the juvenile co-defendants in this case. Other facts are found in a pre-sentence investigation report for another co-defendant. Still other facts appear in the CJA filings of trial counsel for Mr. Bernard, which the Court has not yet unsealed.

Mr. Bernard anticipates filing a motion to unseal the relevant documents and/or proceedings, so that he may have a full and fair adjudication of his claims for relief. In the meantime, to avoid premature disclosure of any such information, Mr. Bernard asks that the entire unredacted motion under 28 U.S.C. § 2255, and accompanying exhibits, be filed under seal pending further order of the

378

1124

Court.

Respectfully submitted,


ROBERT C. OWEN
TEXAS BAR NO. 15371950
OWEN & ROUNTREE, L.L.P.
P.O. BOX 40428
AUSTIN, TEXAS 78704
512-804-2661 voice
512-804-2685 fax


ROBERT H. GOMBINER
FEDERAL PUBLIC DEFENDER
1601 FIFTH AVENUE, STE. 700
SEATTLE, WASHINGTON 98101
206-553-1100 voice
206-553-1027 fax


COUNSEL FOR PETITIONER
BRANDON BERNARD

BY:_____


## CERTIFICATE OF CONFERENCE

This is to certify that this Motion was not conferenced with counsel for the Government because it is being completed after business hours on Friday and must be filed on Monday. We ask that the Court treat the Motion as opposed unless and until the Government advises the Court to the contrary.

_____

1127

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing Motion for Leave to File Motion Under Seal on counsel for the government by sending the same via United States Mail, first-class postage prepaid, addressed to:

Mark Frazier
Office of the U.S. Attorney
800 Franklin, Ste. 280
Waco, Texas 76701

on the 14th day of June, 2004.