

**FILED**

**IN THE UNITED STATES DISTRICT COURT**

JUN 2 1 2004

**FOR THE WESTERN DISTRICT OF TEXAS**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. W-99-CR-70(2)** |
| | § | |
| **BRANDON BERNARD** | § | |

## O R D E R

Before the Court is the Defendant's Motion for Leave to File Under Seal. The Court, having considered the motion, finds that it lacks merit and should be denied. If Movant wants exhibits filed under seal, he should specifically move to have those documents filed under seal. The Court sees no need to have the entire § 2255 motion and all exhibits placed under seal. The Clerk of the Court is directed to file only Movant's redacted § 2255 motion and to return the unredacted motion and exhibits to Movant's attorney. Accordingly,

**IT IS SO ORDERED.**

**SIGNED** this 21ˢᵗ day of June, 2004.


_____
**WALTER S. SMITH, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**


381