IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED

JUN 2 8 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| BRANDON BERNARD,<br>Movant, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. W-04-CA-164<br>CRIMINAL NO. W-99-CR-070(2) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

Came on for consideration Movant's Redacted Motion to Vacate, Set Aside or Correct Sentence made pursuant to 28 U.S.C.A. §2255. The Court, having considered same, finds that an answer would be appropriate in this case. Accordingly,

It is **ORDERED** that Respondent shall serve its answer within sixty (60) days after the service of the Movant's Motion to Vacate, Set Aside or Correct Sentence.

It is further **ORDERED** that Movant shall serve upon Respondent or, if appearance has been entered by counsel, upon its attorney, a copy of every further pleading or other document submitted for consideration by the Court. Movant shall include with the original papers to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to Respondent or its counsel. Any paper received by a District Judge or Magistrate which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded by the Court. It is further

SIGNED this _28'_ day of June, 2004.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

384