**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

ORIGINAL FILED

JUN 2 9 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. W-99-CR-70(2)** |
| ) | |
| **BRANDON BERNARD,** ) | |
| ) | |
| _____ ) | |

## MOTION FOR LEAVE TO FILE ADDENDUM  UNDER SEAL

Petitioner Brandon Bernard, by and through his attorneys, Robert C. Owen and Robert H. Gombiner, moves this Court for motion to file under seal an addendum to his Section 2255 petition.

On June 14, 2004 Petitioner filed a redacted version of his Section 2255 petition with exhibits and also submitted an unredacted version of the petition along with exhibits. Also on June 14, 2004 Petitioner filed a motion to have the unredacted version filed under seal.

The unredacted version included four exhibits not in the redacted version. These exhibits are: Exhibit 8, Criminal Justice Act (CJA) records for Russ Hunt Sr. and Russ Hunt Jr.; Exhibit 22, psychological evaluation for Terry Brown; Exhibit 24, Probation Department presentence investigation report for Terry Brown; and Exhibit 25, Order of Detention for Terry Brown. The unredacted version also includes references in the petition itself to the above-listed exhibits. The redacted version does not include references to any of the above-listed exhibits.

In response to the Court's order of June 21, 2004 denying petitioner's motion for leave to file under seal, petitioner now moves to file an addendum under seal. The addendum



385

1129

includes: Exhibits 22, 24 and 25 and those pages in the unredacted petition which refer to these exhibits. The addendum does not include the CJA records of the Hunts or the pages in the petition which refer to these records. The reason for this is that Mr. Hunt Sr. provided undersigned counsel with his files which included these records.

DATED this 28th day of June, 2004.

Respectfully submitted,

ROBERT C. OWEN
TEXAS BAR NO. 15371950
OWEN & ROUNTREE, L.L.P.
P.O. BOX 40428
AUSTIN, TEXAS 78704
512-804-2661 voice
512-804-2685 fax

ROBERT H. GOMBINER
WASHINGTON BAR NO. 16059
ASSISTANT FEDERAL PUBLIC DEFENDER
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA   98101
206-553-1100 voice
206-553-0120 fax

COUNSEL FOR PETITIONER
BRANDON BERNARD

BY: _____
ROBERT H. GOMBINER

## CERTIFICATE OF CONFERENCE

This is to certify that this Motion was not conferenced with counsel for the Government. Undersigned counsel telephone Mr. Mark Frazier and left a voice mail message regarding this Motion. The telephone call has not been returned. We therefore ask that the Court treat this Motion as opposed unless and until the Government advises the Court to the contrary.

_____
ROBERT H. GOMBINER
COUNSEL FOR PETITIONER
BRANDON BERNARD

2

1130

## CERTIFICATE OF SERVICE

This is to certify that on June 28, 2004, I served a true and correct copy of the foregoing Motion for Leave to File Addendum Under Seal on counsel for the government by sending the same via United States Mail, first-class postage prepaid, addressed to:

Mr. Mark Frazier
Office of the U.S. Attorney
800 Franklin, Suite 280
Waco, Texas 76701

On the 28th day of June, 2004.

_____
Barbara Hughes

1131