FILED
JUL 0 2 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHRISTOPHER ANDRE VIALVA and BRANDON BERNARD, *Movants*, | § § § § § § § § § § § § | 
| v. | CIVIL ACTIONS NO. W-04-CA-163<br>W-04-CA-164 |
| UNITED STATES OF AMERICA, *Respondent.* | CRIMINAL NO. W-99-CR-070(1)<br>W-99-CR-070(2) |

### JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER AND BRIEF IN SUPPORT

**I. MOTION**

CHRISTOPHER ANDRE VIALVA and BRANDON BERNARD (hereafter "Movants,"), by counsel, respectfully move the Court to vacate the orders entered on June 28, 2004, directing the Government to answer their pending motions under 28 U.S.C. §2255 within sixty days, and to enter a scheduling order setting dates for Movants to file motions for discovery, to amend their pending motions under 28 U.S.C. §2255 after any authorized discovery is completed, for the filing of the Government's Answer, and for the filing of any Reply by Movants. As we explain below, entry of such an order will ensure that the litigation of Movants' claims for relief proceeds in a timely and orderly manner, and will promote the fair and accurate resolution of those claims. In support of which request, Mr. Vialva and Mr. Bernard would show the Court as follows:

Motion for Scheduling Order - 1

## II. BRIEF IN SUPPORT

### A. The proposed scheduling order protects Movants' right to seek discovery while accommodating the Government's interest in not filing a premature response to motions that may well require amendment.

Movants are indigent federal prisoners under sentence of death, and have moved for relief from judgment under 28 U.S.C. §2255. Undersigned counsel's investigation of the grounds for relief presented in those motions indicates that the Government may have in its exclusive possession information relevant to whether Movants are entitled to relief. Accordingly, both Movants expect to file motions for discovery seeking disclosure of such information under Rule 6 of the Rules Governing Section 2255 Proceedings For the United States District Courts ("Habeas Rule 6").

The Court has ordered the Government to answer the pending §2255 motions within sixty days. However, that means that the Government will be attempting to answer the pending §2255 motions at the same time as Movants are seeking discovery. To the extent that discovery is ordered, the Government may well be answering claims for relief that will be modified substantially by the facts developed through discovery (or, indeed, even withdrawn altogether if discovery proves them baseless).

The Habeas Rules provide for discovery, clearly indicating Congress' expectation that additional factual development can be appropriate after a §2255 motion is filed. Where such new facts are developed, a movant must amend his pleadings to include them. Where the Government has been required to answer an original §2255 motion before discovery commences, it may well have to amend or supplement its own Answer in response to the new facts.

To protect Movants' rights to seek discovery under Rule 6, to impose an orderly and fair

Motion for Scheduling Order - 2

1133

structure for the parties to develop the facts and plead them in full before the Court must determine what issues may be appropriate for an evidentiary hearing, and to avoid the possibility that the Government will be required to answer the pending motions more than once, Movants respectfully request that the Court enter the attached scheduling order. The proposed scheduling order avoids the problems identified above by setting a reasonable and prompt deadline for Movants to seek discovery, and deferring the Government's answer to the pending §2255 motions until Movants have filed any amendments made necessary by whatever discovery the Court may grant. In so doing, it promotes the orderly and fair resolution of Movants' challenges to their convictions and sentences. We note that the Hon. Terry R. Means of the U.S. District Court for the Northern District of Texas has imposed a comparable scheduling order in a capital 2255 proceeding in that Court. *See* Exhibit 1 (scheduling order from *United States v. Hall*, No. 4:94-CR-121-Y). As is the case here, Judge Means imposed that order after reconsidering an originally imposed deadline for the Government to file its answer.

  **B. Under the proposed scheduling order, the Government will not be required to file its Answer in this proceeding until the Court has an opportunity to resolve whether the U.S. Attorney's Office must disqualify itself.**

Mr. Vialva's pending motion under §2255 contains allegations that may require the United States Attorney for the Western District of Texas to disqualify itself from further participation in these proceedings. The Court has directed the United States Attorney's Office to make its response to those allegations. Until the Court assesses that response and resolves the continuing question about the continuing involvement of the U.S. Attorney for the Western District in these proceedings, it is not appropriate for that office to file any Answer to the pending §2255 motions in either case,

Motion for Scheduling Order - 3

1134

and Movants would object to its being permitted to do so. Counsel respectfully observe that the schedule we propose would permit the Court time to resolve the disqualification question before the U.S. Attorney's Office would be required to take further action in these cases.

### Conclusion and Prayer for Relief

WHEREFORE, Movants respectfully move the Court to vacate its orders entered June 28, directing the Government to answer the pending §2255 motions within sixty days, and enter the accompanying scheduling order.

Motion for Scheduling Order - 4

1135

Dated this 1st day of July, 2004,   Respectfully submitted,

_____
ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, L.L.P.
P.O. Box 40428
Austin, Texas 78704
512-804-2661 voice
512-804-2685 fax

ROBERT H. GOMBINER
Assistant Federal Public Defender
1601 Fifth Ave., Ste. 700
Seattle, Washington 98101
206-553-1100 voice
206-553-1027 fax

Attorneys for Brandon Bernard

_____
SUSAN M. OTTO
Oklahoma Bar Number 6818
Federal Public Defender
LISA S. McCALMONT
Oklahoma Bar Number 17096
Texas Bar Number 24007629
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Ste. 109
Oklahoma City, Oklahoma 73102
405-609-5930 voice
405-609-5932 fax

Attorneys for Christopher Andre Vialva

Motion for Scheduling Order - 5

1156

# Exhibit 1

Scheduling order entered by Hon. Terry R. Means in *United States v. Hall*, Civ. No. 4:00-CV-422-Y, Crim. No. 4:94-CR-121-Y (capital § 2255 proceeding in N.D. Tex., Ft. Worth Division).

1137

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U. S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 2 2000
NANCY DOHERTY, CLERK
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:94-CR-121-Y |
| | § | (4:00-CV-422-Y) |
| ORLANDO CORDIA HALL (2) | § | |

## ORDER GRANTING MOTION FOR SCHEDULING ORDER AND SETTING DEADLINES

Pending before the Court is Defendant's Motion for Scheduling Order, which was filed in this cause on May 23, 2000. Although the certificate of conference to the motion indicates that it is opposed, as of the date of this order, there has been no response in opposition to the motion. After review of the motion and the sealed, ex parte work-product addendum, the Court concludes that the motion should be and is hereby GRANTED.

It is, therefore, ORDERED that Defendant file any Motion for Leave to Conduct Discovery within thirty days after entry of this order.

It is further ORDERED that Defendant file any Amended Motion to Vacate Under 28 U.S.C. § 2255 no later than sixty days after the Court rules on Defendant's Motion for Leave to Conduct Discovery.[1]

It is further ORDERED that the government file the responsive pleading and brief required by the May 22, 2000 Order and Instructions

---

[1] The amended pleading will entirely supersede Defendant's May 16 original Motion to Vacate Sentence Under 28 U.S.C. § 2255. As a result, any grounds for relief asserted in the original motion that are not reasserted in the amended motion will be deemed waived.

ORDER GRANTING MOTION FOR SCHEDULING ORDER AND SETTING DEADLINES - Page 1
chr - 94cr121\hallorl\habeas\schedord

ENTERED ON DOCKET
JUN 2 2 2000
U.S. DISTRICT CLERK'S OFFICE

971

1138

to Parties within ninety days after Defendant files his amended §
2255 motion. Defendant's reply brief shall be filed no later than
forty-five days after the filing of the government's response.

SIGNED June __21__, 2000.

                                                                                   /s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF CONFERENCE

On June 29, 2004, I spoke with counsel for Respondent concerning this Motion. Counsel stated that Respondent opposes the relief requested in this Motion.

_____

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion has been served on counsel for Respondent by placing same into the United States Mail, first-class postage prepaid, addressed to:

Office of the United States Attorney
800 Franklin, Suite 280
Waco, TX 76701

on this 1st day of July, 2004.

_____
Robert C. Owen

Motion for Scheduling Order - 6

1140

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

CHRISTOPHER ANDRE VIALVA and
BRANDON BERNARD,
    *Movants*,

v.                              CIVIL ACTIONS NO. W-04-CA-163
                                                  W-04-CA-164

                                      CRIMINAL NO.  W-99-CR-070(1)
                                                               W-99-CR-070(2)

UNITED STATES OF AMERICA,
    *Respondent.*

## SCHEDULING ORDER

       The Court has considered Movants' joint motion for entry of a scheduling order and finds that entry of such an order will promote the orderly and timely resolution of these cases. Accordingly, it is hereby

       ORDERED that this Court's order of June 28, 2004, directing Respondent to file and serve its Answer to Movants' initial motions under 28 U.S.C. § 2255 within sixty days is VACATED; it is further

       ORDERED that each Movant must file any Motion for Leave to Conduct Discovery in this matter no later than thirty (30) days after the date of the entry of this Order; it is further

       ORDERED, that each Movant must file any amendments to his initial motion under 28 U.S.C. § 2255 no later than sixty (60) days after any discovery ordered by the Court has been provided, OR no later than sixty (60) days after the Court rules on Movant's Motion for Leave to Conduct Discovery, whichever is later. It is further

1141

ORDERED, that Respondent shall file its Answer to each Movant's amended motion under 28 U.S.C. § 2255 no later than ninety (90) days after being served with the Movant's amended motion. It is further

ORDERED, that each Movant must file any Reply to Respondent's Answer no later than forty-five (45) days after being served with Respondent's Answer.

Dated this _____ day of _____, 2004.

                                                        _____
                                                        WALTER S. SMITH
                                                        CHIEF UNITED STATES DISTRICT JUDGE