IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**

JUL 0 2 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CRIMINAL NO. W-99-CR-70(2) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON BERNARD, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## ORDER DIRECTING CLERK TO FILE ADDENDUM UNDER SEAL

This matter is before the Court on the application of Brandon Bernard to file under seal an addendum to his motion under 28 U.S.C. § 2255.

The Clerk of the Court is directed to file under seal the addendum to the 28 U.S.C. § 2255 motion pending further Order of the Court.

It is so ordered this 2ᵈ day of _July_____, 2004.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS

3 90