# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### WACO DIVISION



| | | |
|---|---|---|
| **BRANDON BERNARD,** | § | |
| **Movant,** | § | |
| | § | **CIVIL ACTION NO. W-04-CA-164** |
| **v.** | § | **CRIMINAL NO. W-99-CR-070(2)** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Respondent.** | § | |

## ORDER

Came on to be considered Respondent's Motion to Extend Time to Respond to § 2255

Motion, and after careful consideration, the Court finds that the motion is well taken and

should in all things be GRANTED.

Accordingly, it is ORDERED that Respondent shall file a response to Movant's §

2255 motion no later than November 25, 2004. The U.S. Attorney shall serve Movant with

a copy of Respondent's answer, and file with the Clerk the original and a copy. The answer

shall bear a certificate stating that it was served on Movant's counsel.

SIGNED this __19__ day of _____July_____, 2004.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

4