**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

FILED

AUG 2 5 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| **BRANDON BERNARD,**<br>    **Movant,** | §<br>§<br>§ | |
| **v.** | §<br>§<br>§ | **CIVIL ACTION NO. W-04-CA-164**<br>**CRIMINAL NO. W-99-CR-070(2)** |
| **UNITED STATES OF AMERICA,**<br>    **Respondent.** | §<br>§<br>§ | |

## ORDER

Before the Court is a CJA 30 form requesting attorneys fees in the above 28 U.S.C. § 2255 application.

The total amount requested is $32,971.69, an amount which appears, on its face to be excessive. Accordingly, it is

**ORDERED** that Robert Owen and Robert Gombiner personally appear before the Court on Thursday, September 9, 2004 at 9:30 a.m. and justify, under oath, the necessity for the hours claimed for compensation.

**SIGNED** this 25 day of August, 2004.

_____
**WALTER S. SMITH, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**