# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**FILED**

SEP 0 1 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   CRIMINAL NO: |
| v. | §   WA:99-CR-70(2)-WSS |
| | § |
| Brandon Bernard (2) | § |

## ORDER RESETTING SHOW CAUSE HEARING IN RE:  ATTORNEY EXPENSES CLAIMED BY ROBERT OWEN & ROBERT GOMBINER

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for SHOW CAUSE HEARING IN RE:  ATTORNEY EXPENSES CLAIMED BY ROBERT OWEN & ROBERT GOMBINER in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX on Thursday, September 30, 2004 at 09:30 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services, the United States Probation Office, and the United States Marshals Service. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 1st day of September, 2004.

WALTER S. SMITH JR
CHIEF U.S. DISTRICT JUDGE