## MISCELLANEOUS
## WACO DIVISION

**FILED**

**SEP 3 0 2004**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

CASE No: WA:99-CR-70()-WSS
DEFENDANT'S:
(2) Brandon Bernard -- ATTY: Robert Gombiner & Robert Owen

AUSA: ~~Mark Frazier~~

JUDGE: Walter S. Smith Jr

INTERPRETER: ☐ YES  ☑ NO

DEPUTY CLERK: Cheryl S. Willis

COURT REPORTER: Kristie M. Davis

TIME: 9:41-

DATE: Thursday, September 30, 2004

Show Cause Hearing in re: Attorney Expenses Claimed by Robert Owen and Robert Gombiner held. Defendant was not present. The Court finds the fees are reasonable and will be approved.



405

1146