FILED
NOV 1 2 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

BRANDON BERNARD,
    *Movant*,

v.                                CIVIL ACTION NO. W-04-CA-164
                                   (formerly Crim. No. W-99-CR-070(2))

UNITED STATES OF AMERICA,
    *Respondent.*

## APPENDIX TO
## MOTION FOR LEAVE TO CONDUCT DISCOVERY (No. 1)

    Exhibit 1 -- Bell County Jail Medical Records of Terry Brown

    Exhibit 2 -- Solomon, "FBI Documents" (AP, New York, March 2, 2004)

MAR.-14'00(TUE) 14:17   US MARSHAL SERV WACO           TEL:254 750 1575           P. 002

FROM : BELL CO INFIRMARY          FAX NO. : 254 9335132          Mar. 14 2000 02:02PM P2

Fax 254-750-1575                                                 U.S./Marshall

## REQUEST FOR MEDICAL/DENTAL TREATMENT

FACILITY: Bell Co Jail                           DATE: 3-14-2000
Contact Person: Eleuesler                        Phone #: 254/9335455
INMATE NAME: Brown Terry                         Reg. No.: 91907080
                                                 PRD:

MEDICAL SERVICE(S) REQUESTED: T/m Transferred from Juvenile Detention Center with continuing orders for: (1) Wellbutrin SR 150mg one twice daily and (2) Depakote 250mg one bedtime, (3) Depakote 500mg one at bedtime. — (1) Wellbutrin $96.65/month (2) Depk 250mg $26.60/m (3) Depk 500mg $44.05/mo

Estimated Cost(s): $167.30/month       Circle Category: (1)  (2)  (3)  (4)

Request for: ___ Dr. Exam  ___ Dental  ___ X-ray  ___ Lab  ✓ Other

CAT 1=MED MANDATORY
CAT 2=MED NECESSARY
CAT 3=NON-MED MANDATORY
CAT 4=J/E CONVENIENCE

### DO NOT WRITE BELOW THIS LINE

### RESPONSE TO REQUESTS FOR REIMBURSEMENT OF EMERGENCY MEDICAL TREATMENT

REIMBURSEMENT:  ✓ APPROVED          ___ DENIED

COMMENTS: _____

Reviewed by ▬▬   3-14-00                    Linda K. Cask
                  Date

EXHIBIT 1

APR. -17' 00 (MON) 13:14   US MARSHAL SERV WACO          TEL:254 750 1575           P. 003

FROM : BELL CO INFIRMARY          FAX NO. : 254 9335132          Apr. 17 2000 12:48PM  P2

## REQUEST FOR MEDICAL / DENTAL TREATMENT

>M

FACILITY: Bell Co. Jail                        DATE: 4-15-00

Contact Person: O Kelly WN                     Phone #: (254) 933-5455

INMATE NAME: Brown, Jenny                      Reg. No: 91907

                                               PRD:

MEDICAL SERVICE(S) REQUESTED:

Needs refill of monthly medication
Depakote 250mg ī @ HS

Estimated Cost(s): $23.14     Circle Category: (1)  (2)  (3)  (4)

Request for: ___ Drs Exam ___ Dental ___ X-ray ___ Lab ✓ Other

CAT 1=MED MANDATORY
CAT 2=MED NECESSARY
CAT 3=NON-MED MANDATORY
CAT 4=I/M CONVENIENCE

### DO NOT WRITE BELOW THIS LINE

[redacted]

### RESPONSE TO REQUESTS FOR REIMBURSEMENT OF EMERGENCY MEDICAL TREATMENT

REIMBURSEMENT:    ✓ APPROVED        ___ DENIED

COMMENTS: _____

_____

_____

Reviewed by CCM _____
                         Date                      DAN SIMPSON

Contact Deborah Crockett at (210) 472-6225, if you have any questions.

FAX TO: (210) 472-6224

1cm

INMATE: Brown Terry    CELL: D#2    MONTH: March '00

NURSE: J Kelly LVN / J Swain / Elvira LVN / K Zuur LVN

OFFICER:

| MEDICINE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wellbutrin SR 150mg 1 BID | AM | | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | | | |
| Depakote 250mg 1 @ HS | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 500mg 1 @ HS | PM | | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

1178

INMATE: Brown, Terry    CELL: D-2    MONTH: April 2003

NURSE: J. Kellogg LVN    Elvira Rivera LVN    K. Bauer LVN

OFFICER: _____

| MEDICINE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wellbutrin SR 150mg Bid | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakote 750mg @HS | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

109

ATE: Brown Terry  CELL: D7 D  MONTH: May 2000
ISE: J. Kellum  Elvira Pendleton  K. Fowler RN
ICER:

| MEDICINE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wellbutrin SR 150mg | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BID | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakote 750mg | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| @ HS | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

1180

## FBI Documents

*JOHN SOLOMON, Associated Press Writer.* **Associated Press**. New York: Mar 2, 2004. pg. 1

**Abstract** (Article Summary)

The FBI is uncertain about the nature or breadth of the documents on the computer space and has asked its internal investigation unit, its inspection division, to determine how many documents on I- drives in FBI offices across the country did not make it into official case files, officials said Monday.

"The only official records system the FBI has is our paper records. At no time did we ever ask anyone to look at the I- drives," said Robert J. Garrity Jr., the FBI deputy assistant director in charge of records management.

The retired chief of the FBI's Oklahoma City investigation, Dan Defenbaugh, said he learned of the I-drive during the 2001 controversy and was surprised the FBI wasn't searching it for materials required to be turned over to defense lawyers.

**Full Text** (986 words)

*Copyright Associated Press Mar 2, 2004*

WASHINGTON (AP) _ In an oversight that could affect cases nationwide, the FBI hasn't routinely searched a special computer space where agents store investigative documents to see whether the materials should be sent to defense lawyers, Congress or special investigative bodies.

The existence of the unsearched "I-drive" computer files, brought to the attention of The Associated Press by concerned FBI agents, could give lawyers an avenue to reopen numerous cases to determine whether documents that could have aided the defense of criminal defendants were withheld.

The FBI is uncertain about the nature or breadth of the documents on the computer space and has asked its internal investigation unit, its inspection division, to determine how many documents on I- drives in FBI offices across the country did not make it into official case files, officials said Monday.

If many documents are found, a review would begin to determine whether they should have been turned over to defense lawyers, bodies like the Sept. 11 commission or Congress, officials said. FBI supervisors said they were unaware of the problem until AP brought it to their attention.

"The only official records system the FBI has is our paper records. At no time did we ever ask anyone to look at the I- drives," said Robert J. Garrity Jr., the FBI deputy assistant director in charge of records management.

"We'll correct whatever we need to, learn from it and make sure it doesn't happen again," he added.

Senate Finance Committee chairman Charles Grassley, R-Iowa, said Tuesday that the FBI's admission, along with recent revelations in AP stories about possible missed evidence in the Oklahoma City bombing investigation, show the bureau must "adopt both procedures and technology that enable it to operate effectively and meet the highest standards."

"Public confidence in law enforcement is damaged when long- hidden information comes to light and history is re-written," Grassley said. "The best thing the FBI can do to try and recover some of the confidence lost by the way it handled the investigation in Oklahoma City is to give the public the unvarnished truth."

Sen. Patrick Leahy, the top Democrat on the Senate Judiciary Committee, said concerns about FBI document production were raised during Director Robert Mueller's confirmation hearings before senators in 2001 and "there has been too little progress in fixing this problem."

"This is the information age. With the computer technology that is available, the FBI should be getting better and more efficient at this, and it is not," said Leahy, of Vermont. "This is a core investigational, prosecutorial and

EXHIBIT 2

http://pqasb.pqarchiver.com/ap/574519351.html?MAC=714522e796f76d1d5aa404086707...    9/15/2004

118

## CERTIFICATE OF SERVICE

  This is to certify that I have served a true and correct copy of the foregoing Appendix to Motion for Leave to Conduct Discovery (No. 1) on counsel for the Government by placing the same into the United States Mail, first-class postage prepaid, addressed to:

  AUSA Mark Stelmach
  816 Congress Avenue, Ste. 1000
  Austin, TX 78701

on this 10th day of November, 2004.

                _____