IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

CHRISTOPHER ANDRE VIALVA, §
    Movant, §
                  §     CIVIL NO. W-04-CV-163
                  §
v.                   §
                  §    CRIMINAL NO. W-99-CR-070 (1)
UNITED STATES OF AMERICA, §
    Respondent. §

AND

BRANDON BERNARD, §
    Movant, §
                  §     CIVIL NO. W-04-CV-164
                  §
v.                   §
                  §    CRIMINAL NO. W-99-CR-070 (2)
UNITED STATES OF AMERICA, §
    Respondent. §

## J U D G M E N T

In accordance with the Memorandum Opinion and Order heretofore entered

in this case, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED and DECREED** that the Motions to Vacate, Set

Aside or Correct Sentence filed by Christopher Andre Vialva and Brandon Bernard

are **DENIED** and these actions are **DISMISSED**.

**SIGNED** this _28_ day of September, 2012.

_____
**WALTER S. SMITH, JR.**
**United States District Judge**