JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD, | ) Civil Action No. **W-04-CV-164** |
| | ) (Formerly Crim. No. W-99-CR-070(2)) |
| Defendant-Movant, | ) |
| | ) |
| vs. | ) UNOPPOSED |
| | ) MOTION TO FILE A MOTION TO |
| UNITED STATES OF AMERICA, | ) ALTER OR AMEND JUDGMENT IN |
| | ) EXCESS OF 10-PAGE LIMIT |
| Plaintiff-Respondent. | ) |
| | ) |

Brandon Bernard respectfully moves this Court for permission to file his accompanying Motion to Alter or Amend Judgment under Fed. R. Civ. P. 59(e), which exceeds the 10-page limitation imposed by Local Rule CV-7(d)(3).

Counsel believes that Mr. Bernard's Rule 59(e) motion should qualify as a dispositive motion under Local Rule CV-7(d)(3), because it effectively seeks a new trial. If so, this request is moot, as Mr. Bernard's Rule 59(e) motion complies with the 20-page limit for dispositive motions.

Nevertheless, counsel makes this motion, which the Government has advised undersigned counsel that it **does not oppose**, out of an abundance of caution, to satisfy filing requirements in the event that the Court concludes that the ten-page limit should apply.

UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH MOTION UNDER
FED. R. CIV. P. 59(E)                          -  1
(*Brandon Bernard v. United States*; W-04-CV-164)

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIV. OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**

Due to the factual and legal complexity of the issues involved, it is not possible to properly address the bases for Mr. Bernard's Rule 59(e) Motion within the otherwise applicable ten-page limit.  The additional pages are not excessive and will assist the court in reliably resolving the issues.

Dated this 25th day of October, 2012.

Respectfully submitted,

*/s Robert C. Owen*
Robert C. Owen, Texas Bar No. 15371950
Capital Punishment Clinic, School of Law
The University of Texas at Austin
727 East Dean Keeton Street
Austin, TX  78705-3224
Phone: (512) 232-9391 / Fax: (512) 232-9171
Email: robowenlaw@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 25, 2012, I spoke with AUSA Mark R. Stelmach concerning the foregoing Motion to File a Motion to Alter or Amend Judgment in Excess of 10-Page Limit.  Mr. Stelmach stated that the United States **DOES NOT OPPOSE** the relief requested in this Motion.

*/s Robert C. Owen*
Robert C. Owen
Texas Bar No. 15371950
Counsel for Brandon Bernard

UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH MOTION UNDER
FED. R. CIV. P. 59(E)          -  2
(*Brandon Bernard v. United States*; W-04-CV-164)

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIV. OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2012, I electronically filed the foregoing Motion to File a Motion to Alter or Amend Judgment in Excess of 10-Page Limit and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of filing to Assistant United States Attorney Mark Frazier.

s/ *Amy Strickling,*
Amy Strickling, Paralegal
Federal Public Defender Office

UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH MOTION UNDER
FED. R. CIV. P. 59(E)                   -   3
(*Brandon Bernard v. United States*; W-04-CV-164)

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIV. OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**