JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BRANDON BERNARD,                     )  Civil Action  No.  **W-04-CV-164**
                                     )  (Formerly Crim. No. W-99-CR-070(2))
        Defendant-Movant,            )
                                     )
    vs.                              )
                                     )  ORDER GRANTING UNOPPOSED
UNITED STATES OF AMERICA,            )  MOTION FOR LEAVE TO FILE
                                     )  OVERLENGTH MOTION
        Plaintiff-Respondent.        )
                                     )

Defendant-Movant Bernard has moved to file a motion in excess of the 10-page limitation imposed by Local Rule CV-7(d)(3).  The Government does not oppose this request.  It is hereby

ORDERED that Defendant-Movant Bernard may file a Motion to Alter or Amend Judgment not to exceed twenty (20) pages.

DONE this 30ᵗ day of  October  , 2012.

_____
JUDGE WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*/s Robert C. Owen*
Robert C. Owen
Attorney for Brandon Bernard

ORDER GRANTING LEAVE TO FILE
OVERLENGTH MOTION - 1
(*Brandon Bernard v. United States,* W-04-CV-164)

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIVERSITY OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**