IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. W-94-CR- 70 (2) |
| | § | |
| BRANDON BERNARD | § | |

## ORDER

This matter having come before the Court on Government's Motion for Extension of Time, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED, and a response to the Defendant's motion is due by December 10, 2012.

SIGNED AND ENTERED this ___13___ day of November, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE