JUDGE WALTER S. SMITH, JR.

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

8

| | |
|---|---|
| BRANDON BERNARD,    ) | Crim. No.  **W-99-CR-070(2)** |
| )                   | (Civ. Action No. W-04-CV-163) |
| Defendant-Movant,  ) | |
| )                   | NOTICE |
| vs.                 ) | OF INTENT TO FILE A REPLY TO |
| )                   | THE GOVERNMENT'S RESPONSE |
| UNITED STATES OF AMERICA,  ) | TO MOTION TO ALTER OR AMEND |
| )                   | JUDGMENT |
| Plaintiff-Respondent.  ) | |
| _____ ) | |

9
10
11
12
13
14

        Undersigned counsel for Brandon Bernard respectfully give the Court and the

Government notice that they intend to file a reply to the Government's response to Mr.

Bernard's Motion to Alter or Amend Judgment under Fed. R. Civ. P. 59(e) (Dkt. 452).

        The local civil rules, appropriately applied here because Mr. Bernard's pending

motion arises under the Federal Rules of Civil Procedure, provide that "[a] party may file

a reply in support of a motion" within seven days from the filing of the opponent's

response. L.R. CV-7(f)(1), (f)(2).

        At the same time, the local rules state that "[t]he court need not wait for a reply

before ruling on a motion."  Local R. CV-7(f)(2).

        While the local rules give the Court the discretion to rule on Mr. Bernard's

pending Rule 59(e) motion without waiting for him to reply to the Government's

15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF INTENT TO FILE REPLY - 1
(*Brandon Bernard v. United States*; W-99-CR-070(2))

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX  78705-3224
(512) 232-9391

response, Mr. Bernard respectfully hopes that the Court will defer action until he has had the opportunity to reply.  Given the factual and legal complexity of this case, a reply from Mr. Bernard will assist the Court in reliably resolving the issues before it.

This proceeding under 28 U.S.C. § 2255 constitutes a vital safeguard to ensure that Mr. Bernard will not suffer death unless his rights were fully protected at trial.  The serious questions presented cannot be reliably resolved without a full presentation of the issues, and such a full presentation will only be available if the moving party has an opportunity to reply.

Dated this 7th day of December, 2012.

Respectfully submitted,


*/s Robert C. Owen*
Robert C. Owen, Texas Bar No. 15371950
Capital Punishment Clinic, School of Law
The University of Texas at Austin
727 East Dean Keeton Street
Austin, TX  78705-3224
Phone: (512) 232-9391 / Fax: (312) 232-9171
Email: robowenlaw@gmail.com

NOTICE OF INTENT TO FILE REPLY - 2
(*Brandon Bernard v. United States*; W-99-CR-070(2))

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX  78705-3224
(512) 232-9391

1

2

## CERTIFICATE OF SERVICE

3

4        I hereby certify that on December 7, 2012, I electronically filed the foregoing

5    Notice of Intent to File a Reply to the Government's Response to Motion to Alter or

6    Amend Judgment with the Clerk of the Court using the CM/ECF system which will send

     notification of filing to Assistant United States Attorney Mark Frazier.

7

8                              s/ *Amy Strickling*,
                               Amy Strickling, Paralegal
9                              Federal Public Defender Office

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF INTENT TO FILE REPLY - 3
(*Brandon Bernard v. United States*; W-99-CR-070(2))

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX  78705-3224
(512) 232-9391