JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD,<br><br>    Defendant-Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent. | Crim. No. **W-99-CR-070(2)**<br>(Civ. Action No. W-04-CV-163)<br><br>NOTICE THAT DEFENDANT-MOVANT WILL NOT BE FILING A REPLY TO THE GOVERNMENT'S RESPONSE TO HIS MOTION TO ALTER OR AMEND JUDGMENT |

Undersigned counsel previously gave notice (Dkt. 453) that Defendant-Movant Brandon Bernard expected to file a reply, as permitted by the local rules, to the Government's response (Dkt. 452) to his pending Motion under Fed. R. Civ. P. 59(e).

We now advise the Court that no reply will be filed.

Dated this 13th day of December, 2012.

Respectfully submitted,

*/s Robert C. Owen*
Robert C. Owen, Texas Bar No. 15371950
Capital Punishment Clinic, School of Law
The University of Texas at Austin
727 East Dean Keeton Street

NOTICE THAT NO REPLY WILL BE FILED - 1
(*Brandon Bernard v. United States*; W-99-CR-070(2))

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Austin, TX  78705-3224
Phone: (512) 232-9391 / Fax: (312) 232-9171
Email: robowenlaw@gmail.com

Texas Bar No. 15371950
Counsel for Brandon Bernard

NOTICE THAT NO REPLY WILL BE FILED - 2
(*Brandon Bernard v. United States*; W-99-CR-070(2))

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIV. OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**

1 

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on December 13, 2012, I electronically filed the foregoing
4 **Notice That Defendant-Movant Will Not Be Filing A Reply To The Government's**
5 **Response To His Motion To Alter Or Amend Judgment** with the Clerk of the Court
6 using the CM/ECF system which will send notification of filing to Assistant United
7 States Attorney Mark Frazier.

8

9          s/ *Julie L. Valencia,*
           Julie L. Valencia, Paralegal
10         Federal Public Defender Office

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE THAT NO REPLY WILL BE FILED - 3
(*Brandon Bernard v. United States*; W-99-CR-070(2))

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391