United States District Court
Western District of Texas
Waco Division

William G. Putnicki                                                                          800 Franklin, Room 380
Clerk of Court                                                                                  Waco, Texas  76701

April 29, 2013

Honorable Lyle W. Cayce, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3479

RE: USA V BERNARD        W-99-CR-70(02)        APPEAL NO. 13-70013

        In connection with this appeal, the following documents are transmitted.  Please acknowledge
receipt on the enclosed copy of this letter.

_____        Certified copy of the Notice of Appeal and docket entries.

_____        Certified copy of Notice of Cross-Appeal and docket entries.

_____        Judgment and Commitment Order has not been entered.

__X__        Record on appeal consisting of   _2_   Electronic Volume of the Record, _7_ Paper Volume
                of the Record,   _20_   Volumes of Transcript.

_____        Supplemental record consisting of   ____ Volume of the Record

_____        Copy of CJA-20 appointing counsel.

__X__        Other: Envelope containing Exhibit 35 to Doc. 415 & 7 Sealed Envelopes containing Sealed
                Documents: 214, 216, 217, 228, 229, 230, 235, 391, 406 & 422

_____        The Court of Appeals docket fee HAS ____ HAS NOT ____ been paid.

_____        This case is proceeding In Forma Pauperis.

_____        Although the Court of Appeals docket fee was not paid at the time of the Notice of Appeal
                was filed, it was paid on _____.

_____        District Judge/Magistrate entering this final judgment is _____.

_____        Court Reporter assigned to this case is _____.

_____        If criminal case, names and numbers of other defendants are _____

_____        This case was decided without a hearing.  There will be no transcript.

Sincerely,

Amber L. Ditto
Deputy Clerk

ENTRY 1   UPS   GROUND TRACKING NUMBER   1Z E2E 648 03 1008 508 6

ENTRY 2   UPS   GROUND TRACKING NUMBER   1Z E2E 648 03 1008 509 5