# United States District Court
## Western District of Texas
### Waco Division

William G. Putnicki
Clerk of Court

800 Franklin, Room 380
Waco, Texas 76701

April 29, 2013

**FILED**

MAY 0 9 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY



)EATH PENALTY CASE

Honorable Lyle W. Cayce, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3479

RE: USA V BERNARD        W-99-CR-70(02)        APPEAL NO. 13-70013

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_____ Certified copy of the Notice of Appeal and docket entries.

_____ Certified copy of Notice of Cross-Appeal and docket entries.

_____ Judgment and Commitment Order has not been entered.

__X__ Record on appeal consisting of __2__ Electronic Volume of the Record, __7__ Paper Volume of the Record, __20__ Volumes of Transcript.

_____ Supplemental record consisting of ____ Volume of the Record

_____ Copy of CJA-20 appointing counsel.

__X__ Other: Envelope containing Exhibit 35 to Doc. 415 & 7 Sealed Envelopes containing Sealed Documents: 214, 216, 217, 228, 229, 230, 235, 391, 406 & 422

_____ The Court of Appeals docket fee HAS ____ HAS NOT ____ been paid.

_____ This case is proceeding In Forma Pauperis.

_____ Although the Court of Appeals docket fee was not paid at the time of the Notice of Appeal was filed, it was paid on _____.

_____ District Judge/Magistrate entering this final judgment is _____.

_____ Court Reporter assigned to this case is _____.

_____ If criminal case, names and numbers of other defendants are _____

_____ This case was decided without a hearing. There will be no transcript.

Sincerely,

*Amber L Ditto*

Amber L. Ditto
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
MAY 0 3 2013
FIFTH CIRCUIT