# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 19, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

     Re:  Brandon Bernard
           v. United States
           No. 14-8071
           (Your No. 13-70013)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2016

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 13-70013    USA v. Brandon Bernard
                    USDC No. 6:04-CV-164
                    USDC No. 6:99-CR-70-2

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Charlene A. Vogelaar*

                        By: _____
                        Charlene A. Vogelaar, Deputy Clerk
                        504-310-7648