UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD, ) | **CAPITAL CASE** |
| ) | |
| *Defendant-Movant*, ) | |
| ) | Crim. No. W-99-CR-070(2) |
| vs. ) | (Civil No.  W-04-CV-163) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Respondent*. ) | |
| ) | |

### NOTICE OF INTENT TO FILE
### MOTION FOR RELIEF FROM JUDGMENT
### (Fed. R. Civ. P. 60(b))

Brandon Bernard, an indigent prisoner under sentence of death, advises the Court that he intends to move for relief from judgment in this matter pursuant to Fed. R. Civ. P. 60(b).

Mr. Bernard and his co-defendant Christopher Vialva were convicted and sentenced to death in a joint trial in this Court in 2000.  Both men thereafter sought post-conviction relief from via motions under 28 U.S.C. § 2255.  In September 2012, their motions were denied without a hearing by Judge Walter Smith, formerly of this Court. The Fifth Circuit subsequently refused to hear the merits of either defendant's appeal of Judge Smith's decision.  *United States v. Bernard*, 762 F.3d 467 (5th Cir. 2014).

NOTICE OF INTENT TO FILE
MOTION FOR RELIEF FROM JUDGMENT    - 1
(*Brandon Bernard v. United States,* Crim. No. W-99-CR-070(2))

FEDERAL PUBLIC DEFENDER OFFICE
1331 Broadway, Suite 400
Tacoma, WA  98402
(253) 593-6710

On October 13, Mr. Bernard's co-defendant, Christopher Vialva, filed a motion for relief from Judge Smith's decision denying relief under 28 U.S.C. § 2255. *See* Doc. 553.

While some of the grounds on which Mr. Bernard anticipates seeking relief may differ from those asserted in Mr. Vialva's pending motion, the two cases share enough procedural and substantive issues that the Court may wish to defer further action on Mr. Vialva' rule 60(b) motion until such time as Mr. Bernard's Rule 60(b) motion is filed. Mr. Bernard anticipates filing his Rule 60(b) motion no later than December 8, 2017.

DATED this 25th day of October, 2017.

Respectfully submitted,


*s/ Robert C. Owen*
Robert C. Owen
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL  60611
Phone: (312) 503-0135
Email:robert.owen@law.northwestern.edu
Texas Bar No.: 15371950

*s/ John R. Carpenter*
John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington  98402
Phone: (253) 593-6710
Email: john_carpenter@fd.org
Washington Bar No.: 23301

NOTICE OF INTENT TO FILE
MOTION FOR RELIEF FROM JUDGMENT     - 2
(*Brandon Bernard v. United States,* Crim. No. W-99-CR-070(2))

FEDERAL PUBLIC DEFENDER OFFICE
1331 Broadway, Suite 400
Tacoma, WA  98402
(253) 593-6710

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Texas by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 25th day of October, 2017.


       *s/ Amy Strickling*
       Amy Strickling, Paralegal


.

NOTICE OF INTENT TO FILE
MOTION FOR RELIEF FROM JUDGMENT   - 3
(*Brandon Bernard v. United States,* Crim. No. W-99-CR-070(2))

FEDERAL PUBLIC DEFENDER OFFICE
1331 Broadway, Suite 400
Tacoma, WA  98402
(253) 593-6710