**FILED**

SEP 1 9 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

IN RE:                              §
WACO DIVISION                       §
CIVIL AND CRIMINAL CASES            §
                                    §
                                    §

It is hereby **ORDERED** that all pending civil and criminal cases assigned to the docket

of U.S. District Judge Walter S. Smith shall be **TRANSFERRED** to the docket of U.S. District

Judge Robert Pitman.

Signed this 19th day of September, 2016.

_____
Honorable Orlando L. Garcia,
Chief United States District Judge