UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD,<br><br>     *Defendant-Movant*,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>     *Plaintiff-Respondent*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      )   **CAPITAL CASE**

Crim. No. W-99-CR-070(2)

(Civil No.  W-04-CV-164)

**MOTION TO EXCEED PAGE LIMIT FOR DISPOSITIVE MOTION**

Brandon Bernard, an indigent prisoner under sentence of death, moves the Court, pursuant to Local Court Rule CV-7(d)(3), to authorize him to file his *Motion for Relief from Judgment (FRCP 60(b)(6))*, which exceeds the 20-page limit applicable to such motions under that rule.

Local Court Rule CV-7(d)(3) limits dispositive motions to 20 pages.  The instant *Motion for Relief from Judgment* is approximately 31 pages.  Undersigned counsel have done their best to comply with the 20-page limit, but have found it impossible to do so, given the amount of legal and factual material it was necessary to include.  This Court has no prior familiarity with Mr. Bernard's Sec. 2255 proceeding, which was adjudicated by former U.S. District Judge Walter Smith, who also presided at trial.  To provide the Court sufficient understanding of the matter, it was thus important for counsel to set forth in detail both the legal standard that governs consideration of a Rule 60(b)(6) motion and the extraordinary circumstances that authorize Rule 60(b)(6) relief in this case.  In addition, to explain why the Court should exercise its discretion to grant the motion upon a finding of extraordinary circumstances, counsel thought it appropriate to include a brief summary of Mr. Bernard's underlying motion for relief under 28 U.S.C. § 2255, how that

MOTION TO EXCEED PAGE LIMIT - 1
(*Brandon Bernard v. United States*,
Crim. No. W-99-CR-070(2))

motion was disposed of, and the facts that demonstrate the significant risk of injustice to Mr. Bernard if the judgment denying relief under § 2255 remains undisturbed.

## CERTIFICATE OF CONFERENCE

AUSA Mark Frazier has advised undersigned counsel that the Government opposes the relief requested in this motion.

DATED this 28th day of November, 2017.

Respectfully submitted,

Robert C. Owen
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.0135 voice
312.503.8977 fax
robert.owen@law.northwestern.edu

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington  98402
253.593.6710 voice
253.593.6714 fax
John_Carpenter@fd.org

MOTION TO EXCEED PAGE LIMIT - 2
(*Brandon Bernard v. United States,*
Crim. No. W-99-CR-070(2))

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/ Amy Strickling*
Paralegal, Federal Public Defender Office

MOTION TO EXCEED PAGE LIMIT - 3
(*Brandon Bernard v. United States,*
Crim. No. W-99-CR-070(2))

**FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WA 98402
253-593-6710**