UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD,        ) | **CAPITAL CASE** |
|      *Defendant-Movant*,   ) | Crim. No. W-99-CR-070(2) |
|   vs.          ) | (Civil No.  W-04-CV-164) |
| UNITED STATES OF AMERICA,   ) | |
|      *Plaintiff-Respondent*.   ) | |

**ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT**

Brandon Bernard's motion to exceed the otherwise applicable page limit for a dispositive motion under Local Court Rule CV-7(d)(3) is GRANTED.

Done and entered this _____ day of December, 2017.


_____
LEE YEAKEL
United States District Judge

ORDER TO EXCEED PAGE LIMIT - 1
(*Brandon Bernard v. United States,*
Crim. No. W-99-CR-070(2))

**FEDERAL PUBLIC DEFENDER**
**1331 BROADWAY, SUITE 400**
**TACOMA, WA  98402**
**253-593-6710**