FILED

DEC 2 0 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA          §
                                  §          CIVIL NO. W-04-CV-163-LY
V.                                §          CRIMINAL NO. W-99-CR-070 (1)-LY
                                  §
CHRISTOPHER ANDRE VIALVA          §               * CAPITAL CASE *

AND

UNITED STATES OF AMERICA          §
                                  §          CIVIL NO. W-04-CV-164-LY
V.                                §          CRIMINAL NO. W-99-CR-070 (2)-LY
                                  §
BRANDON BERNARD                   §               * CAPITAL CASE *

## FINAL JUDGMENT

Before the court are the above styled and numbered causes. On this date, the court dismissed Movants' Motion to Vacate, Set Aside or Correct Judgment and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Movants' "Motions for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6)," which have been construed as Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, are **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

It is finally **ORDERED** that the above styled and numbered causes are hereby **CLOSED**.

SIGNED this the _____ day of December, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE