Declaration of David Boyd

I, David Boyd, make the following declaration:

1.  My name is David Boyd. I am an insurance professional for GEICO Insurance and I live in Killeen, TX. I am friend of Brandon Bernard. I am about five years younger than Brandon. I have a twin brother named Michael.

2.  Brandon and I attended the Killeen Adventist Junior Academy in Killeen, TX together. We also went to church together. I remember looking up to Brandon when I was younger. Brandon was the older kid who would play with us younger kids during recess. Most of the older kids would not play with us younger kids, but Brandon would. I remember tossing the football around with Brandon.

3.  I knew Brandon as kind and gentle with a calm demeanor. He joked and laughed, but was always respectful, especially to my family. I was unaware of Brandon being in any trouble and never saw any negative influences on Brandon. I think Brandon has a good heart and was raised in the church, but was led astray.

4.  I found out that Brandon was in trouble on the news. I was in disbelief and thought the news had to be talking about someone else at first. The crime did not fit Brandon's personality.

5.  I went to some of Brandon's trial with my family. Brandon had an empty look on his face that conveyed: "This is not happening." It struck me as a sign of his remorse. Brandon did not seem angry or mad. He looked more like he had made a mistake and felt saddened. It was unlike I had ever seen Brandon.

6.  In 2003, Michael and I started up the Enlightenment Tour which was directed at helping "at risk" youth stay out of trouble. It was a nonprofit national youth missionary project dedicated to youth outreach in America, an effort that was important to Michael and me. Brandon wrote a

1

**EXHIBIT 5**



letter to us after reading an article about the tour.  (See Exhibit A, Insight Magazine article).  My brother and I did not reach out to Brandon.  Brandon reached out to us.  He wanted to help prevent kids from making the same mistakes he had made.  He wanted to share his testimony, or story, with the youth.  He wanted the kids to understand where bad choices would lead them.

7.  Brandon provided powerful testimony to kids that we were trying to help.  He explained how quickly he fell, how much he regretted it, and how others should learn from his mistakes.   It was the most powerful testimony that we received.  Here is a sample:

> At 18 years old most kids are preparing to embark on life.  At 18, I was getting processed by the FBI, but [at] 19 I was sitting on death row. …
>
> A person reading this might think to themselves … this would never happen to me.  Don't be a fool!  This whole place is filled with people who thought it couldn't happen to them; now they wish they would of [sic] listened.  Most of the time it starts from doing small things.  It just continues to escalate at such a rapid pace, that before you know it, it's over and your [sic] left either dead, in prison, or in here (which actually is combination of both.)  How do I know, because I thought the same way. …
>
> I didn't have a violent record or an adult [record] (matter of fact[,] I barely had a record at all.)  I went to church every week.  I attended numerous church functions.  I even went to church school, but sin does not discriminate about whose life it will destroy.  Maybe you'll understand this better if I put it this way.  It took me only 3 years to ruin my life.  3 yrs from the time I first stole from my moms [sic] purse to being in death row.  Now marinate on that! …
>
> It may be too late for me (only God knows the answer to that), but it is not too late to help others.  It's not too late to let youths know that this [criminal] lifestyle is not glamorous. There are no rewards.  There is only pain. …
>
> Stop breaking those who care about your hearts! Make the decision to do what is right, walk the path of righteousness. …
>
> Listen to my words and learn from my life's mistakes so you don't have to experience it yourself.

8.  Michael and I spent the month of June 2008 talking to "at risk" youth, telling them Brandon's story, and providing his testimony to them.  Brandon's story had a huge impact on the kids who

2



heard it.  Brandon helped keep a lot of young kids stay on the right path who had been on the verge of walking the wrong path.

9.  I worked as a correctional officer in Texas, so I am familiar with the criminal justice system.  I remember there being offenders who were proud of being incarcerated.  It was a lifestyle for some of them.  Brandon has never had that attitude.  Brandon has opened his heart to God.  He keeps a positive attitude by continuing to better himself spiritually and mentally.

10.  Michael and I visited Brandon on death row in 2008.  Brandon was calm, but happy that we cared enough to come see him. We talked about how Brandon is trying to turn his life around and stay positive in a place where it is always easy to feel sorry for yourself rather than think about how your own actions put you there.  Brandon said he was doing his best to stay positive. Helping us with the Enlightenment Tour was a way Brandon stayed positive.  To Brandon, it was doing something right.  Brandon wishes he had made better decisions when he was eighteen and blames only himself for what happened.  There was no sense of falseness from Brandon.  He was not pandering to us.  He was being honest.  He was remorseful.  Michael and I told Brandon to keep his faith and Brandon said he would.

11.  If I could say anything to the victims' families, I would tell them I am deeply sorry for their loss.  I would tell them that Brandon has a good heart and Brandon knows he made terrible, life-altering decisions.  I would tell them I think Brandon was following his friends and I believe he would not have gone with them if he had fully grasped the potential consequences that could follow.  I would tell them that Brandon apologizes to all the people and families he hurt that day.

12.  I would also ask President Obama to spare Brandon's life and commute his death sentence to life imprisonment without the possibility of parole.  It is clear to me that Brandon recognizes that he has made seriously bad decisions and an awful tragedy resulted from his decisions.  He

has reached out and helped other kids stay out of trouble by sharing his story. These are the

actions of a remorseful person who deserves mercy.

I have read the foregoing declaration.  Under the laws of the United States and the State of Texas, I

declare under penalty of perjury that this declaration is true and correct.


Executed at Killeen, TX on   _O7-10-2016_____.

David Boyd

4

# Exhibit A

SEARCH

HOME
DISCUSSION FORUM
BLOGS
ARTICLES
ADVICE
COLLEGE GUIDE
JUST JESUS
VIDEOS
MUSIC/AUDIO
PRAYER
CAREERS
ULTIMATE WORKOUT
SURVEY ARCHIVE
EVENTS
THE FLOW

CORNERSTONE  CONNECTIONS





Join our social network,
theFlow.

ABOUT US
CONTACT US
ADVERTISING
SUBSCRIBE
STORE



# Cover Story

## The Enlightenment Tour

Add Comment :: Send to a Friend :: View Comments ::     ShareThis



*Several months ago we received an empty envelope in the Insight office. The return address? The Enlightenment Tour, Killeen, Texas. To find out what The Enlightenment Tour was all about, Michelle phoned the nearest conference office in Texas, but no one had heard of it at that point. Word's gotten out since then!*

*Months after receiving the empty envelope, last April at the United Youth Congress in Atlanta, Georgia, David Boyd stopped by the Insight booth and introduced himself as being a part of The Enlightenment Tour. He satisfied our curiosity-and amazed us with the news about this tour!*

*God impressed twin brothers David and Michael Boyd-they're cool guys in their early 20s-with some serious plans to witness to people, especially young people. What they plan to do is take the gospel on tour in the summer of 2008!*

*The two reasons we want to share information about The Enlightenment Tour with you are that maybe you'll want to be a part of it-do the summer road trip thing with them for God. Or if you can't be a part of it, maybe you can help it happen by raising some money for it.*

*Following is an interview that David did with Pat Humphrey, a friend of Insight who's written several other articles and stories for Insight. She lives in Texas, too, and took the opportunity to chat with David about all kinds of things having to do with The Enlightenment Tour.-The editors.*

Pat: Tell me a little about you and your brother and then about your background-your family, education, and church experience . . . and what your parents think about The Enlightenment Tour.

David: We are twin brothers who were born on New Year's Day, and we're members of the New Hope Seventh-day Adventist Church in Killeen, Texas.

We serve our church as deacons, elders in training, members of the Pathfinder club, audio/video technicians, members of the Voices of Praise Choir, Vacation Bible School teachers, and community service staff.

We also served as members of the Southwest Region Conference Drum Corps for the Faith on Fire Camporee held in Oshkosh, Wisconsin.

We attended Killeen Adventist Junior Academy and graduated from C. E. Ellison High School. Then we continued our education at Central Texas College.



**Most Commented Video**

**Hot topic of the week**

**Hello everyone! What are some of your favorite things to do on Sabbath? I like to watch nature shows, listen to music, and read! :)**

**What do YOU think?**

Click here join in the discussion.

**Most Commented Articles**

Finding a Friend in Yourself (4)
02.20.16

To Dream an Impossible Dream (2)
03.12.16

The Talk (2)
01.23.16

The Rule of Thirds (2)
07.18.15

Simple Steps for Overcoming Any Sin (1)
04.30.16

ADRA

We have two sisters, Myiesha and Angela.

Our parents feel honored that God has called us into the ministry, and they feel blessed that we responded by dedicating our lives to Him.

Pat: How did you come up with the idea of The Enlightenment Tour?

David: Ever since we were young we've attended various youth events-youth congresses, youth federations, youth summits, camporees, etc. These youth events have left an impression on our hearts to share what we've experienced with youth outside the church.

On Friday night, December 19, 2003, while my mother and sister were at choir rehearsal, Michael and I began talking about the numerous youth programs we've attended. As we were talking, we began discussing a tour to reach the troubled youth of America. Within minutes the Lord impressed upon our hearts what should be done. It was amazing, because everything was so clear. We knew it had to be inspired by the Lord, because He wouldn't let us forget about it. After many days of prayer and consideration, we formulated The Enlightenment Tour ministry.

Pat: How big is this project?

David: The Enlightenment Tour is a nonprofit national youth missionary project dedicated to youth outreach in America. Our audience will be a worldwide audience, though, because we're reaching out to everyone-Adventist youth, Christian youth, Adventists who've backslidden, atheists, the rich, the poor, adults, children, senior citizens, patients, prisoners, celebrities, homeless people, business owners, etc. God is no respecter of persons.

Pat: Why are you doing this?

David: Our purpose is to show America's youth that there is hope in Jesus Christ. We realize that we are living in the last days and that the Lord is bringing His sheep into one fold.

As youth, we can really relate to what our troubled youth are going through. Many have become addicts to the sins of drinking, fornication, stealing, murder, pride, drugs, and so on. There are millions of youth in America who are trapped by their sins and feel nothing can be done to change their lives.

We believe that love and the gospel of Jesus Christ will change their lives. We'd like to see the youth stop compromising to what the world says is OK and begin living lives like Christ's and be a witness to others for Him.

Pat: What are your plans for The Enlightenment Tour so far?

David: We will be taking an army of 6,000 Christian youth, 14 to 24 years old, on 120 charter buses to do missionary work in 20 metropolitan cities.

The 6,000 youth will spend two days in each city. During those two days the 6,000 youth will spread throughout the city and do literature evangelism, community service, counseling, workshops, concerts, health screenings, parades, drama, drill and drum corps, exhibitions, youth rallies, youth preach-outs, hospital visitations, nursing home visits, youth talk shows, seminars, food and clothing drives, art ministry, children's ministry, prison/detention center ministry, and prayer ministry.

The youth will conduct ministry both days. On the second day we'll have a massive evening worship service at a stadium or coliseum that we'll be inviting the entire community to attend. And we believe that tens of thousands will respond.

Then we'll give the names of those who decide to give their lives to Christ to the local Seventh-day Adventist churches. Based on Acts 2:47-"And the Lord added to the church daily such as should be saved"*-we believe that the Seventh-day Adventist churches in the cities will grow by the thousands within a day!

Pat: When are you going and where are you going?

David: The Enlightenment Tour will take place June 3 to July 23, 2008. Our 6,000 youth will tour together from one city to the next: Killeen, Texas; Houston, Texas; New Orleans, Louisiana; Atlanta, Georgia; Miami, Florida; Charlotte, North Carolina; Nashville, Tennessee; Washington, D.C.; Baltimore, Maryland; Philadelphia, Penn-sylvania; New York City, New York; Cleve-land, Ohio; Detroit, Michigan; Chicago, Illinois; Indianapolis, Indiana; St. Louis, Missouri; Kansas City, Missouri; Denver, Colorado; Salt Lake City, Utah; and Los Angeles, California.

Pat: What kind of reaction have you gotten from other young people?

David: Their reaction has been astounding! We've been amazed by how the Lord is arousing the hearts of young people to get involved with this ministry to help other youth in need.

We've been approached by many youth who've said that they'd like to be a part of The Enlightenment Tour ministry and go on the tour. At the General Conference session in St.

Louis, Missouri, we were even approached by international youth who were interested in the tour.

The concern and willingness of the youth is truly an inspiration to us. It's good to know that there are other youth who also have a desire to see lives changed.

Pat: Who else is involved in planning The Enlightenment Tour?

David: We have a board of directors, an administrative staff, an advisory board, and numerous committees. We also realize that with a ministry of this magnitude, the number of people involved will grow as time progresses.

Pat: Are you working with any church organizations or church leaders to carry this program?

David: Yes, besides working with numerous churches and pastors, we're also working with Project: Steps to Christ, Inc.

The Enlightenment Tour has also been introduced to Southwest Region Conference (SWRC) president Billy E. Wright; SWRC Pathfinder director Rogers Johnson; SWRC Youth director Keith Gray; North American Division (NAD) president Don Schneider; NAD Youth director James L. Black, Sr.; General Conference president Jan Paulsen; General Conference assistant youth director Van Hurst; Oakwood College Student Activities director Marjorie Robinson; Walter Pearson;

E. E. Cleveland; Wintley Phipps; Doug Batchelor; Danny Shelton; and Metroplex Adventist Hospital.

Some of the speakers for the evening worship services are going to be U.S. Senate chaplain Barry C. Black, Texas Conference evangelist Lynwood Spangler, and Dupont Seventh-day Adventist Church senior pastor Emil Peeler.

Pat: How are you funding The Enlightenment Tour?

David: By contributions from the public, private donors, grants, sponsorships, and corporate endorse-ments. The Enlightenment Tour is registered with the IRS as a 501(C)(3) charitable (nonprofit) organization.

Pat: What impact do you think The Enlightenment Tour will have on young people in the church?

David: It's going to give the youth of the Adventist Church an opportunity to participate in missionary work in our own country. It's also going to allow Adventist youth from around America to come together as an army to reach the troubled youth of America.

Pat: What impact do you hope The Enlightenment Tour will have on people young and old who aren't in the church?

David: Impacting the young and old of the community is the primary purpose of The Enlightenment Tour. Our job is to share the light we've been given.

As we focus on the spiritual growth of Adventist youth, we see an even greater need to reach those youth who have little or no light at all.

Pat: If someone wanted to get involved with The Enlight-enment Tour, what could they do?

David: There are many ways that people can get involved with this project, whether it be through financial contributions, donation of their time or professional experience, preparing sack lunches, prayer, fasting, assisting in fund-raising, helping to provide security, packing and unloading trucks, sharing resources and ideas, encouragement, helping to feed the youth, or opening their church or facility to the youth-we welcome their involvement.

If anyone feels that they could get involved in other ways, we welcome them to contact us with their suggestions. If they are a youth or a potential chaperone and would like to go on The Enlightenment Tour, they should go directly to our Web site.

Pat: What's your Web address, and in what other ways can people get in touch with you?

David: Our Web site address is www.theenlightenment

tourinc.com. They can also contact us by phone at 254-634-6716. Our mailing address is: The Enlightenment Tour, Inc., P.O. Box 690068, Killeen, Texas 76549. And our e-mail addresses are dboydtheenlightenmenttour

inc.com and mboydtheenlightenmenttourinc.com.

Pat: What blessings have you already seen take place?

David: One of our initial blessings was when a physician offered us his lakefront $1.5 million estate as temporary office space. Another was when The Enlightenment Tour Ministry was featured on Teen Pathways on 3ABN and in the Southwestern Union Record magazine.

Insight Magazine Online                                    http://www.insightmagazine.org/cover/index.asp?issueID=20061646

Of all the blessings, one of the most moving was when Brandon Bernard, a Seventh-day Adventist and the youngest person to be put on federal death row, read our article in the Southwestern Union Record and responded to us with: "As soon as I read your article, I knew what God wanted me to do." Brandon wrote his testimony and asked us to share it with others in danger so that they won't walk the same path.

Pat: In what other ways is the Lord moving in this program?

David: It was evident that the Lord was moving when the mayor of our city opened up different avenues for The Enlightenment Tour to receive local support from the community- through TV, radio, newspapers, and beyond. She even offered to put information about The Enlightenment Tour on the city residents' water invoices. The Lord is doing numerous things to accomplish this work!

Pat: How has this project impacted your Christian experience so far?

David: It has exercised our faith and endurance. Ever since we were called into this ministry, the Lord has brought us into a deeper relationship with Him. It's also caused us to stop and take a look at the condition of the world and realize that we were specifically created to reach the youth of America before Christ returns to help fulfill His Word: "And this gospel of the kingdom shall be preached in all the world for a witness unto all nations; and then shall the end come" (Matthew 24:14).*

*Bible texts taken from the The Holy Bible, King James Version.

Adapted from Cornerstone Youth Resource magazine, third quarter 2006, published by the Review and Herald (r) Publishing Association located in Hagerstown, Maryland.

*Pat Humphrey is a freelance writer and editor of Cornerstone Youth Resource magazine, a counselor, and mother of two adult children. She and her husband Art, live in Keene, Texas.*

Add Comment :: Send to a Friend :: view comments ::      ShareThis

## Comments

Sorry there are no comments for this article.

Top | Home

4 of 4                                                                          5/25/2016 1:13 PM