Declaration of Michael Boyd

I, Michael Boyd, make the following declaration:

1.  My name is Michael Boyd. I am an electrician who lives in Killeen, TX. I am a friend of Brandon Bernard. I am about five years younger than Brandon. I have a twin brother named David.

2.  Brandon's family and my family attended the New Hope Seventh-day Adventist Church together. Brandon came from a good church-going family. He was humble and respectful. He was pleasant to be around and reserved. He did not use profanity. I never saw him use drugs or drink alcohol. He looked out for the younger kids in church. I saw him tell younger kids they were doing something that would get them into trouble with their parents or tell them what they were doing was not the smartest thing to do. I would never have guessed Brandon would get himself involved in the situation he did.

3.  I went with my family to court for some of Brandon's trial. We were all shocked at what had happened. It was difficult for me to reconcile the Brandon I knew with the Brandon that was charged with these crimes. It was hard for me to make sense of it. The person that was described in the court proceedings was not the Brandon I knew. After Brandon was sent to Death Row, I had no contact with him until I went with David to visit him in 2008.

4.  In 2006, David and I set up the Enlightenment Tour which was a nonprofit national youth missionary project that my brother and I founded in 2003. It was directed at helping "at risk" youth stay out of trouble through the teachings of Christ. On December 9th, 2006, Southwestern Union Record published an article about the tour. Unbeknownst to David and me, Brandon read the article. After he did, he reached out to us. He sent us a letter praising the work we were doing and offered his help. The letter was directed at telling the youth where bad choices could lead them. Brandon wanted the kids to make better choices than he had made.

1

**EXHIBIT 6**

5. We integrated Brandon's statement and his story into our presentation. His story changed the lives of a lot of kids for the better. Brandon's story was a real life example of what could happen to them if they followed the wrong crowd or thought only about themselves rather than others.

6. I believe Brandon's statement and story helped many kids stay out of trouble. It was a very effective statement. Brandon did this out of his own will. We never asked him to do anything and Brandon did not expect anything from us other than to get his message out to the kids. The fact that Brandon reached out to us is an example of the Brandon I always knew.

7. In 2008 or 2009, David and I went to visit Brandon on death row in Terre Haute, IN. The conversation went well. Brandon asked about the tour and whether his statement had helped us reach the kids the Enlightenment Tour was aimed at. He also wanted to know how people in the church were doing. He asked how his family was doing because David and I had kept contact with them. We talked about the growth of Killeen and a lot of other things. But we were mostly focused on our faith and the healing power of Christ.

8. I understand Brandon took part in committing a terrible crime that inflicted awful suffering on two innocent people and a tragic loss on their families. But that is not the Brandon I knew when I was young, and it is not the Brandon I know today.

9. I am praying that President Obama commutes Brandon's death sentence to a sentence of life imprisonment. He knows he owes a debt to the community and to the families of the victims. He is remorseful. He wants to help keep other people from making the same mistakes he has. That is a life worth saving.

10. I feel deeply sorry for the victims' family and their losses. I would like to express my condolences to them. My wanting Brandon to have his death sentence commuted to life imprisonment

2

should in no way be interpreted as not acknowledging their pain.  I pray that they find peace in this tragic situation.

I have read the foregoing declaration.  Under the laws of the United States and the State of Texas, I declare under penalty of perjury that this declaration is true and correct.

Executed at · Killeen          , TX on  July 27, 2016____.

_Michael Boyd_
Michael Boyd

3