

Government
Exhibit
W-99-CR-070 (03)
066

EXHIBIT 7