SEP-24-1998 08:36 KILLEEN POLICE YSU 254 699 3013 P.01

Case 6:99-cr-00070-ADA Document 66-8 Filed 02/04/19 Page 1 of 1
Case 6:99-cr-00070-LY Document 589-11 Filed 02/05/19 Page 1 of 1

Prince Presley

JAY JAMES Presley / Tweety Bryant Presley

Joseph Presley / ERIC Tinsley

TYC Terrick Lewis / P.T Phillip Thompson / Greg

Clifton Evans / Tony Sparks / Jason LACY / Albert Clifton

Billy Rorie / MAURICE HARRIS / Terry Brown

Ricky Lynch / Chris VIALVA / Phillip Lewis / Richard Thomas

PAT PATRICK LAUDERMILK / CAMERON HEAD / Ceddy Mak Cedric Hill TYC / Ty Tyrone Smith

Jimmy Little / Marcus Schoeffler / DIRTY Billy Stone / Paul Tinsley / Rel LAJARVIS Nelson

Shamari / LeVAR Keaney / Juanica Franklin / Renee Barry

JORDAN Melsimeon Pollock / MONA RAMONA Berry / APRIL Lewis / Mike / Tyrone Lewis / HECTOR COLON

Dallas / Sullus / TIM / IRVIN Irving Lewis / Andrea York / James

Connie / DIP BRANDON Bernard / Terry / Ashley / Carl / GOTTI Ghotti Antonio Jackson

212 PIRU BLOODS

5 * Deuce Villain

G B B 5

Government Exhibit
W-99-CR-070 (03)
065

EXHIBIT 8