**DECLARATION OF ROBERT C. OWEN**

Pursuant to the provisions of 28 U.S.C. 1746, Robert C. Owen states under penalty of perjury that the following is true:

1. My name is Robert C. Owen.   I am an attorney licensed to practice law in Texas and Illinois, and I am currently employed as a Clinical Professor of Law at Northwestern University Pritzker School of Law in Chicago, Illinois.  I am one of the attorneys representing Brandon Bernard in the federal death penalty case of *United States v. Brandon Bernard*, No. W-99-CR-070(2) (W.D. Tex).

2. I was first appointed to represent Mr. Bernard on or about July 21, 2000, as co-counsel for his direct appeal.  I have represented Mr. Bernard continuously since that time, as my appointment was later continued for purposes of assisting Mr. Bernard in seeking post-conviction relief and, if necessary, executive clemency.

3. At some point during the preparation of Mr. Bernard's initial motion for relief from judgment under 28 U.S.C. 2255, I obtained from Mr. Bernard's trial counsel what was represented to me to be their complete file in his case. The file is presently in the possession of my co-counsel for Mr. Bernard, but it has not been outside the possession and control of our post-conviction defense team since I obtained it from trial counsel.

4. Nothing in the files I received from trial counsel indicates that trial counsel were ever advised that Sgt. Sandra Hunt of the Killeen Police Dept. or any other officer with that agency had reached an opinion

**EXHIBIT 9**

regarding the relative rank or status within the hierarchical structure of the 212 PIRU Bloods youth gang of the various defendants charged in connection with the murders of Todd and Stacie Bagley.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2019.

_____
Robert C. Owen