UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD, | ) |
| | ) **CAPITAL CASE** |
| *Defendant-Movant*, | ) |
| | ) Crim. No. 6:99-CR-00070-LY-2 |
| vs. | ) |
| | ) (Civil No.  W-04-CV-164) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff-Respondent*. | ) |
| | ) |

**ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT**

Brandon Bernard's motion to exceed the otherwise applicable page limit for a dispositive motion under Local Court Rule CV-7(d)(3) is GRANTED.

Done and entered this _____ day of February, 2019.


_____

United States District Judge Yeakel

ORDER TO EXCEED PAGE LIMIT - 1
(*Brandon Bernard v. United States,*
Crim. No. 99-CR-00070-LY-2 )

**FEDERAL PUBLIC DEFENDER**
**1331 BROADWAY, SUITE 400**
**TACOMA, WA  98402**
**253-593-6710**