**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CIVIL NO. W-04-CV-164** |
| **V.** | § | **CRIMINAL NO. W-99-CR-070 (2)-ADA** |
| | § | |
| **BRANDON BERNARD** | § | **\* CAPITAL CASE \*** |

# J U D G M E N T

The court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that Movant Brandon Bernard's Motion for Relief From Judgment (ECF No. 661) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction. No Certificate of Appealability shall issue in this case.  This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED this 8th day of August, 2019.**

**ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE**