IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. W-04-CV-164 |
| ) | CRIM. NO. W-99-CR-070(2)-ADA |
| Plaintiff, ) | |
| ) | **\*CAPITAL CASE\*** |
| v. ) | |
| ) | |
| BRANDON BERNARD, ) | ORDER AMENDING JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |

The court hereby amends the Judgment entered in the above-styled and numbered cause as follows.

Pursuant to this Court's Order of August 8, 2019 (ECF No. 664), **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that Movant Brandon Bernard's Motion for Relief from Judgment (ECF No. 661) is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to the authority of 18 U.S.C. § 1631.  This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED this ____ day of _____, 2019.**


_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

ORDER AMENDING JUDGMENT
(*United States v. Bernard*; No. W-04-CV-164) - 1

Presented by:

Robert C. Owen
Law Office of Robert C. Owen
1333 W. Devon Ave., #316
Chicago, IL  60660
(512) 577-8329
robowenlaw@gmail.com

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593.6710
john_carpenter@fd.org

ORDER AMENDING JUDGMENT
(*United States v. Bernard*; No. W-04-CV-164) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

ORDER AMENDING JUDGMENT
(*United States v. Bernard*; No. W-04-CV-164) - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**