# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

       Re:   Brandon Bernard
              v. United States
              No. 18-6992
              (Your No. 18-70008)

Dear Clerk:

       The Court today entered the following order in the above-entitled case:

       The petition for a writ of certiorari is denied.

                                   Sincerely,

                                     Scott S. Harris, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 15, 2020

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

        No. 18-70008    USA v. Brandon Bernard
                        USDC No. 6:04-CV-164

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Stacy Carpenter*

                By: _____
                Stacy M. Carpenter, Deputy Clerk