IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

_____

                                                    )
UNITED STATES OF AMERICA            )
    Plaintiff,                                )
                                                    )
    v.                                        )    CRIM. NO.  6:99-CR-070(2)-ADA
                                                    )
BRANDON BERNARD,                        )
    Defendant.                              )
_____)

## ORDER

The Court has considered the Government's *Motion to Release Sealed and Restricted Documents* (Doc. 674). The Court hereby ORDERS that as to Defendant Brandon Bernard, the Government's motion is DENIED WITHOUT PREJUDICE.

SIGNED this _____ day of _____, 2020.


_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE