IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | **CAPITAL CASE** |
| v. | § | NO. W-99-CR-00070(1) |
| | § | **Execution Date: Sept. 24, 2020** |
| CHRISTOPHER ANDRE VIALVA. | § | |

**UNOPPOSED ADVISEMENT OF INTENT TO FILE REPLY
TO UNITED STATES'S RESPONSE IN OPPOSITION
TO MOTION TO ENJOIN THE FEDERAL BUREAU OF PRISONS
AND THE UNITED STATES MARSHALS SERVICE FROM
EXECUTING DEFENDANT WITHOUT LEGAL AUTHORITY
AND IN VIOLATION OF FEDERAL AND TEXAS LAW**

**TO THE HONORABLE COURT:**

Christopher André Vialva, through counsel, filed a motion requesting this Court enter an order enjoining the United States Bureau of Prisons and the United States Marshals Service from executing him September 24, 2020. *Motion to Enjoin*, filed 08/14/2020, document 675. Mr. Vialva raised multiple procedural and substantive issues regarding the notice issued by the Attorney General of the United States through the Warden of Terre Haute United States Penitentiary. The United States's response reflects a significant dispute concerning the interpretation of the Federal Death Penalty Act as applied in this case. Resolution of this dispute would be facilitated by a reply from Mr. Vialva. A reply would also ensure a complete exposition of the issues for further review.

The motion for injunctive relief was filed in this criminal proceeding pursuant Title 28, United States Code, Section 1651(a). The parties agree Local Rule CV-7(f)(2) permits the filing of a reply within seven days. The United States treated Mr. Vialva's pleading as a dispositive motion for purposes of its response. Accordingly, Mr. Vialva may file a reply not to exceed ten pages without further leave of Court. Local Rule CV-7(f)(3).

Counsel contacted counsel for the United States concerning Mr. Vialva's intention to file a reply. Within the limits prescribed by Local Rule CV-7, the United States does not oppose Mr. Vialva's stated intention to file a reply.

>Respectfully submitted,
>
>s/Susan M. Otto
>SUSAN M. OTTO   Oklahoma Bar # 6818
>Federal Public Defender
>MICHAEL LIEBERMAN  Oklahoma Bar #32694
>Assistant Federal Public Defender
>Western District of Oklahoma
>215 Dean A. McGee Suite 109
>Oklahoma City, Oklahoma 73102
>Telephone: 405 609-5930
>Electronic mail: Susan_Otto@fd.org;
>Michael_Lieberman@fd.org
>COUNSEL FOR DEFENDANT
>CHRISTOPHER ANDRE VIALVA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Mark Frazier | Rob Owen |
| Assistant United States Attorney | Law Office of Robert C. Owen, LLC |
| 800 Franklin, Suite 280 | 53 W. Jackson Blvd., Suite 1056 |
| Waco, Texas 76701 | Chicago, IL 60604 |
| Counsel for Plaintiff | |
| | John Carpenter |
| *Via electronic mail to* | Assist. Federal Public Defender |
| Mark Stelmach | 1331 Broadway, Ste. 400 |
| Assistant United States Attorney | Tacoma, WA 98402 |
| Austin, Texas | Counsel for Brandon Bernard |
| Counsel for Plaintiff | |

>*s/Susan M. Otto*
>SUSAN M. OTTO