**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CIVIL NO. W-04-CV-164** |
| **V.** | § | **CRIMINAL NO. W-99-CR-070 (2)-ADA** |
| | § | |
| **BRANDON BERNARD** | § | **\* CAPITAL CASE \*** |

## ORDER ON REMAND

This case is on remand from the Fifth Circuit Court of Appeals. Previously, federal prisoner Brandon Bernard filed a Motion for Relief from Judgment (ECF No. 661) in this Court wherein he sought to set aside his death sentence based on the allegation that his sentence was secured, in part, by the Government's failure to disclose favorable evidence. Bernard argued the motion was either a non-successive, "second-in-time" motion under 28 U.S.C. § 2255 or, in the alternative, a motion filed pursuant to Federal Rule of Civil Procedure 60(b). After considering the motion and the governing legal authorities, however, the Court construed Bernard's motion as an unauthorized successive Section 2255 motion and dismissed the motion for lack of jurisdiction.

Following a request to amend by Bernard, the Court amended its judgment and transferred Bernard's motion to the Fifth Circuit Court of Appeals pursuant to 18 U.S.C. § 1631. (ECF No. 667). On appeal, the Fifth Circuit found no error in this Court construing Bernard's Section 2255 motion (and alternative Rule 60(b) motion) as an unauthorized successive habeas petition and affirmed the Court's transfer order. *United States v. Bernard*, 820 F. App'x 309, 311 (5th Cir. 2020). The Fifth Circuit further remanded the case back to this Court "with instructions to dismiss Bernard's Section 2255 petition for want of jurisdiction." *Id*.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    Brandon Bernard's Motion for Relief from Judgment (ECF No. 661), construed as a successive § 2255 motion, is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction;

2.    To the extent Bernard's motion is considered a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6), this motion is also **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction; and

3.    Bernard failed to make "a substantial showing of the denial of a federal right" and cannot make a substantial showing that this Court's procedural rulings are incorrect as required by Fed. R. App. P. 22 for a certificate of appealability.  *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).  Therefore, to the extent necessary, this Court **DENIES** Bernard a certificate of appealability.  *See* Rule 11(a) of the Rules Governing § 2254 Proceedings.

It is so **ORDERED**.

SIGNED this 15th day of October, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE