IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.    )<br>)<br>)<br>BRANDON BERNARD.   ) | Case No. W-99-CR-070 (2)<br>(Capital Case) |

**GOVERNMENT'S NOTICE REGARDING EXECUTION DATE**

The United States hereby notifies the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of Brandon Bernard, in accordance with 28 C.F.R. Part 26, to take place on December 10, 2020.

                                                    Respectfully submitted,

                                                    GREGG N. SOFER
                                                    United States Attorney

                                    By:    /s/Mark L. Frazier
                                             MARK L. FRAZIER
                                             Assistant United States Attorney

Dated: October 16, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas using the CM/ECF system on October 16, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Mark L. Frazier
MARK L. FRAZIER
Assistant United States Attorney