UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CIVIL NO. W-04-CV-164 |
| V. | § | CRIMINAL NO. W-99-CR-070 (2)-ADA |
| | § | |
| BRANDON BERNARD | § | * CAPITAL CASE * |

## ORDER

On September 9, 2020, the Fifth Circuit Court of Appeals remanded the above case back to this Court "with instructions to dismiss Bernard's Section 2255 petition for want of jurisdiction." *United States v. Bernard*, 820 F. App'x 309, 311 (5th Cir. 2020). This Court issued such an order on October 15, 2020, pursuant to the remand. ECF No. 696. As mandate has not yet issued from the Fifth Circuit, however, the Court hereby **VACATES** its previous Order on Remand (ECF No. 696) and Judgment (ECF No. 697) until further notice.

It is so **ORDERED**.

**SIGNED** this the 19th day of October, 2020.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**