**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CIVIL NO. W-04-CV-164** |
| **V.** | § | **CRIMINAL NO. W-99-CR-070 (2)-ADA** |
| | § | |
| **BRANDON BERNARD** | § | **\* CAPITAL CASE \*** |

**ORDER**

Before the Court is Movant Brandon Bernard's Motion to File Overlength Motion to Enjoin (ECF No. 701). Citing the extensive legal and factual background of this case, Bernard seeks to exceed the number of pages allowed under Local Rule CV-7(d)(3) by five pages. The Court considers this request reasonable.

It is therefore **ORDERED** that the Motion to File Overlength Motion to Enjoin (ECF No. 701) filed by Bernard on November 12, 2020, is **GRANTED**.

**SIGNED this the 13th day of November, 2020.**


_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**