IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CRIMINAL NO. 6:99-CR-00070-ADA-2 |
| | * | |
| BRANDON BERNARD, | * | |
| | * | |
| Defendant | * | |

NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the undersigned and files this Notice of Appearance as additional counsel for

the Government in the above styled and numbered cause.

Respectfully submitted,

GREGG N. SOFER
United States Attorney

/s/ *Neeraj K. Gupta*

By:    NEERAJ K. GUPTA
Assistant United States Attorney
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
(512) 687-0805