UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CIVIL NO. W-04-CV-164 |
| V. | § | CRIMINAL NO. W-99-CR-070 (2)-ADA |
| | § | |
| BRANDON BERNARD | § | *  CAPITAL CASE  * |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that Brandon Bernard's Motion for Relief from Judgment (ECF No. 661) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.  No Certificate of Appealability shall issue in this case.

It is so **ORDERED**.

**SIGNED this the 17th day of November, 2020.**

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**