IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     *

    *    CAPITAL CASE

V.     *

    *    CRIMINAL NO. W-99-CR-070 (2)

BRANDON BERNARD     *

### GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE THAT EXCEEDS THE PAGE-COUNT LIMITATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and respectfully moves this Court to grant the Government's motion for leave to file its response to Defendant's Motion to Enjoin the Government From Executing Brandon Bernard Until Appeals Are Complete in excess of the 10-page limitation imposed by Rule CV-7(e)(3). As grounds for this request, the United States would respectfully show the Court as follows:

The United States has found it impossible to respond to the Defendant's motion within the ten-page limit given the issues raised and the relevant law discussed.

### CERTIFICATE OF CONFERENCE

Assistant United States Attorney Mark L. Frazier has discussed this motion with Robert C. Owen, one of the Defendant's counsel, and he has no objection to the filing of same.

WHEREFORE, the United States respectfully requests that the Court grant leave to file its response in excess of the page count limitation.

2

Respectfully submitted,

GREGG N. SOFER
UNITED STATES ATTORNEY

/s/ Mark L. Frazier

By:   MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX   76701
(254) 750-1580

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2020, a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF

System, which will transmit notification of such filing to the following CM/ECF participant:

Robert C. Owen
Attorney at Law

/s/ Mark L. Frazier

By:   MARK L. FRAZIER
Assistant United States Attorney

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CAPITAL CASE |
| V. | * | |
| | * | CRIMINAL NO. W-99-CR-070 (2) |
| BRANDON BERNARD | * | |

### ORDER

On this day came on to be considered the Government's Motion For Leave to File Response

That Exceeds Page Limitation, and the Court being fully advised of the premises, finds said Motion

meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED/DENIED.

SIGNED this the _____ day of November, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE