JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> BRANDON BERNARD, <br><br> *Defendant.* | NO. 6:99-CR-00070-ADA-2 <br><br> **THIS IS A CAPITAL CASE** <br><br> **EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020** <br><br> MOTION TO FILE OVER LENGTH REPLY TO GOVERNMENT RESPONSE TO MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE |

Brandon Bernard respectfully moves this Court for permission to file a reply in excess of the 5-page limitation imposed by Rule CV-7(f)(3) of the Rules of the United States District Court for the Western District of Texas. Specifically, the defendant requests that the Court permit the filing of a Reply to Government Response to Motion to Enjoin the Government from Executing Brandon Bernard Until Appeals are Complete, that is approximately 13 pages in length. The government submitted an overlength response (dkt. 709) that raised a novel statutory interpretation argument, and assertions related to substance of the pending *Brady/Napue* claims, which, although not directly relevant to the issue before the Court, required

MOTION TO FILE OVER LENGTH REPLY TO MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2   Page | 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

a fairly detailed response. Because of this, the resulting reply brief amounts to approximately 13 pages, excluding the caption and the signature block. Defense counsel believes that this length was necessary to provide effective assistance of counsel to Mr. Bernard. Undersigned counsel therefore move the Court to allow the filing of reply brief of roughly 13 pages.

### CERTIFICATE OF CONFERENCE

Assistant United States Attorneys Joseph Gay, Jr., Mark Frazier, and Michael Hardy have been advised of the relief requested in this motion on today's date. Counsel does not know the government's position.

DATED this 24th day of November, 2020.

Respectfully submitted,

Robert C. Owen
Law Office of Robert C. Owen
53 W. Jackson Blvd., Ste. 1056
Chicago, IL 60604
(512) 577-8329
robowenlaw@gmail.com

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593.6710
john_carpenter@fd.org

MOTION TO FILE OVER LENGTH REPLY TO MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered parties.

I further certify that I mailed one copy of the foregoing document to Defendant Brandon Bernard via U.S. mail.

s/ Amy Strickling, Paralegal
Federal Public Defender Office

MOTION TO FILE OVER LENGTH REPLY TO MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**