JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA,

v.

BRANDON BERNARD,

*Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 6:99-CR-00070-ADA-2

**THIS IS A CAPITAL CASE**

**EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020**

[PROPOSED] ORDER GRANTING DEFENSE MOTION TO FILE OVER LENGTH REPLY TO MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE

Upon the motion of the Defense to file a reply in excess of the 5-page limitation imposed by Rule CV-7(f)(3) of the Rules of the United States District Court for the Western District of Texas,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Reply to Motion to Enjoin the Government from Executing Brandon Bernard Until Appeals are Complete not to exceed 13 pages.

IT IS SO ORDERED.

**SIGNED this \_\_\_\_ day of _____, 2020.**

_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

Presented by:

Robert C. Owen                                   John R. Carpenter
Law Office of Robert C. Owen, LLC                Asst. Federal Public Defender
53 West Jackson Blvd., Suite 1056                1331 Broadway, Suite 400
Chicago, IL  60604                               Tacoma, Washington 98402
Phone: (512) 577-8329                            Phone: (253) 593.6710
robowenlaw@gmail.com                             john_carpenter@fd.org
Texas Bar No. 15371950                           Washington Bar No. 23301

[PROPOSED] ORDER GRANTING DEFENSE MOTION TO FILE    **FEDERAL PUBLIC DEFENDER**
OVER-LENGTH REPLY TO MOTION TO ENJOIN THE                    **1331 Broadway, Suite 400**
GOVERNMENT FROM EXECUTING BRANDON BERNARD                        **Tacoma, WA 98402**
UNTIL APPEALS ARE COMPLETE                                           **(253) 593-6710**
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2