**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CIVIL NO. W-04-CV-164** |
| **V.** | § | **CRIMINAL NO. W-99-CR-070 (2)-ADA** |
| | § | |
| **BRANDON BERNARD** | § | **\* CAPITAL CASE \*** |

## ORDER

Before the Court is the Government's Motion to Exceed the Page Limitations (ECF No. 710). Citing the complexity of the issues involved in Petitioner Brandon Bernard's Motion for Injunction (ECF No. 706), the Government seeks to exceed the number of pages allowed under Local Rule CV-7(e)(3) when filing their response. The Court considers this request reasonable.

Also before the Court is Bernard's Motion to File Overlength Reply (ECF No. 712). Citing the Government's lengthy response, Bernard also seeks to exceed the number of pages allowed under Local Rule CV-7(f)(3) for filing his reply. The Court considers this request reasonable as well.[1]

It is therefore **ORDERED** that the motions filed by both parties (ECF Nos. 710, 712) to exceed the page limitations set forth by Local Rule CV-7 are **GRANTED**.

**SIGNED this the 25th day of November, 2020.**

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that counsel for Bernard did not make a "good-faith attempt" to confer with the Government on either the current motion or his motion for injunctive relief. Counsel is warned that a failure to do so in the future may result in the denial of any requested relief. *See* Local Rule CV-7(i).