# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:99-CR-00070(2)-ADA |
| | § | |
| (2) BRANDON BERNARD | § | |

## ORDER SETTING MOTION HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for

**MOTION HEARING BY ZOOM** on **Wednesday, December 02, 2020 at 03:00 PM**.  The

link to the hearing has been sent by e-mail.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to

counsel for defendant, the United States Attorney, United States Pretrial Services and the United

States Probation Office. Counsel for the defendant shall notify the defendant of this setting and,

if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are

required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days

of the date of the hearing.

IT IS SO ORDERED this 29th day of November, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE