JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | NO. 6:99-CR-00070-ADA-2 |
| *Plaintiff,* | ) ) | **THIS IS A CAPITAL CASE** |
| v. | ) ) | **EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020** |
| BRANDON BERNARD, | ) ) | DEFENSE COUNSEL'S |
| *Defendant.* | ) ) ) | RESPONSE TO COURT'S STATEMENT RE: CONSULTATION [DKT. 713] |

In a footnote to the Order granting the parties' motions to allow for overlength filings, the Court stated that defense counsel did not make a good faith attempt to confer with the government before filing their pleadings. Dkt. 713 at n. 1. Counsel regrets not having consulted with the government sufficiently in advance of filing to obtain the government's position prior to filing. However, as attached Exhibits A and B show, Mr. Bernard's counsel did contact the government on each occasion, accurately predicting the government's position in cordial exchanges. The choice to file the motions before hearing from the Government as to its official position was driven by the urgency of the matter, and the concern not to unnecessarily delay filings with an execution date looming. Perhaps undersigned counsel should have waited longer for the government's response; in any event, counsel should have updated the Court after receiving it. But counsel did make a good faith effort, if a failed one, to consult before filing. The reality of this case

DEFENSE COUNSEL'S RESPONSE TO COURT'S STATEMENT
RE CONSULTATION
*United States v. Bernard*, 6:99-CR-00070-ADA-2   Page | 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

is that the government chose to give Mr. Bernard less than two months' notice of his execution date. Since receiving that notice, his small legal team has worked feverishly on his behalf, while attempting to comply at all times with applicable rules. Counsel regret the error and will endeavor to provide the government with greater notice of any future filings.

DATED this 1st day of December, 2020.

Respectfully submitted,

Robert C. Owen
Law Office of Robert C. Owen
53 W. Jackson Blvd., Ste. 1056
Chicago, IL 60604
(512) 577-8329
robowenlaw@gmail.com

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593.6710
john_carpenter@fd.org

DEFENSE COUNSEL'S RESPONSE TO COURT'S STATEMENT
RE CONSULTATION
*United States v. Bernard*, 6:99-CR-00070-ADA-2   Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered parties.

s/ Amy Strickling, Paralegal
Federal Public Defender Office

DEFENSE COUNSEL'S RESPONSE TO COURT'S STATEMENT
RE CONSULTATION
*United States v. Bernard*, 6:99-CR-00070-ADA-2   Page | 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**