## John Carpenter

| | |
|---|---|
| **From:** | Gay, Joseph (USATXW) <Joseph.Gay@usdoj.gov> |
| **Sent:** | Thursday, November 12, 2020 2:20 PM |
| **To:** | Amy Strickling; Frazier, Mark (USATXW); Hardy, Mike (USATXW) |
| **Cc:** | John Carpenter; robowenlaw_gmail.com |
| **Subject:** | RE: US v. Brandon Bernard; CR99-0070 [Re: Motions] |

Amy, we are opposed as you indicated to the motion to enjoin but are not opposed to the overlength filing of 15 pages.  Thanks,

Joseph Gay

---

**From:** Amy Strickling <Amy_Strickling@fd.org>
**Sent:** Thursday, November 12, 2020 2:54 PM
**To:** Gay, Joseph (USATXW) <JGay2@usa.doj.gov>; Frazier, Mark (USATXW) <MFrazier1@usa.doj.gov>; Hardy, Mike (USATXW) <MHardy@usa.doj.gov>
**Cc:** John Carpenter <John_Carpenter@fd.org>; robowenlaw_gmail.com <robowenlaw@gmail.com>
**Subject:** US v. Brandon Bernard; CR99-0070 [Re: Motions]
**Importance:** High

Good Afternoon,

Mr. Carpenter has asked me to inform you that we will be filing today (1) Motion to Enjoin the Government from Executing Brandon Bernard Until Appeals are Complete and (2) a motion for overlength filing of 15 pages.  While he assumes that you are opposed to the former and have no objection to the latter, we are conferring with you as called for in the local rules.

Please let me know your position as soon as possible.  Thank you.

Amy Strickling, Paralegal
Federal Public Defender Office
1331 Broadway, Suite 400
Tacoma, WA  98402
Main Office: (253) 593-6710
Fax: (253) 593-6714

**Exhibit A**