## John Carpenter

| | |
|---|---|
| **From:** | John Carpenter |
| **Sent:** | Wednesday, November 25, 2020 10:02 AM |
| **To:** | 'Gay, Joseph (USATXW)'; Amy Strickling; Frazier, Mark (USATXW); Hardy, Mike (USATXW) |
| **Cc:** | robowenlaw_gmail.com |
| **Subject:** | RE: US v. Brandon Bernard; CR99-0070 [Re: REPLY] |

Thank you for the quick response, Mr. Gay.

Best,
John

_____

John R. Carpenter
Assistant Federal Public Defender
1331 Broadway, Suite 400 | Tacoma, WA 98402
T: 253.593.6710 | F: 253.593.6714
https://waw.fd.org/

**From:** Gay, Joseph (USATXW) <Joseph.Gay@usdoj.gov>
**Sent:** Wednesday, November 25, 2020 7:48 AM
**To:** Amy Strickling <Amy_Strickling@fd.org>; Frazier, Mark (USATXW) <Mark.Frazier@usdoj.gov>; Hardy, Mike (USATXW) <Mike.Hardy@usdoj.gov>
**Cc:** John Carpenter <John_Carpenter@fd.org>; robowenlaw_gmail.com <robowenlaw@gmail.com>
**Subject:** RE: US v. Brandon Bernard; CR99-0070 [Re: REPLY]

We are not opposed, thanks.

**From:** Amy Strickling <Amy_Strickling@fd.org>
**Sent:** Tuesday, November 24, 2020 7:09 PM
**To:** Gay, Joseph (USATXW) <JGay2@usa.doj.gov>; Frazier, Mark (USATXW) <MFrazier1@usa.doj.gov>; Hardy, Mike (USATXW) <MHardy@usa.doj.gov>
**Cc:** John Carpenter <John_Carpenter@fd.org>; robowenlaw_gmail.com <robowenlaw@gmail.com>
**Subject:** RE: US v. Brandon Bernard; CR99-0070 [Re: REPLY]

Good Evening,

We will be filing a Reply to the Motion to Enjoin that is 14 pages in length.  May we state that you have no objection to our request to file an over length reply?

Thank you. . .

Amy Strickling, Paralegal
Federal Public Defender Office
1331 Broadway, Suite 400

Tacoma, WA  98402
Main Office: (253) 593-6710
Fax: (253) 593-6714

---

**From:** Amy Strickling
**Sent:** Thursday, November 12, 2020 12:54 PM
**To:** 'Joseph.Gay@usdoj.gov' <Joseph.Gay@usdoj.gov>; 'Mark.Frazier@usdoj.gov' <Mark.Frazier@usdoj.gov>; 'mike.hardy@usdoj.gov' <mike.hardy@usdoj.gov>
**Cc:** John Carpenter <John_Carpenter@fd.org>; robowenlaw_gmail.com <robowenlaw@gmail.com>
**Subject:** US v. Brandon Bernard; CR99-0070 [Re: Motions]
**Importance:** High

Good Afternoon,

Mr. Carpenter has asked me to inform you that we will be filing today (1) Motion to Enjoin the Government from Executing Brandon Bernard Until Appeals are Complete and (2) a motion for overlength filing of 15 pages.  While he assumes that you are opposed to the former and have no objection to the latter, we are conferring with you as called for in the local rules.

Please let me know your position as soon as possible.  Thank you.


Amy Strickling, Paralegal
Federal Public Defender Office
1331 Broadway, Suite 400
Tacoma, WA  98402
Main Office: (253) 593-6710
Fax: (253) 593-6714

**Exhibit B**