**From:** ^!"BERNARD, ^!BRANDON" <91908080@inmatemessage.com>
**To:**
**Date:** 10/17/2020 12:06 PM
**Subject:** ***Request to Staff*** BERNARD, BRANDON, Reg# 91908080, THP-X-A

To: Unit team
Inmate Work Assignment: none

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
e800e04f-4393-4168-ab39-a850a65497f3
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

This a a BP-8 that I'm sending in:
I hear by ask the Bureau of Prisons to bring a motion on my behalf in the US District court for western District of Texas under 18 USC sec 3582(c), requesting that my death sentence be reduced to terms of years or life imprisonment with out the possibility of release. Extraordinary and compelling reason warrant such a reduction. I request expedited consideration of this request because the Bureau of prisons has scheduled my execution for December 19, 2020.
Thank you!

**Exhibit 1-1**

FCC Terre Haute

## BP-8 - Informal Resolution

| NAME | NUMBER | UNIT |
|---|---|---|
| Bernard, Brandon | 91908-080 | SCU |

**Notice to Inmate:** Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state inmate's complaint (One complaint/issue per Form):

Written complaint attached...

2. Requested Resolution:

Compassionate Release.

Inmate Signature:

X

Staff Printed Name/Signature/Date

R Weyrauch / RWch

10/20/20

| Dept. Assigned for Response: | UT | Due Date: | |

3. Staff Response:

It has been determined there are no extraordinary and compelling reasons to grant your request. per unit management.

Section 4: ☐ Informally Resolved/Complaint Withdrawn    ☐ No Informal Resolution/Progress to BP-9

_____        _____        _____
Inmate's signature        Staff Printed Name/Signature        Date

THX-1330.18D                                                Page 5

**Exhibit 1-2**

To: Warden: B-P8 request for compassionate release motion                    10-20-20

From: Brandon Bernard 91908-080 SCU

I hearby ask the Bureau of Prisons to bring a motion on my behalf in the US. District Court for the Western District of Texas under 18 U.S.C sec 3582(c requesting that my death sentence be reduced to a term of years or life imprisonment without the poss.b.l.ty of release. Extraordinary and compelling reasons warrant such a reduction.

Extraordinary and compelling reasons that justify reducing my death senten to a lesser punishment include the following: The ongoing pandemic, The fact that a majority of the surviving jurors in my case now believe that a sentence of life imprisonment without the poss.b.l.ty of parole would constitute sufficient punishme n my case; The fact that the jury did not hear the full facts of my case, including the fact that the Gov't misled the jury into believing that I was "top dog" gangster when in fact knew and failed to disclose to my defense team that its own gang expert believed that I was positioned at the very bottom of the gang's hierarchical structure; The fact my rehabilitation has shown that predictions of future dangerous have proven false; The fact that equally culpable co-defendants in my case will not face the death penalty, and two of them in fact have completed their prison sentences and been released from custody; Systematic racism impacted every stage of my proceedings, from the selection of this case for capital prosecution to the decision to set a execution date; That I recieved ineffective assistance of counsel from my lawyer, who, among other failures, did not present evidence that contradicted the government's theory that a fire contributed to Mrs Bagley's death or point out to the jury the undisputed fact that, even is still alive, Ms. Bagley was unconscious during the fire, and did not present extensive and readily available mitigating evidence about my background; The fact that I was denied an effective collateral review process; decision to set an execution date in my case was entirely arbitrary and Executing someone for an act that they committed when only 18 year old would offend community standards and the Eighth Amendment right to be free from cruel and unusual punishment. I request expedited consideration of this request because the Burea

**Exhibit 1-3**