Declaration of Novotny Baez

I, Novotny Baez, make the following declaration:

1.  My name is Novotny Baez. I have a degree in criminology and corrections from Sam Houston State University in Huntsville, TX. I started my career as a detention officer and then became a juvenile probation officer for Bell County, TX probation department working with juveniles in the Intensive Supervision Probation program or ISP. The ISP program was for juveniles who committed felonies.

2.  I was Brandon Bernard's juvenile probation officer. I supervised Brandon Bernard when he was 16 or 17 years old and remember him well. Brandon was always very low-key and respectful. He was a sweet, nice kid. Brandon had a "go along to get along" character. He always said "yes ma'am" or "no ma'am." I never felt threatened or feared Brandon, unlike other juveniles I supervised. As part of my job duties, I was required to do a random visit at Brandon's home once a week and he was always home when I came. I put his home visits as my last one of the day, usually at 8 or 9 at night, because I felt safe around him because he had a calming presence. I never thought twice about my safety when visiting Brandon in the evening. He was required to report to my office two to three times a week and he did. He was well liked by the staff at the probation office. He was an easy person to supervise and his supervision was terminated early because of good behavior. It does not surprise me that Brandon has done well in custody over the years.

3.  When I heard of Brandon's involvement in the murders, I thought the crime did not fit Brandon's character. Brandon was a follower. I did not think Brandon would do anything like this on his own. It was part of his "go along to get along" character. I thought that Brandon would not have gone along if he knew people would be killed.

1

**Exhibit 3-1**

4. In terms of Brandon and his friend's "gang affiliation," they were a bunch of neighborhood "wannabes." They were not in a real organized gang. They were playing like they were in a gang but had no affiliation to any. Brandon and his friends would wear the clothes and bandanas that made them appear to be in a gang, but it did not mean anything.

5. When I heard about the crime through the media coverage, I knew that the race of the defendants and the victims would be a factor in the outcome of the trial. Since Brandon and his friends were African-American and the victims were white, church going people, race would be an issue, especially in this part of Texas.

6. At the time of Brandon's trial, I was never contacted by anyone on Brandon's defense team. I would have been willing to testify on Brandon's behalf. I think my testimony during penalty phase would have helped a jury see Brandon was a good person at heart and did not deserve the death penalty. My testimony would be observations as an independent source who worked with Brandon in the criminal justice system.

7. I hope the victim's families know I think that their loss is incalculable, that they have suffered greatly, and this whole process has not been easy on them. At the same time, I also hope that President Trump will see that Brandon is a good person who got caught up in a bad situation and should have his sentence commuted to life in prison.

I have read the foregoing declaration. Under the laws of the United States and the State of Texas, I declare under penalty of perjury that this declaration is true and correct.

Executed at Killleen, TX on ___8-25-20___

Novotny Baez

2

**Exhibit 3-2**