Declaration of
Elmer V. Hetzel

I, Elmer Hetzel, make the following declaration:

1.      My name is Elmer 'Jack' Hetzel and I live in Tyler Texas. I have lived here for over 6 years. Prior to living in Tyler, I lived in Waco, Texas.

2.      I founded the Moments of Faith International Church and am an ordained minister. I have been preaching and teaching for over sixty-two years. I have also served in the Air Corps and Air Force, as a non-commissioned officer. I was in the US Army for fourteen years. I retired from the military as Sergeant First Class. Prior to founding the church, I taught military science as A&M University of Texas. I also hold an honorary Doctor of Divinity.

3.      In the late 1990's, I made the choice to reach out and minister to individuals in jail. I began a ministry at the Waco County Jail. I led this ministry for roughly four years. During this time, I was introduced to, and got to know, Brandon Bernard. I ministered to roughly 400 people during those four years at the jail and to this day, I still remember Brandon.

4.      Brandon had heard about my jail ministry from another inmate and asked that I visit him, while he was awaiting trial.

5.      I first met Brandon when he had been in jail for about six weeks. I remember this first meeting. Brandon asked me how he could possibly be forgiven for what had happened to the Bagleys.

6.      Brandon was remorseful for all that he was putting his mother and family through. Brandon felt he had embarrassed his mother so much and it was important for Brandon to tell me what a good mother he had. His mother had raised him to be a good person, and had been unhappy that he had been hanging out with the group of kids that he got in trouble with. Brandon was adamant that I understood just how much he loved his family and that he did not blame them for the situation he found himself in.

7.      I ministered to Brandon for about a year, while he was in custody at the Waco jail, awaiting trial and then sentencing. During this year, I visited Brandon roughly every week and our visits lasted about 20 minutes.

8.      During my time visiting Brandon, I never heard anyone, including the

**Exhibit 5-1**

correctional staff, say a negative word about him. A staff member with the first name Morris, told me that Brandon was a dedicated Christian and Morris believed that Brandon was sincere in his religious study and repentance.

9.      Over the year, I got to know Brandon more as a person and he began to share his feelings with me. Brandon shared his regret and shame at the grief he had caused. Brandon often talked to me about his love for his family.

10.     Brandon confided in me that he regretted his choices to start using drugs and hanging out with the kids who got into trouble with him. He felt that by making these decisions, he let the devil into his heart. Brandon worried that others would never forgive him. I understood how Brandon could have been led astray. I knew that immaturity played a part in Brandon's inability to say 'no' or stand up for himself. I think these other kids used Brandon, because he had a car. From my many conversations with him, I do not believe that Brandon knew that the Bagleys were going to be killed. While this may not make sense to everyone who has heard about the case, I truly believe that this is what Brandon thought.

11.     Brandon showed true remorse during our conversations. I counsel and minister a lot of individuals in custody. Many of them fail to see the seriousness of their actions and seem unaware of the need to reform themselves. Brandon was different. He showed true remorse during our conversations, applied himself to the task of understanding where he had gone wrong and thought about this future.

12.     Over time, Brandon told me that he felt ashamed for not having tried to stop the events that led to the Bagleys' deaths. He wanted to apologize to the victims' families and ask for forgiveness, but did not know how to reach them or if the families even wanted to hear from him. I know that Brandon struggled with talking about what happened, but that he felt relief by getting these feelings off his chest, by talking with me and praying with me.

13.     I stopped talking to Brandon around 2000, when he was sentenced and moved from Waco. After he moved, I received three separate letters from Brandon.

14.      I was never contacted by anyone on Brandon's trial team. Had I been, I would have liked to have shared with the jury my experiences with the young man I came to know over the year we spent talking and praying together in the Waco Jail. I would have also told the jury how remorseful and grief- stricken he was over what happened. I could have been able to tell the victims' families that Brandon had regret and sorrow for his actions.

**Exhibit 5-2**

15.     I pray for the victims' families. I know they have suffered an insurmountable loss and nothing can be said or done to bring their children back. My wish for Brandon's life to be saved does not take away my sorrow for their loss.

16.     I pray that President Donald Trump will spare Brandon and commute his death sentence to a life sentence. I am grateful that I had the opportunity to minister to this young man. In my professional opinion, based on years of ministering to people, Brandon Bernard could make a positive contribution to society, even if he spent the rest of his natural life in prison. I believe that his life is worth saving.


I have read the foregoing declaration. Under the laws of the United States and Texas, I declare under the penalty of perjury that this declaration is true and correct.


Executed at Big Sandy, TX on: _____8-12-20_____

Jack Hetzel

**Exhibit 5-3**