Declaration of Pastor Andres Terry Johnson

I, Pastor Andres Terry Johnson, make the following declaration:

1.  My name is Pastor Andres Terry Johnson.  Most people know me as Pastor Terry Johnson.  I am the President of the Greater Sydney Conference of SDA in Sydney, Australia.  I earned my Bachelor's degree at Southwestern Adventist University.  I earned my Master's degree at Andrews University.  I spent 9 years in Texas as a Pastor.  From January of 1998 to June of 2002, I was the Pastor at the Seventh Day Adventist Church in Killeen, Texas.  I met Brandon, his mother Thelma, his father Kenneth, his sister Quiona, and his younger brother Max, while I was the Pastor at the church.  When Brandon got into trouble, there were fewer than 300 people in the congregation. I knew all of the members well because it was a small intimate group of people.

2.  I became familiar with the Bernard family right away when I became Pastor at their church in 1998. Brandon's parents Thelma and Kenneth were not together at the time, and their relationship was troubled.  Thelma came to church every Sabbath (Saturday) with her younger children.  Brandon also attended regularly with Thelma, but less frequently when he was living with his father in Temple.

3.  I do not know the details of the problems in Thelma and Kenneth's marriage, but I feel they may have been shaped by Kenneth's own difficult upbringing.  Kenneth lacked the mental skills to express his feelings and I felt that he sometimes behaved intimidatingly towards Brandon.  Certainly, Kenneth and Brandon got along poorly during that period.

4.  The years I have spent as a Pastor have given me some insight on how children respond when their parents' relationship breaks down.   Brandon had a void in his life that he was trying to fill.  He needed to belong to something and be accepted.

**Exhibit 6-1**

5. Unfortunately for a young man facing such a struggle, Brandon was a lamb and not a lion. He seemed easily influenced and impressionable. He was nowhere near emotionally or morally an adult when he reached age 18. He was more like fourteen or fifteen, "a little boy in a man's body." He could not say "no" to anybody. At church functions, this tendency was positive; Brandon seemed at ease and fit in naturally. But when he was on his own and away from the church, Brandon's tendency to be a follower left him vulnerable to the negative influences of others.

6. After Brandon was arrested in June 1999, Matthew Mitchell, a friend of Brandon's from the church, asked me to go with him to the jail to see Brandon, and I went with him. When we saw Brandon, he was in an unnaturally calm state of mind. I would have expected someone in Brandon's position to be more emotional. It might have been partly depression, but I thought it was also a sense of remorse and acceptance. I remember Brandon saying he could not talk about the details of his case because his lawyer told him not to. Asking Brandon about how he was doing spiritually told me a lot. It was clear from what Brandon said that he felt the crime should never have happened and that he felt bad for not having done something to stop it Brandon knew that he had been involved in something bad and knew that he would be punished. To me, all of these sentiments meant to me he was remorseful for his actions and their terrible consequences.

7. When I saw Brandon, he expressed his concern about how his actions had affected the congregation. He felt like he had let them down. He was concerned that they would not love and accept him as family anymore. He was wrong about that. The congregation still loved and accepted Brandon, even though they were greatly disappointed in him.

8. Brandon wrote a letter expressing his remorse to the Church. I believe that we posted it on the Church bulletin board. The Church felt a lot of grief for what happened, especially towards the

**Exhibit 6-2**

families of the victims.  The congregation was shocked by the circumstances of the crime. Everyone knew Brandon as a kind, gentle, young man, not a killer.  Brandon had a way about him that indicated being easy going, a follower and not a leader.  Brandon was someone who wanted to be accepted.

9. Even at the time, I did not believe Brandon should receive a death sentence.  I did not think this should have been a death penalty case, but knowing Texas, I was not surprised - especially when I considered that it was a black on white crime.  I do not want my thoughts about the justice system to mean I thought less of the victims themselves.  I saw the victims as good Christian people and this crime was a senseless tragedy.

10. I would have testified if I had been asked to, but I was never asked. I did not think Brandon received good legal representation.  This is not surprising to me since we lived in Texas, a state that is not known for providing good legal representation to poor defendants.  Thelma would have paid for a different attorney if she could have and the church would have paid for that if we had the money. But neither had the money to pay for one.

11. I have been told that Brandon has behaved well in prison and has not been in any trouble.  The fact that Brandon has not been in any trouble does not surprise me.  I have always thought that Brandon's involvement in this terrible crime resulted from his immaturity and desire to be accepted, which led him to follow the wrong crowd.  Now that he has matured into an adult, I do not think he will pose any problems for the prison authorities.

12. I wish to express my deepest sympathy to the victims' families.  They have lost two of their children and the world has lost two good Christian people.  There is nothing I could say to alleviate any pain they might have.  I pray that they have found peace through God.

13. I do not think Brandon Bernard should be executed.  Brandon is naturally a good person who got caught up in a bad situation.  And he chose poorly.  I pray President Trump will commute

**Exhibit 6-3**

Brandon's death sentence to a sentence of life imprisonment.  That would be the appropriate

sentence for Brandon and would serve the interests of justice and punishment for his crime.

I have read the foregoing declaration.  Under the laws of the United States and Australia, I declare under penalty of perjury that this declaration is true and correct.

Executed at Sydney, Australia on _12 – 08– 2020_

_____
Pastor Andres Terry Johnson

**Exhibit 6-4**