Declaration of Dr. Adam Andreassen

I, Adam Andreassen, make the following declaration:

1.      My name is Adam Andreassen and I live and work in Springfield, Missouri. I am the Chief Operating Officer at Burrell Behavioral Health and President/CEO of the National Psychology Training Consortium. I am a clinical psychologist with substantial experience providing forensic evaluations. I earned a Doctorate of Psychology from the School of Professional Psychology at Forest Institute in 2008. Prior to my entrance into higher education and clinical psychology, I was a Youth Pastor at the Seventh-Day Adventist Church, in Killeen, Texas, where I worked closely with Pastor Terry Johnson. I was a Youth Pastor in 1999 and 2000. It is through my ministry work that I came to meet Brandon Bernard.

2.      I met with Brandon for the first time after he was arrested and was awaiting trial. My first meetings with Brandon were joint meetings with Pastor Johnson.  I also went a couple of times on my own to talk with Brandon at the jail in Waco and attended portions of his trial as well.  I wanted to offer as much support to Brandon as I could.

3.      Based on his trial attorney's advice, Brandon was not able to talk about the specifics of the crimes for which he was accused. But without getting into the details of those crimes, Brandon was penitent and expressed regret for his role in the killing of the Bagleys. Brandon was only 18 years old at the time, and I believe that he was as contrite as he could be considering his developmental level and presentation as a somewhat immature adolescent. Brandon would share his regrets, and we would pray together.

**Exhibit 7-1**

4.      Now that I am a clinical psychologist, I am able to look back on my conversations with Brandon with a more learned eye. At the time of this crime, Brandon was very immature and I do not believe he fully understood the severity of what transpired. He did not possess the insight or emotional development to perceive the situation as an adult - both with regard to his experience of the killings and their aftermath. Brandon was only a teenager at the time of the incident. As such, he likely lacked the impulse control and ego strength that would have allowed him to assert himself and prevent the crimes from happening. At that age, many adolescents do not have the capacity to make good decisions. Brandon's teenage brain gave him limitations into his own insight.

5.      There is substantial evidence that adolescents are not identical to adults in reasoning capacity. For example, Stenberg and Scott noted:

> However, the results of studies using paper-and-pencil measures of future orientation, impulsivity, and susceptibility to peer pressure point in the same direction as the neurobiological evidence, namely, that brain systems implicated in planning, judgment, impulse control, and decision making continue to mature into late adolescence. Thus, there is good reason to believe that adolescents as compared with adults are more susceptive to influence, less future oriented, less risk averse, and less able to manage their impulses and behavior and that these differences likely have a neurobiological basis. The important conclusion for our purposes is that juveniles may have diminished decision-making capacity compared with adults because of differences in psychosocial capacities that are likely biological in origin.

Steinberg, L., Scott, E. (2003). Less guilty by reason of adolescence. *American Psychologist.* 58 (No.12), 1009- 1018.

6.      I was concerned about Brandon and liked him very much.  I attended some of his trial to provide a measure of support. From what I saw, the picture that emerged during that trial seemed neither accurate nor fair as he did not appear nearly so sophisticated nor "hardened" as his co-defendant. It did not reflect the Brandon that I knew.  I do not believe that Brandon was, or is, a hardened criminal. I wish that his attorneys would have done more to push back against the

**Exhibit 7-2**

Government's portrayal of him and what I perceived as an unfair grouping together with his co-defendant. Had I been called to serve as a character witness for Brandon, I would have gladly conveyed my experiences with him, and the regret and concern that he had expressed for the victims and their families.

7.      I know that this incident forever changed the lives of many people. This includes the families of the victims. They have suffered an immense and unimaginable loss and I wish them peace as they continue to live with the loss of their children.

8.      Although then 18 years-old, Brandon was really only a kid when he participated in these horrific crimes. It is my hope that Brandon should be granted leniency in light of that fact.  Neuroscience has now shown that an adolescent brain is not fully developed at age 18, and the portions of the brain that control decision making are the last to develop. Thus, the adolescent brain's ability to make good decisions is already compromised, relative to an adult's brain. And we know too, from scientific studies, that this limited ability is compromised even further when one is in the company of other adolescents, as was the case here. Thus, while Brandon's actions, or lack of action, resulted in the deaths of two innocent people, he should be sentenced as a kid, not as an adult. I don't believe the death penalty is appropriate for Brandon and I hope that President Trump commutes his death sentence to a life sentence. A life sentence will continue to hold Brandon accountable for his role in this crime.

I have read the foregoing declaration. Under the Laws of the United States and the State of Missouri, I declare under penalty of perjury that this declaration is true and correct.

Executed in Springfield, MO on: _____08-17-2020_____

Dr. Adam Andreassen                                                      **Exhibit 7-3**