Declaration of Bonnie Wainwright

I, Bonnie Wainwright, make the following declaration:

1. My name is Bonnie Wainwright. I have known Brandon Bernard and his family since soon after coming to this area. I have been actively involved in the Seventh-day Adventist Church in Killeen, TX since 1975. I met Brandon when he was four or five years old which was in the early 1980's. I got to know Brandon well because I volunteered at the church school while he was a student there. Brandon regularly attended services with his mother but not as regularly in 1999. I also used to work for Judge Johnson, the juvenile court judge in Bell County.

2. Brandon was a good kid who never caused any problems at school or in church. He did whatever was asked of him. Brandon was a sweet boy who would back out of confrontations and never got into fights. Even as he grew into a teenager, Brandon was passive and cooperative. He got into this trouble because he followed the friends he met outside of the church.

3. Brandon did not get into trouble before his cousin Mel, who I understand now goes by Jordon, and Mel's family moved in with Brandon's family. After Mel moved in, Brandon started to get into trouble. Brandon always wanted to fit in and be part of a group. He had trouble saying "no" to people. Brandon was not a leader. He always acted respectfully and deferentially when he interacted with me. Mel took advantage of Brandon as Mel had a sharp mind.

4. As he got older, Brandon did not come to church as often as he did before. He became more distant. I saw Brandon's name show up as a defendant in juvenile cases in front of Judge Johnson. This troubled me greatly. I knew that he was a good kid and I feared that he was being negatively influenced by Mel.

5. Even though Brandon was becoming more distant, he was still very respectful. I remember one time talking to Brandon about the hazards of smoking cigarettes. I used to be a smoker and probably because of it, contracted a lung infection. Brandon could have walked away or been uncaring, but he was not. I hugged Brandon after talking to him. I knew that he was scared and concerned for me.

**Exhibit 8-1**

6.  Thelma and Kenneth, Brandon's father, ran into a snag in their marriage. Kenneth was more "deliberate" and Thelma was a "go getter". Kenneth loved his children and expected them to do their best. They split for a while but eventually got back together after Brandon was on death row. It is clear to me that couples who separate have problems long before they actually separate. I am not sure what exactly the problems were, but I know it was not good for Brandon. Brandon lost a father figure in the home and Thelma was not really a role model because she was busy and gone all of the time. That was when Mel was in the house an· Mel became the only role model Brandon had. With all of the dysfunction at home, I think Brandon looked for a place of acceptance. I think that because Thelma and Kenneth eventually got back together years later, Brandon's younger sister Quiona and his younger brother Max benefited from their reunion.

7.  At the time of Brandon's sentencing, I remember writing the judge at Thelma's request and asking for mercy. I would have been happy to come and testify on behalf of Brandon during his sentencing as my testimony would have been more personal than a letter, but I was never contacted by Brandon's trial attorneys.

8.  Brandon is a good natured, sweet person. It is still hard for me to believe that he got into a situation where people were killed. The victims' families have lost so much. My heart goes out to them as they have suffered a terrible loss. But, I also do not think Brandon should be executed. Brandon is naturally a good person who got caught up in a bad situation at a time when he lacked the strength and especially the maturity to get himself out of it. I will hope and pray that President Trump will spare Brandon's life and commute his death sentence to a life sentence in prison.

I have read the foregoing declaration. Under the laws of the United States and State of Texas, I declare under penalty of perjury that this declaration is true and correct.

Executed at Belton, TX on _August 13, 2020_

_Bonnie Wainwright_
Bonnie Wainwright

**Exhibit 8-2**