Declaration of Debra King

I, Debra King, make the following declaration:

1.      My name is Debra King and I reside in Belton, Texas. Currently, I am a Registered and Licensed Dietitian, and work for Meals and Wheels Waco. I have been an adjunct professor at Baylor University, located in Waco, Texas. I was a member of the Seventh-day Adventist Church in Killeen, Texas and it is through this congregation that I came to meet and know Brandon Bernard and his family. I was an active member of this church until about 2008.

2.      I first met Brandon in the early 1990's when his family moved to Killeen. I volunteered at the church with teens so I interacted more with Brandon when he was about 14 years through his early teen years. Brandon was a bit older than my children, but they all went to the same church school together. I also remember Brandon's siblings, Quiona and Max. They were a bit younger than Brandon and closer to my kids' age, so I saw them more often. I was known as 'Mrs. King' to all three kids.

3.      When Brandon was a teenager, I remember that he loved to play basketball and spend time with the kids his age who also attended the church. I saw Brandon as a follower amongst his friends and he was more likely to 'go with the flow' than to speak up and tell people what to do.

4.      I do remember an incident that took place outside the church that involved Brandon and his father Kenneth. Kenneth had recently returned home after spending time in jail for domestic violence issues at the Bernard home. I did not see the actual altercation but I did arrive outside right after it happened. Kenneth had shown up to the church and he and Brandon had gotten into a fist fight. Other male church members stepped in to control the situation and stop the fight. I came outside and saw the two of them around this time. I could see that whatever had triggered the altercation had made Brandon really angry at his father. After the fight, both Brandon and Kenneth seemed to calm down and no one was injured. Besides this fight, I have never seen Brandon stand up for himself.

**Exhibit 9-1**

5.    I did not know much about Brandon's home life, but I did notice a change in Brandon when his father was sent away to jail. This absence of a father figure seemed to really negatively impact Brandon and I believe that Brandon had a tough time while his father was away. I am aware that Kenneth and Brandon's mother eventually got back together, but I do not think that Brandon was living at home when this happened.

6.    As Brandon got older, I didn't interact with him as much at the church, but we would always say 'hi' to each other and I always found Brandon to be very respectful to all the church members. Brandon was always very polite and was never one to 'talk back' to anyone at the church.

7.    I first heard about the tragic incident involving the Bagleys from reading the newspaper. I noticed that Brandon's name was in the paper and associated with the horrendous crime. Thelma had first told me that it all must be a big mistake and that it would hopefully all work itself out. I couldn't believe what I was reading. This was not the Brandon that I knew.

8.    Around this time, 1999 and 2000, our church pastor was Terry Johnson. Pastor Johnson believed and taught the members forgiveness and kindness. The congregation took a very 'wait and see' attitude with regard to Brandon's involvement in the crime. People did not want to judge Brandon without knowing all the facts. As the congregation began to learn more, some members were definitely taken aback but were still taught to be kind and forgive and did our best to practice that belief.

9.    I remember a letter that Brandon wrote to the congregation while he was in jail awaiting trial. Brandon wanted to apologize to the church for having become involved in the crime and he wanted the church members to know and understand that he felt remorse for what he had participated in. I remember that in the letter, Brandon wanted us to know that he was going to accept his punishment for what he had done. I truly appreciate that Brandon was able to say he was sorry and that he wanted his church to know that. I believe that under Pastor Johnson's leadership, we were able to hold Brandon and forgive him. The church continued to love the Bernards. I never heard anyone in the congregation utter a bad word about Brandon, nor anyone in his family. The church's goal was to help Brandon and his family get through this case.

10.    I know that the families of the victims have suffered a catastrophic loss. I hope they have found peace and have been able to move forward with their grief and honor the

Exhibit 9-2

lives of their children.

11. The congregation was very sad to learn about Brandon's death sentence. I was dumbfounded as well as sad for Brandon and his family. It was hard for me to understand why Brandon was charged and tried with the shooter and mastermind of the crime.

12. I believe in forgiveness and I believe that people can change. I have forgiven Brandon for his part in the crime and I know Brandon is no longer the reserved follower that he was when he was a teenager. Brandon's life is worth saving, even if his life is behind bars. I know from talking with his mother that she cherishes her visits with her son and all she wants to be able to do is hold Brandon and hug him. I pray that President Trump sees that a death sentence is needlessly harsh for someone like Brandon and commutes his death sentence to a life in prison sentence.

I have read the foregoing declaration. Under the laws of the United States and Texas, I declare under the penalty of perjury that this declaration is true and correct.

Executed at Belton, TX on: ___9/9/2020___

_____
Debra King

**Exhibit 9-3**