## DECLARATION OF DAVID BOYD

I, David Boyd, make the following declaration:

1. My name is David Boyd. I am an insurance professional for Progressive Insurance and I live in Indianapolis, IN. I am friend of Brandon Bernard. I am about five years younger than Brandon. I have a twin brother named Michael.

2. Brandon and I attended the Killeen Adventist Junior Academy in Killeen, TX together. We also went to church together. I remember looking up to Brandon when I was younger. Brandon was the older kid who would play with us younger kids during recess. Most of the older kids would not play with us younger kids, but Brandon would. I remember tossing the football around with Brandon.

3. I knew Brandon as kind and gentle with a calm demeanor. He joked and laughed, but was always respectful, especially to my family. I was unaware of Brandon being in any trouble and never saw any negative influences on Brandon. I think Brandon has a good heart and was raised in the church but was led astray.

4. I found out that Brandon was in trouble on the news. I was in disbelief and thought the news had to be talking about someone else at first. The crime did not fit Brandon's personality.

5. I went to some of Brandon's trial with my family. Brandon had an empty look on his face that conveyed: "This is not happening." It struck me as a sign of his remorse. Brandon did not seem angry or mad. He looked more like he had made a mistake and felt saddened. It was unlike I had ever seen Brandon.

6. In 2003, Michael and I started up the Enlightenment Tour which was directed at helping "at risk" youth stay out of trouble. It was a nonprofit national youth missionary project dedicated to youth outreach in America, an effort that was important to Michael and me. Brandon wrote a letter to us after reading an article about the tour. (See Exhibit A, Insight Magazine article). My brother and I did not reach out to Brandon. Brandon reached out to us. He wanted to help prevent kids from making the same mistakes he had made. He wanted to share his testimony, or story, with the youth. He wanted the kids to understand where bad choices would lead them.

**Exhibit 10-1**

7. Brandon provided powerful testimony to kids that we were trying to help. He explained how quickly he fell, how much he regretted it, and how others should learn from his mistakes. It was the most powerful testimony that we received. Here is a sample:

> At 18 years old most kids are preparing to embark on life. At 18, I was getting processed by the FBI, but [at] 19 I was sitting on death row ....

> A person reading this might think to themselves ... this would never happen to me. Don't be a fool! This whole place is filled with people who thought it couldn't happen to them; now they wish they would of [sic] listened. Most of the time it starts from doing small things. It just continues to escalate at such a rapid pace, that before you know it, it's over and your [sic] left either dead, in prison, or in here (which actually is combination of both.) How do I know, because I thought the same way ....

> I didn't have a violent record or an adult [record] (matter of fact[,] I barely had a record at all.) I went to church every week. I attended numerous church functions. I even went to church school, but sin does not discriminate about whose life it will destroy. Maybe you'll understand this better if I put it this way. It took me only 3 years to ruin my life. ~ yrs from the time I first stole from my moms [sic] purse to being in death row. Now marinate on that! ...

> It may be too late for me (only God knows the answer to that), but it is not too late to help others. It's not too late to let youths know that this [criminal] lifestyle is not glamorous. There are no rewards. There is only pain ....

> Stop breaking those who care about your hearts! Make the decision to do what is right, walk the path of righteousness ....

> Listen to my words and learn from my life's mistakes so you don't have to experience it yourself.

8. Michael and I spent the month of June 2008 talking to "at risk" youth, telling them Brandon's story, and providing his testimony to them. Brandon's story had a huge impact on the kids who heard it. Brandon helped keep a lot of young kids stay on the right path who had been on the verge of walking the wrong path.

9. I worked as a correctional officer in Texas, so I am familiar with the criminal justice system. remember there being offenders who were proud of being incarcerated. It was a lifestyle for some of them. Brandon has never had that attitude. Brandon has opened his heart to God. He keeps a positive attitude by continuing to better himself spiritually and mentally.

10. Michael and I visited Brandon on death row in 2008. Brandon was calm, but happy that we cared enough to come see him. We talked about how Brandon is trying to turn his life around and stay positive in a place where it is always easy to feel sorry for yourself

**Exhibit 10-2**

rather than think about how your own actions put you there. Brandon said he was doing his best to stay positive. Helping us with the Enlightenment Tour was a way Brandon stayed positive. To Brandon, it was doing something right. Brandon wishes he had made better decisions when he was eighteen and blames only himself for what happened. There was no sense of falseness from Brandon. He was not pandering to us. He was being honest. He was remorseful. Michael and I told Brandon to keep his faith and Brandon said he would.

11. If I could say anything to the victims' families, I would tell them I am deeply sorry for their loss. I would tell them that Brandon has a good heart and Brandon knows he made terrible, life altering decisions. I would tell them I think Brandon was following his friends and I believe he would not have gone with them if he had fully grasped the potential consequences that could follow. I would tell them that Brandon apologizes to all the people and families he hurt that day.

12. I would also ask President Trump to spare Brandon's life and commute his death sentence to life imprisonment without the possibility of parole. It is clear to me that Brandon recognizes that he has made seriously bad decisions and an awful tragedy resulted from his decisions. He has reached out and helped other kids stay out of trouble by sharing his story. These are the actions of a remorseful person who deserves mercy.

I declare under the penalty of perjury under the laws of Indiana and the United States of America that I have read the foregoing declaration and it is true and correct.

Executed at Indianapolis, Indiana on August, _07_ 2020.

David Boyd

**Exhibit 10-3**



**Exhibit 10-4**