Declaration of Pastor Aaron Chancy

I, Pastor Aaron Chancy, make the following declaration:

1. My name is Pastor Aaron Chancy.  I am a friend of Brandon Bernard and his family.  I am a two years younger than Brandon.  I have known Brandon since he was about 7 years old. When I first met Brandon, I think I was in 1st grade and Brandon was in 2nd grade. We both went to school at the Killeen Seventh-day Adventist Junior Academy. My siblings also went to school there.  At that time, my family lived down the street from the Bernards.  We attended school and lived near each other for a couple of years before my family moved to Hawaii.  My family moved back to Killeen when I was in the 5th grade.  I did not attend the same school as Brandon anymore and I did not live down the street from Brandon and his family.  We saw each other at church but did not play with each other as much as we used to.

2. When Brandon was 14 or 15, I heard he had started getting in trouble, hanging out with the kids on the streets.  I found out about the murders from the news.  It was horrible.  My heart goes out to the victims and their families.  I could not believe that Brandon was involved.  I knew he was getting into trouble, but not to that degree.

3. I have been in contact with Brandon through letters and phone calls for most of the time Brandon has been on death row. I have never spoken to Brandon about the actual crime, but have spoken to Brandon about how he feels.  Brandon knows that he made bad decisions and has told me that he wishes he could undo what has been done, but knows that he can't.  He has sought forgiveness from God and prayed that the Bagleys' families can somehow find peace despite the fact that their loved ones' lives were unjustly and senselessly taken from them

4. I had a ministry and traveled all over parts of the country, like New York, Tennessee, North Carolina and other states and have spoken at many churches in those states.  In 2008, I asked

1

**Exhibit 12-1**



Brandon to help me use his story to reach out to kids in the community who might stray from the Lord's path.  Brandon wrote me a letter detailing his story and telling kids to be careful with the decisions they make.  I am attaching the letter as Exhibit A. I do not have the original letter, but typed up the letter in 2011 because I will make Brandon's story a chapter in my book.  What I typed up is almost identical to the original letter Brandon sent me.  Here are brief excerpts from that letter:

> I'm a grown man sitting on Federal Death Row. Twelve years of my life (Written in 2011) is gone. Since the age of eighteen (Now 31 in 2011) I have called concrete walls, electric doors, and handcuffs my home.
>
> The Bible says, "The wages of sin is death". When I embraced what I knew was contrary to what I was taught as a Seventh-day Adventist, I turned in my application to the devil. I had an arrogance that came with my youth, which masked my ignorance to my future. I was fixated on the here and now. For an immediate good time I was willing to throw away my whole life.
>
> I ultimately got what I wanted for a little bit of time, then got what I deserved for a lifetime.

5.  Brandon wanted to reach out to kids and keep them from making the same mistakes he did. It was a way for Brandon to contribute to society from where he was.  I have presented this to many people through many states and think it has had a huge positive impact on the people who heard it.

6.  I believe that even if Brandon spends the rest of his life in prison, he can still continue to reach out to people who have strayed from the Lord's path.  Brandon could still help me spread his word.  The people who hear Brandon's story could reach out to him and learn from the mistakes he made in his life.  If Brandon is put to death, we will lose the best messenger for his important story.  Executing Brandon will also deprive other listeners of the opportunity to reach out to him and learn even more from his experiences.

2



**Exhibit 12-2**

7. Brandon deserves to have his death sentence commuted to life without the possibility of parole. The fact that Brandon was only 18 when this happened is important. Brandon was not thinking as an adult. I know because I made mistakes in my life that put me in prison when I was the same age as Brandon. It was not until my mid- 20's that - with the Lord's help - I straightened up and started living an honest lifestyle. We all make mistakes, though of course some are worse than others. I realize Brandon's mistakes had the gravest of consequences. But Brandon's life should not be taken because of what happened in a short part of all of Brandon's life.

8. I am not trying to minimize the loss that two families felt when their family members were killed. It is a great loss to the world but executing Brandon will not bring them back. I know Brandon would change places with them if he could.

9. I submit this declaration in hopes it helps support that Brandon is a changed man and deserves a second chance. I pray that the President hears my words and commutes Brandon's death sentence to a life sentence with no chance of parole.

I have read the foregoing declaration. Under the laws of the United States and the State of Michigan, I declare under penalty of perjury that this declaration is true and correct.

Executed at _____ MI on __7/28/16__ .

_Aaron Chancy_ , Berrien Springs, Michigan
Aaron Chancy

3

**Exhibit 12-3**

**Brandon Bernard's Second Letter**

**The first one was in 2008 and this one was 2011**

**I have to look for the handwritten cop(ies) but this one I re-typed on the computer because I have it in my soon to be published book. Hope this helps**

"I'm a grown man sitting on Federal Death Row. Twelve years of my life (Written in 2011) is gone. Since the age of eighteen (Now 31 in 2011) I have called concrete walls, electric doors, and handcuffs my home.

What hurts most as I lay on my thin narrow mattress-staring at the ceiling at night is that this could've been avoided as easy as stepping around a quarter size puddle on an empty four lane highway. I could have done something better with myself. I knew the winning numbers of the lottery, but I still wanted to try someone else's ticket.

Now I find myself in a place where there is mentally no peace. No contentment. I feel as one thing will make everything better, but as soon as I think the hole is filled another takes its place. Outside of God and doing what is right, there is never any true peace.

The Bible says, "The wages of sin is death". When I embraced what I knew was contrary to what I was taught as a Seventh-day Adventist, I turned in my application to the devil. I had an arrogance that came with my youth, which masked my ignorance to my future. I was fixated on the here and now. For an immediate good time I was willing to throw away my whole life.

I was a young man employed by the devil. Everyday I wake up in this cold box; I'm living off the pension plan I invested in. I wanted it all. I wanted to have a life of fun. I wanted money. I wanted ladies in my bed and the respect of my circle, but I wanted it for free. At least what I thought was free, but a heavy tab was stored for later. I ultimately got what I wanted for a little bit of time, then got what I deserved for a lifetime.

**Exhibit 12-4**

I tried to balance two worlds, my Christian friends and lifestyle and the streets. Two worlds that don't match at all! When I wasn't running around in the streets I thought I was missing something. I saw how my friends were acting and it looked fun from the outside, but it was and still is all false. Once I found myself engrossed in the lifestyle I coveted so; I saw how unglamorous things really were.

A hatred and disdain for life and others grew in my heart. I knew if I continued on the road I was on I would be either dead or in prison, where street life always ends. I had to always look over my shoulder. Everyone I thought was my friends ended up betraying me. It is the same story for everyone before me and after me. Everyone on my tier could tell you the same story.

We all knew the end game. We were all told but didn't listen. In the back of my head I thought, "not me, not me, I won't be in that situation", but yes, yes, it happened to me and it can happen to you. See, there in lies the deception, the devil puts forward to his employees. Even though my lifestyle of sin was worst then my lifestyle of righteousness, I still stayed in it, as many of you ready this may choose to do, but know this, and it will never change: You will end up dead or in prison the remainder of your life if you continue in the streets, that's a fact.

Another reason that I strayed was because I thought that there was a sacrifice of fun that I had to make as a young man of God. I though I had to choose between having fun as a sinner or being bored as a Christian, but as a Christian it isn't an either or choice. The Bible says, "Choose", you cannot have both worlds. Either you are one or the other.

I wish I would of understood that back in 1998 before I ended up in this situation and wish that I would have found joy in what I was doing, instead of reaching for what I didn't need. "There's a way that seemeth right unto a man, but the end thereof is death".

**Exhibit 12-5**

I had great times with my friends and family in Christ. I, like you reading this book, was so distracted by the devil that I never appreciated or even noticed the good times. I was selling myself short. I was eating the seeds and spitting out the watermelon, which is totally backwards.

Don't end up like me. Thinking you always have tomorrow to get right. Take it from me…one day tomorrow doesn't come. Everybody becomes the same, act now, because hell can find a home on earth."

**Exhibit 12-6**