22 November 2020

Re: Brandon Bernard

My name is Teresa Batto. I have been visiting Brandon Bernard approximately once a month for the last nine years. Our visits usually last about an hour. During this time, we have developed a genuine friendship that provides both of us with an opportunity to share our worlds; worlds that might not otherwise have come together.

I am an older, middle class white woman. Brandon is a young Black man. I am Catholic. He is Seventh Day Adventist. Over the years, as we have discussed our religious beliefs, I have learned how important Brandon's faith is to him and how it has helped him grow. He has spoken of how he regrets the pain that he caused in his life, and laments that he wasn't strong enough to prevent the deaths of his victims. Although that damage cannot be undone, he has engaged in the difficult spiritual work of making himself the best person he can be, despite his past failings. He strives to reach out to others and make a positive difference in the lives of his family, friends, and others he encounters. Brandon is a thoughtful man who possesses a strong internal reserve. He speaks often and lovingly about his two daughters.

We have talked about my family, my garden, politics, religion, his family, crocheting, Brandon learning to play the guitar, and his efforts at painting. Brandon endeavors to grow and learn. I have come to understand this of him through our contact. I believe we have enriched each other's lives through our many conversations. I know he has enriched mine beyond measure.

Brandon has a calming presence which I believe has come from years of introspection and personal growth. His way of working through issues and struggles is to be contemplative. In my opinion, he is not self-absorbed or selfish, but rather expansive in his thinking and outreach to others, as well as being welcoming of my life experiences and beliefs.

I am deeply fond of Brandon and believe he is deserving of mercy. He is a gentle, respectful soul and I am grateful for our friendship.

Thank you for your consideration of my views.

Sincerely,

*Teresa A. Batto*

Teresa Batto

**Exhibit 13**