Declaration of Quiona Bernard

I, Quiona Bernard, make the following declaration:

1. My name is Quiona Bernard. I am Brandon Bernard's sister. I am 29 years old, about 7 years younger than Brandon. I have a lot of fond memories of Brandon before he went to prison.

2. When I first heard Brandon was in jail, my family was in disarray. My mom was very upset. No one knew how to react and Max and I thought Brandon would come home soon. My mom, my brother Max, and I prayed together all of the time for Brandon and the victims' families. We slept on the floor in the living room because we did not know what to do. It felt strange to stay in our bedrooms while Brandon was in jail. I forgot how long we slept in the living room, but it seemed like a long time before we were able to accept that Brandon was gone and move back into our separate beds.

3. I am sorry for everyone involved in this case. Killeen was not a good place for Brandon to grow up. I believe that there were too many bad influences there. I am glad that my brother Max got out of there.

4. My cousin Mel was a bad influence on Brandon. They seemed like good friends and best of cousins but Mel was the instigator of the two and took advantage of Brandon's willingness to help people. He took Brandon's suits and wore them. Mel stole the Nintendo in the house, but always denied it even though everyone knew he did it. After Mel moved in with us, Brandon started getting into trouble with the law.

5. Brandon was a good son and brother. If mom asked him to do something, he did it and never complained about it. He was never disrespectful. He would help out anybody if he could. His friends were always calling asking Brandon to give them rides because Brandon was the only one with a car. He always gave them a ride. Brandon's friends would always come over and

1

**Exhibit 14-1**

hang out at our house because Brandon allowed them to. I never saw a violent side to Brandon. If he was drinking or using drugs, he never did it in front of me.

6. I do not believe Brandon would have gone to meet with his friends if he really believed people would be hurt. Brandon never gave me any reason to think he could do anything to hurt anybody. That is not the Brandon I know and grew up with nor is that the Brandon I know today.

7. We were not raised in a home of loving parents. Our mom did her best to raise us, teach us morals through our faith, and work to pay the bills. Our dad was not really a dad to any of us. He was always in and out of our lives, and when he present, he was rarely a good influence. He never acted loving or acted like a dad, really. He was particularly hard on Brandon, always giving him orders. He treated us all like servants. My dad did not get along with Brandon, and I don't think he even liked Brandon very much growing up. There was no reason for this, it was just the way he was. He did not spend time with us even when we stayed with him. He always seemed to drink. He would drink four or five beers a day. I remember seeing my dad threatening to hit Brandon with a paddle with nails in it. Our mother stopped him from doing anything with it. When Brandon did not do something Dad told him to do, Dad would hit Brandon to punish him. He would mostly use his belt and sometimes an extension cord. My mom used a switch when Brandon seriously disobeyed her, but that was rare.

8. Dad was intense and would get angry at us for just being kids. Brandon felt threatened by dad and dad liked it that way. He was never supportive of Brandon. Our dad did whatever he wanted to do. He would leave us alone and go hang out with his friends. He was emotionally detached from us. This changed as he got older but in many respects it was too late for Brandon by then. He simply never had a caring father growing up.

2

**Exhibit 14-2**

9. Mom and dad fought a lot, and I attribute these fights to my Dad's constant drinking. He seemed to leave in his own world, never caring what other's thought or felt. One time, my mom called the police on dad after one of their more violent fights. After she did this, he just went into this little office and sat. When the cops arrived, he acted as if nothing had happened. I guess he couldn't even appreciate that what he did was wrong. My mom and dad really didn't like each other. I could tell this early on. It was a bad relationship. No kid should have had to grow up in such an environment. Dad was not a happy person before the divorce. I did not want to spend time with him. I was happy when he moved out. When we saw dad at his place, things did not get better. His apartment had a lot of cockroaches. He told us kids to kill them, but did nothing to prevent them from breeding. They were everywhere. At least mom sprayed and tried to control the roach population at her house. We often had to eat at soup kitchens while staying with my dad.

10. When I was about 10 or 11, Dad took us kids to a gathering of his work friends from the Temple School District at a park. He hung out with his friends and left us kids alone to fend for ourselves. This was the first time I tasted beer. Dad handed me his cup of beer and told me to take it. I did not like the taste. At another gathering, there were five scantily clad women hanging over three men at a ball field. It stuck out in my mind as being rather inappropriate. These were my dad's friends. They all seemed more interested in partying than anything else.

11. Despite his difficult childhood, Brandon's relationship with Dad improved as Brandon grew into an adult while in prison. I felt that Brandon took our dad's death harder than I did because he could not be with him in the final days. I was relieved when Dad died because his life was not very fulfilling and he could not get out for quite a long time. He was confined to a wheelchair and sat in it or was sleeping in the bedroom for most of each day.

3

**Exhibit 14-3**

12. I would be devastated if Brandon was executed. I believe he is worth saving. He is loyal to a fault, but I cannot believe he would ever have done anything to hurt anyone intentionally. He encouraged me to get good grades and graduate from high school and medical assistant training. He is still my older brother and fills that role when I need him. Brandon is a pal. He is a good listener. He gives me good advice. He helps keep me calm and keep things in perspective. He helps me remember that I should not worry about things that I can't control. I love him very much.

13. Brandon accepts responsibility for why he is in prison. He knows he got involved in a terrible situation. He knows this without question. He has made mistakes and bad choices with his friends. He does not want to see me make the same ones. I have not talked with Brandon about the crime. I was so young when it happened, it took a long time before I understood he was never coming home and that he was on death row. I can tell he feels badly about where he is, how it has affected the family, and his choices that resulted in the deaths of two young people.

14. My family would like to visit Brandon more, but our finances don't allow us to. We try to visit him once a year, but this is not always possible. When we can make it there, we take turns talking to him on a phone. We can't really have a group discussion, and he is separated by glass, so we can't hug him or anything. But we do get to catch up a bit, filling him in on what our lives are like on the outside.

15. In recent years, I started exchanging emails with Brandon regularly. If I write early enough in the day, he will often answer by late afternoon or evening so when I check my email after work I can read them. I tell him everything. He is my best friend and my big brother. He is a kind hearted person who has been taken advantage of in the past. Brandon cautions me against people he thinks might take advantage of me. I depend on Brandon to advise me and he helps me make better decisions.

4

**Exhibit 14-4**

16. Despite losing Brandon as a brother and friend if he was executed, I know that the victims' families have not had a chance to have a continued relationship with their loved ones.  I am truly sorry for that and it pains me to think of the magnitude of their loss.

I have read the foregoing declaration.  Under the laws of the United States and the State of Texas, I declare under penalty of perjury that this declaration is true and correct.

Executed at Dallas, TX on ___7-12-16___.

Quinoa Bernard

5

**Exhibit 14-5**