Declaration of Melsimeon Jordon Pollock

I, Melsimeon Jordon Pollock, make the following declaration:

1.     I am over the age of 18 and am a resident of Travelers Rest, South Carolina.

2.     I hold a degree in instrumentation and control processes from Texas State Technical College.

3.     I am Brandon Bernard's first cousin. My mother and Brandon's mother are sisters. Even though Brandon and I are cousins, he is like a little brother to me.  I am almost one year older than Brandon. As kids, we tried to spend as much time with each other as we could, including spending time together in the summers.

4.     There was a point in my life where my mother and I moved in with Brandon's family.

5.     My mother was not able to provide for my family financially, the same way Brandon's mother was able to. Brandon's mother was not wealthy, by any means, but Thelma did have a steady job with the military.

6.     When Brandon's parents split up, he stayed with his mother, Thelma, and my family moved from Indiana to live with them. My family was in need and Thelma welcomed us into her home. Around this time, I was able to spend more time with Brandon. This is when our brotherly bond really grew.

7.     Brandon had more than me, in terms of possessions, but was always willing to share what he had and help provide for me.  Brandon's mother would buy Brandon new clothes and Brandon would always let me wear them.

8.     Brandon was raised in a Christian home and when I moved in, I attended services with Brandon.

9.     We were teenagers when I moved to Killeen, Texas to live with Brandon. Around the time I moved in with the Bernards, Brandon was following his friends into very petty crime. When I moved in, I taught Brandon how to 'better' commit crimes. As bad as it sounds now, at the time, I helped Brandon be 'smarter' with how he went about committing the neighborhood crimes.  I say I helped him, because Brandon was a follower. If you asked or told Brandon to do something, he did it.

10.    Brandon and I got into some trouble after I moved in. I know I am responsible for the trouble that Brandon got into when we were together.  While I may have helped Brandon get into trouble, I also know that I 'controlled' Brandon a bit as well. I was more experienced with committing crimes, much more experienced than Brandon, and he followed my lead.  We committed thefts together so that I could get money. Brandon did not need money, but because Brandon is a follower, he felt like he was helping me. Brandon stole things with me because

**Exhibit 15-1**

Brandon knew I needed the money and Brandon wanted to support me and feel a sense of belonging. Brandon would not have broken into these houses on his own. He is not a mastermind, Brandon just followed what others had planned.

11. I don't believe that Brandon was taught proper boundaries or punished consistently for wrongdoings. Thelma had a hard time enforcing her own rules, and even after deciding to punish Brandon by denying him something he wanted, she would end up giving in. Because of this, I do not believe that Brandon always understood consequences and repercussions.

12. Brandon was always willing to help. Brandon would help anyone in need. Brandon would help out neighbors by cutting their grass for free. Brandon was very generous and would give the shirt off his back to anyone who needed it. It is just the kind of the person Brandon was.

13. I noticed a difference with Brandon after Brandon's father moved out of their family home. I know that Brandon needed and missed a father figure in his life.

14. Since I am almost a year older than Brandon, I graduated high school first and then moved out. While I was gone and no longer around Brandon, Brandon made friends with the individuals involved with this case. I moved away for about six months and then moved back to Killeen. When I moved back, I was introduced to these kids by Brandon. I believe that these kids filled a void in Brandon's life after I left. Brandon turned to them for a sense of belonging. Again, Brandon was a follower with this group of kids. Brandon strives to make the people in his life happy, and that's why he often just goes along with what his friends say and do.

15. I know Brandon and it is hard for me to believe that he would have been involved in any of this if he had really appreciated that people were going to be killed That is completely out of character for Brandon. I believe that Brandon's new friends took advantage of his need for a sense of belonging and his willingness to go along with what they wanted to do. However, had Brandon known that going along with his friends was going to lead to two innocent people being killed, I know that Brandon would have held his line and said no.

16. I believe that the victims' families have suffered a great, unimaginable loss. As a parent myself, I cannot fathom experiencing and living through the death of a child. I regret any pain that my efforts on Brandon's behalf might cause them to feel and I pray that they are able to find peace.

17. I was never interviewed or approached by anyone on Brandon's trial defense team. If I had been, I would have been able to offer insight into who Brandon was as a young adult and why his life is worth saving.

18. I believe that my life's journey is a good example of how an African American youth can turn his life around if lucky enough to have the chance. I got into trouble when I was a teenager and had trouble following some rules. By the grace of God, my immaturity never led me into a situation as serious as the one in which Brandon ended up. If things had gone just a little differently, I could easily be in Brandon's place today. Instead, I grew to see that I needed to change and better myself. That led me to college, a degree, a good job, and a happy marriage blessed with four children. I left the life of crime years ago, and I believe Brandon would have done the same once he grew in maturity and understanding

**Exhibit 15-2**

19.     Brandon is a source of strength for our family, especially now that his father has passed away. Brandon has grown into a respectful and peaceful adult who has proven that he can follow rules. My family would be devastated if Brandon was taken from us.

I have read the foregoing declaration. Under the laws of the United States and South Carolina, I declare under the penalty of perjury that this declaration is true and correct.

Executed at Travelers Rest, South Carolina on: ___ 6/3/16 _____

Melsimeon Jordon Pollock

**Exhibit 15-3**