Declaration of Max Bernard

I, Max Bernard, make the following declaration:

1.  My name is Max Bernard. I am Brandon Bernard's brother. My father's name is Kenneth Bernard and my mother's name is Thelma Bernard. I have an older sister named Quiona Bernard. I was about 7 years old when Brandon was arrested.

2.  If Brandon were executed, I would be devastated. I would feel as if there were no hope in the world. He is my big brother and has always been there for me. I know that he made horrible choices years ago and I have great sympathy for the Bagleys and their families. But I believe that he has learned from those mistakes. Even though he is in prison – and maybe in some ways because he is in prison – he has helped me stay clear of getting into trouble or getting mixed up with the wrong crowd. Brandon is supportive of me and has helped me through some very hard times. He has been supportive of me in positive ways, without judging me. I appreciate that. I don't have this sort of connection with anybody else.

3.  I know Brandon feels badly about what happened because I hear the regret in Brandon's voice. He knows he should be punished for his role in these senseless murders. Brandon wishes this had never happened and not just because he is on death row. He has tremendous remorse for not preventing those murders from happening. He is sorry for what he has put our family and the victims' family through. I think Brandon was in the wrong place at the wrong time. If he knew the Bagleys were going to be killed, he would never have gone. I do not think Brandon should be measured by his actions on that one day as it does not resemble who Brandon was and is the rest of the time.

4.  When I was growing up, I spent a lot of time with Brandon. Brandon took care of Quiona and me growing up. He was a good brother. He never used drugs in front of me. I never saw him high,

1



**Exhibit 16-1**

and never even heard him curse. He always made sure I was dressed for school. He was always protecting me, making me feel safe and secure.

5. When I first heard about what happened, I thought about the victims and their families. I can only imagine how devastated they must be. Their loved ones' lives ended in a blink of an eye and that is tragic. I have great sympathy for them. I also want them to know that a different man would be executed today than the one involved in the crime that took their family members many years ago.

6. Quiona and I were not close to our father Kenneth until after he and our mom reunited. I have memories of him being mean and strict. He was mean to us kids and my mother. My mother and my father argued a lot. Over the years, I was able to come to know my dad in a different way. He changed. He mellowed with age. Brandon did not have that person as a father in his life.

7. When our father passed away, Brandon helped me come to terms with his death. Brandon, more than anyone else, helped me feel better and at peace by talking with me about our dad and his passing. Brandon reassured me that I had done all I could to help our father, and helped me accept that our father's illness had taken its toll on him and that his death was inevitable. Brandon was sad he couldn't be there to help with our dad in his final years, but supportive of me on my feelings of loss and grappling with my father's absence. For the longest time, I could not look at his wheelchair or go into his bedroom. It was too painful. It was Brandon who helped me move past my father's death.

8. I depend on Brandon to talk straight with me about issues or concerns I have. I believe what Brandon tells me is not said to please me, but is an honest assessment and a solid opinion, based on experience and observations. I am torn between reaching out and connecting on a more regular basis with my brother on death row and simply denying it is happening. I



2

**Exhibit 16-2**

sometimes prefer to believe that Brandon is away, living his own life, even though that is not a good approach to the situation.  Brandon keeps the lines of communication open and never makes me feel guilty for not keeping in touch.

9.  I would like the President to know more about Brandon. I would tell the President that how Brandon appears on paper does not represent who Brandon really is.  I would ask the President to not judge the entirety of Brandon as a person based on one situation.  Brandon has to live with what he has done for the rest of his life. If the President met Brandon, he would understand that Brandon a kind, thoughtful and supportive person who does not deserve the death penalty.   The President would see that Brandon does not want to harm anybody and could not believe it when the victims were actually killed that day.  I would tell the President I hope he would grant the gift of Brandon's life by commuting his sentence.

I have read the foregoing declaration.  Under the laws of the United States and the State of Alabama, I declare under penalty of perjury that this declaration is true and correct.

Executed at Huntsville, AL on ___6/27/16___.

___Max Bernard___
Max Bernard

3

**Exhibit 16-3**