Declaration of Taneah Scott

I, Taneah Scott, make the following declaration:

1. My name is Taneah Scott and I am 16 years old.  I am the daughter of Brandon Bernard and Sherise Scott. I have visited my dad in prison, but my main contact with him is through phone calls and letters.  We talk and I get letters from him on a monthly basis.

2. I know my dad is on death row for being involved in a horrific crime that cost the Bagleys their lives and I know he is sorry.  I am sorry for what his actions cost the Bagley family, and I cannot imagine what their pain must feel like.

3. My father is there for me as much as he can be from prison.  I have never been able to hug my dad, but mentally and emotionally he is there for me as much as possible. It might not seem like much of a relationship, but it is the best one I have and it is important to me.  I will never have a normal father-daughter relationship with my dad. He will never be able to attend my graduation or take part in my wedding, but I hope to be able to share those things with him.

4. I have learned a lot about the consequences of my actions from my father.  He is very firm with me about making the right choices, staying out of trouble, keeping away from the wrong crowd, and keeping my grades up.  He stresses to me how important those things are and how one bad choice could ruin my life.

5. I am hoping and asking the President to spare my dad's life.  I know he has done wrong, but also know he is sorry. It would be a tremendous loss to me if my dad was executed. I depend on him for his guidance and support and hope I will be able to continue to get it from him while he is in prison for the rest of his life.

I have read the foregoing declaration.  Under the laws of the United States and the State of Texas, I declare under penalty of perjury that this declaration is true and correct.

Executed at Belton, TX on ___8/23/16___.

_____Taneah Scott_____
Taneah Scott

1

**Exhibit 17**