Declaration of Thelma Bernard

I, Thelma Bernard, make the following declaration:

1. My name is Thelma Bernard. I am Brandon Bernard's mother. I have three children, Brandon, Quiona, and Max. Their father is Kenneth Bernard. Kenneth and I were first married on August 14th, 1977. Brandon was born on July 3rd, 1980. Kenneth and I divorced in 1994. We reunited and remarried in 2003.

2. I graduated from Andrews University in 1975 with a nursing degree. I retired as a Lieutenant Colonel in the Army and was on active reserve after retiring. After retiring from the Army, I went into the private sector as a nurse. I became the coordinator at several places in the Killeen area and ended up working with Metroplex Health System when I was activated by the Army in 2003. I retired from the Army in 2007.

3. I tried my best to raise Brandon but was not around as much as I should have been when he was growing up. When I could not take care of Brandon, he was left with his father. Kenneth struggled to be a parent, having had no good role models of his own. Kenneth was hard on Brandon and I was not there to see what took place most of the time. Although I knew Kenneth took a strict and sometimes harsh approach to raising Brandon, I was working and in the Army Reserves. That made it difficult for me to fully understand the extent of Kenneth's strictness and punishment of Brandon.

4. Brandon was my buddy. When Brandon was about 12 years old, I came home from the hospital following heart surgery. I depended on Brandon to prepare food, get water, and pick up around the house. At the same time, he helped take care of Quiona and Max. He was a good caring and supportive son. I have no memory of Kenneth being around to help out.

1

**Exhibit 18-1**

5.  Sometime around 1994, my nephew Melsimeon, who now goes by Jordon, moved in with me and the kids. Jordon's mother Mary and his sister Naomi moved in shortly thereafter. At a family wedding, Brandon asked if Jordon could come live with us since they had no place to stay. Initially, I refused because my other sisters warned me against having Jordon live with my family. They said he was trouble. I eventually relented and Mary and her children moved in with me and my children.

6.  After moving in, Jordon and his family acted as if the house was theirs. Mary was always jealous of me and my family. I provided for my family and Mary could not provide for hers. Jordon stole things from my children and then denied it. The years Mary and her children lived with me were not pleasant. They were less generous with me and my family than we were with them.

7.  Brandon looked up to Jordon. Jordon took advantage of that because Brandon was such a generous person. Brandon would do anything for his friends and family. When I bought Brandon new clothes for school, before Brandon wore them, Jordon had to wear them. When Brandon wanted to wear some of Jordon's new clothes, Jordon would not let him, saying he needed to wear them first, not Brandon.

8.  Kenneth was a strict and dominant father. He rarely talked to Brandon, or anyone for that matter. He treated Brandon with the attitude that he was Brandon's father and Brandon should do whatever Kenneth told him to do without question. Kenneth was verbally abusive toward Brandon. When Kenneth yelled at Brandon, Brandon would flinch in fear. Kenneth was also physical with Brandon. One time, Kenneth got into a fight with Brandon in the church parking lot.

9.  Kenneth was never taught how to be a father himself. As a child, he was shuffled from foster home to relatives because his mother could not care for him. However, after Brandon went to

2

**Exhibit 18-2**

death row, Kenneth changed.  He became more patient with Max and Quiona and listened to them.

10. One time when Kenneth hit me, I called the cops on him.  I did not tolerate being hit by any man.  I was hit by Kenneth once and I called the cops on him.  We were arguing in Brandon's bedroom.  We were arguing about Brandon.  I forgot what he said exactly, but it was something about Brandon I did not like.  I responded to Kenneth by telling him if he did something I would "stop paying for his school."  We got into an argument and he began pushing me around.  I threatened to spray him with mace that I kept in my handbag for personal protection.  Kenneth grabbed the mace from me and sprayed me.  Then he hit me in the chest where I recently had heart surgery three months prior.  I was shocked he would hit me, especially in the place I just had surgery.  He was trying to hurt me. Despite this attack, I was able to call the police and Kenneth was arrested.  Brandon witnessed this attack and took the younger kids outside.  This assault precipitated my filing for divorce from Kenneth.  Kenneth did not return to live in our home following his release from jail, but he came back and threatened to kill me.  After that, Kenneth did not see his children for about three years by his own choice.

11. I know Brandon is sorry for what happened.  A month after he was arrested, he wrote a letter to our church members apologizing for what had happened.  I was not surprised that Brandon felt bad, because he was always taught to respect life.

12. After Brandon was arrested, Quiona, Max, and I were upset and everything was in turmoil.  We did not know how to cope.  We all slept together on the floor in the living room.  Eventually, we moved back into our rooms, but it took a while.  Brandon receiving the death penalty had a big impact on all of us emotionally and physically.

13. From the day Brandon was born, I have loved him.  My family was active in the local Seventh-day Adventist Church.  Brandon was raised in our church and attended their school until the 10th

**Exhibit 18-3**

grade. He was raised to know God and right from wrong. Even knowing right from wrong, Brandon was too frail to do the right thing when he needed to.  Instead, he followed the wrong people down the wrong path and that led to the tragic deaths of a young couple.

14. If Brandon was executed, it would weigh heavily on my soul.  My faith is a tremendous source of strength and optimism but even my faith cannot overcome the longing to hold my eldest child in my arms.  I enjoy visiting him and talking with him over the phone, but it's hard for me not to be able to hug my son.  At every visit, we put our palms up against the glass, but it is a poor substitute for an embrace.   However, I am grateful for it since that is all I can do.

15. I would ask that President Trump spare my son's life.  People lost their lives because of Brandon's poor decisions and it fills me with immense sorrow.  I pray for their families too and know that whatever happens, it is God's will.  I wish the victims could be brought back to make their families whole again.  I know it is a lot to ask for, but I hope they can forgive Brandon.

I have read the foregoing declaration.  Under the laws of the United States and State of Alabama, I declare under penalty of perjury that this declaration is true and correct.

Executed at Huntsville, AL on  *14 August 20* .

_____

Thelma Bernard

4

**Exhibit 18-4**