## DECLARATION OF CALVIN KRUGER

I, Calvin Kruger, do hereby declare:

1. My name is Calvin Kruger. I was the jury foreman in case number W-99-CR-70, in the Western District of Texas, in which Brandon Bernard and Christopher Vialva were tried and convicted of one count of carjacking and two counts of murder. The defendants faced possible sentences of death on all three of these counts. The jury sentenced Brandon Bernard to death for one of these counts and sentenced Christopher Vialva to death for all three of these counts. I am aware that Brandon Bernard is asking that the President commute his death sentence to a life sentence and that this declaration will be submitted with his clemency petition.

2. I have no doubt that Brandon Bernard and Christopher Vialva are guilty of the crimes that we the jury convicted them of.

3. I do not think Brandon Bernard's attorney did a good job in defending him. To me, it seemed like his attorneys were going through the motions and nothing more.

4. While the evidence proved that Brandon Bernard is guilty beyond any doubt, it also clearly showed that Brandon Bernard was not the ringleader behind these offenses, but a follower. Because of this, I support Bernard's death sentence being commuted to life without the possibility of parole. I am praying the President commutes Brandon Bernard's death sentence.

I declare under the penalty of perjury under the laws of Texas and the United States of America that I have read the foregoing declaration and it is true and correct.

Executed this 6 day of November, 2020 in Waco, Texas.

_____
Calvin Kruger

1

**Exhibit 19**