Declaration of Jason Fuller

I, Jason Fuller, make the following declaration:

1.  I am Jason Fuller, I was a juror on Case W-99-CR-70 in the Western District of Texas which charged both Christopher Vialva and Brandon Bernard with carjacking and murder. Both were found guilty by our jury and both received the death penalty.

2.  I have been made aware that Brandon Bernard is seeking clemency from the President, and is asking for his sentence to be commuted from Death to a Life sentence. I am aware this declaration will be used in that petition and I support Brandon's request for his death sentence to be commuted.

3.  I often think about the Bagleys and their families. I know they have suffered an unimaginable loss. I pray for them and for their comfort and peace.

4.  There was no doubt, in my mind, that both young men were guilty of the crimes they were charged with. There was not any disagreement among the jurors about their guilt.

5.  Jury deliberation in the penalty phase with regard to Christopher Vialva was also without any contention or disagreement. Christopher Vialva was the clear ringleader and shooter and we all quickly agreed that he deserved the death penalty.

6.  Though we ended up agreeing at the time that Brandon should receive a death sentence, we had limited information available to us that would have guided us in choosing a different sentence based on the two options available to us. If the jury had the information provided in Dr. Pustilink's report, heard about Brandon's remorse from his minister, and heard about Brandon's upbringing, it would have helped support my feeling that Brandon did not deserve the death penalty. However, with the information we had available to us and the jury instructions, we were unable to support a sentence of life without the possibility of parole.

7.  I voted for death for Brandon Bernard because of the autopsy report presented by the prosecution. It stated that Stacie Bagley did not just die from the gunshot wound, but also from smoke inhalation. There was no rebuttal to this. Brandon's attorneys did not do anything to dispute this. I have since reviewed Dr. Pustilnik's report and learned that it was likely that Mrs. Bagley was medically dead immediately after she was shot by Mr. Vialva and the fire did not cause her death. If the information presented in this report had been presented at trial, I would have made a different decision at sentencing.



1

**Exhibit 20-1**

8. I also understand that Mrs. Bagley was likely unconscious immediately after being shot by Christopher Vialva, and that her lack of consciousness would have meant that she did not feel any pain. I did not understand this at the time I made my sentencing decision because Brandon Bernard's trial attorneys did not highlight this fact. Had that been highlighted, I also would have made a different decision at sentencing. I would have voted that Brandon receive a life sentence for Mrs. Bagley's murder, as I voted for the other two death penalty counts that Brandon faced.

9. I felt that Brandon was a kid who got caught up with the wrong crowd, and I think that Brandon was prejudiced by being on trial with Christopher Vialva. It made it hard for me to disassociate Mr. Vialva's role in the crimes from Mr. Bernard's role. It was clear to me that Brandon was just an adolescent, trying to find belonging. Unfortunately, I think he found belonging with the wrong crowd and was in the wrong place, at the wrong time. Brandon clearly is responsible for making some horrible decisions that had horrendous outcomes. However, his young age at the time does weigh on me. I do not believe that Brandon should be executed for bad choices he made when he was 18. If he was the shooter or if I thought that Brandon was the mastermind behind this terrible crime, I would not feel this way about Brandon getting a second chance.

10. I support clemency for Brandon Bernard. This is based on information I have learned about the medical status of Mrs. Bagley after she was shot, as well as information on how well Brandon has done while in custody in Terre Haute, IN. This includes him taking responsibility for his actions and having remorse for the pain and suffering and hurt he has caused. Also, my understanding now, as I am older, with more life experiences, about teenagers and our brain and social development factors in to my current wishes for clemency. I do not want Brandon to be executed for bad decisions he made when he was a teenager. I believe that Brandon's single death sentence should be commuted to life without parole.

I have read the foregoing declaration. Under the laws of the United States and Texas, I declare under penalty of perjury that this declaration is true and correct.

Executed at Silsbee, Texas on ___7/21/2016___

Jason Fuller

2

**Exhibit 20-2**