B. Bernard
Chris Tyner
to:
stacey_brownstein, charles_formosa
03/15/2015 01:50 PM
Hide Details
From: Chris Tyner
To: stacey_brownstein@fd.org, charles_formosa@fd.org

Good afternoon Stacey & Charles,

I hope this email finds you well.

I received your calls this week however I have been on spring break and have not checked messages until today.

In regards to Mr. Bernard and the conversation we discussed several weeks ago regarding his appeal to the U.S. Supreme Court, I give my approval to move forward with a life in prison without parole sentence vs. the death penalty.

Please do not hesitate to contact me if you need further information.

Blessings,

Chris Tyner

**Exhibit 21**