**Declaration of Stacey Brownstein**

I, Stacey Brownstein make the following declaration:

1.    My name is Stacey Brownstein. I am an investigator at the Federal Public Defender for the Western District of Washington. I have been employed by the Federal Public Defender since September 2012. I hold a master's degree in criminology and a certificate in private investigations. I have been a defense investigator since June 2009. As part my job, I was assigned to work in support of Brandon Bernard's habeas corpus petition and then subsequently Mr. Bernard's clemency application. I worked in conjunction with Charles Formosa, another investigator employed by the Federal Public Defender.

2.    In my capacity as one of Mr. Bernard's clemency investigators, I met with a number of witnesses, including six of the nine surviving jurors from Mr. Bernard's trial. I also conducted other investigation aimed at developing evidence concerning a variety of mitigating facts and issues that were never presented during Mr. Bernard's trial.

3.    One witness we interviewed was Reverend Elmer "Jack" Hetzel. Reverend Hetzel ministered to Mr. Bernard for roughly a year while Mr. Bernard was in jail awaiting trial in Waco. Rev. Hetzel conveyed to Mr. Formosa and me that he is a staunch supporter of the death penalty and believes it is a just and fair sentence for many defendants who receive it. However, Rev. Hetzel was equally adamant that Mr. Bernard is not someone who deserves a death sentence and should not be executed. Rev. Hetzel believes mercy is appropriate because Mr. Bernard was a teenager when

**Exhibit 23-1**

the crime occurred, was not a leader in the offense, and appeared genuinely remorseful for his role in the crime.  Rev. Hetzel explained that Mr. Bernard asked about meeting with a religious advisor soon after being jailed, and after speaking with Mr. Bernard on many occasions Rev. Hetzel came to believe that Mr. Bernard was sincere in all of his attempts to reconcile and come to terms with the horrific crime that he had played a part in.

4. Mr. Formosa and I also attempted to locate and contact the individuals who served as jurors at Mr. Bernard's trial, to speak with them about their overall experiences as jurors, inform them about the status of the case, and advise them of the many important facts about Mr. Bernard's background and character that had not been presented at trial.  We also wanted to update them about how Mr. Bernard was doing in prison, and make sure they knew that he had behaved extraordinarily well.  We believed that some jurors might have voted for a death sentence based on the testimony of the government's expert, Dr. Coons, who predicted that Mr. Bernard would be dangerous in prison. Mr. Formosa and I also made ourselves available to answer any general questions that we could with regard to the trial and Mr. Bernard's post-conviction appeals and clemency petition.

5. During the juror outreach phase of our post-conviction investigation, we learned that three of the twelve original jurors had passed away (Mr. Johnnie Sledge, Mr. Ronald Sulak and Mr. Harvey Raesz).  We made contact with the remaining nine jurors.  Of these, three declined to speak with us.  Another was open and willing to discuss the case with us, but ultimately decided not to take a position regarding Mr. Bernard's clemency petition.

**Exhibit 23-2**

6.    Four of nine jurors signed declarations that either actively support Mr. Bernard's petition for clemency or do not oppose his petition.  These jurors are Calvin Kruger (the presiding juror), Jason Fuller, Gary McClung, Jr., and Laird Cooper.  True and correct copies of these declarations are attached to Mr. Bernard's petition as Exhibits A, B, D, and H, respectively.

7.    A fifth juror, Chris Tyner, met with us and later wrote an email giving his "approval to move forward with a life in prison" sentence for Mr. Bernard.  A true and correct copy of this email is attached to Mr. Bernard's clemency application as Exhibit K.  During our initial conversation with Mr. Tyner, when we talked generally about the trial, he relayed that Mr. Bernard's trial attorneys seemed overwhelmed and did a terrible job.  Mr. Tyner remembered that the jurors discussed the poor performance of Mr. Bernard's trial counsel during their deliberations.  Mr. Tyner stated that it was as if Mr. Bernard's trial attorneys had "laid down" for the prosecution.  He stated that it was as if Mr. Bernard had no legal representation at all.  When we showed Mr. Tyner the declaration of Medical Examiner Stephen Pustilnik,[1] which opined that it was likely that Mrs. Bagley was immediately rendered medically dead when she was shot by Christopher Vialva, and it may have not been the fire that caused Mrs. Bagley's death, Mr. Tyner appeared disheartened and taken aback to just be learning this information so many years after the trial.   Mr. Tyner stated that this trial has weighed on him over the years. He stated that this information would have been important to know at trial and Mr. Bernard's attorneys could have brought up these issues and discrepancies with the medical examiner who testified at trial.  He stated that during his deliberations, he believed that Mrs. Bagley was alive and would have felt pain and suffered from the fire.  Mr. Tyner wanted to think more about the new facts presented to him during our

---

[1] Dr. Pustilnik's declaration is attached to Mr. Bernard's clemency application as Exhibit C.



**Exhibit 23-3**

conversation. It appeared that Dr. Pustilnik's report was impacting Mr. Tyner, as he asked to take it home and review it again. I later followed up with Mr. Tyner to give him the opportunity to talk with us more about his feelings about Mr. Bernard's clemency petition.  Mr. Tyner chose to respond with his email referenced above, in which he gave us his approval to move forward with seeking a life sentence.

I have read the foregoing declaration. Under the laws of the United States and Washington, I declare under the penalty of perjury that this declaration is true and correct.

Executed at Tacoma, WA on: _Sept 16, 2016_

Stacey Brownstein

**Exhibit 23-4**