Declaration of Laird Cooper

I, Laird Cooper, make the following declaration,

1.  My name is Laird Cooper. I was a juror in case number W-99-CR-70, in the Western District of Texas. This case charged both Brandon Bernard and Christopher Vialva with carjacking and murder. These charges carried the punishment of either a life sentence or the death penalty. This declaration is being presented by Brandon Bernard in his clemency petition to the President of the United States of America. I am aware that Mr. Bernard is asking that the President commute Brandon's death sentence to a life sentence.

2.  There was no question in my mind, during the guilt phase of the trial, that Mr. Bernard was guilty. The evidence made it clear that Mr. Bernard was present and participated in the charged crimes.

3.  While the evidence proved that there is no doubt that Mr. Bernard is guilty, I also believe Mr. Bernard's trial attorneys, failed to even adequately represent him. Due to this failure in legal representation, I am not opposed to Mr. Bernard requesting his death sentence be commuted to life without the possibility of parole.

I have read the foregoing declaration. Under the laws of the United States and Texas, I declare under the penalty of perjury that this declaration is true and correct.

Executed at Mexia, Texas on _May 26 2016_

Laird Cooper



**Exhibit 24**