Declaration of Gary McClung, Jr.

I, Gary McClung, Jr., make the following declaration:

1.  My name is Gary McClung, Jr. I was a juror on Case W-99-CR-70 in the Western District of Texas which charged both Christopher Vialva and Brandon Bernard with carjacking and murder. They were both charged with crimes punishable by either a life sentence or the death penalty. I am aware that this declaration is being presented by Brandon Bernard in his petition for clemency to the President of the United States of America in which Mr. Bernard is asking for the President to commute his death sentence to a life sentence.

2.  I want to express my condolences to the victim's families. Their loss is tragic. I realize they have suffered greatly and do not want anything in this declaration to indicate that I think otherwise.

3.  The evidence presented during the guilt phase of the trial made it clear to me and the other jurors that Mr. Bernard had a part in the crime but I do not believe that his role was as significant as that of Christopher Vialva. There was not any disagreement or indecision among the jurors regarding Mr. Bernard's guilt. There was a consensus among the jurors. I had no reservations about finding Mr. Bernard guilty.

4.  The penalty phase was not as easy for me. I was uncomfortable giving Mr. Bernard the death penalty and have been bothered with my decision since trial. Judging from the way he acted, I believe another juror, who I think was named Ronald Sulak, also felt uncomfortable with giving Mr. Bernard the death penalty.

5.  I thought Mr. Bernard was only in that situation that led to the murders because of peer pressure from his friends. I do not think that Mr. Bernard would have taken part in the events if he knew the Bagleys would be killed. I did not think Mr. Bernard would have burned the car if he knew anyone was alive in the car. I believe Mr. Bernard assumed that both Bagleys were dead after Mr. Viava shot them, in the head.

6.  I remember Mr. Bernard's mother's testimony during the penalty phase. She said Mr. Bernard and the rest of the family followed the Christian faith. Mr. Bernard came from a good faith- based background. I think everyone deserves another chance, Mr. Bernard included.

**Exhibit 25-1**

7.  Part of my thinking is based upon my observations of Mr. Bernard during the trial. Mr. Bernard seemed afraid of the consequences of his actions. He sat at counsel table in what seemed to be a daze, overwhelmed by what he was facing.

8.  I was also uncomfortable with giving the death penalty because of my religious beliefs. I remember Mr. Bernard's mother testifying during the penalty phase that he had some faith in Christ. I thought she was telling the truth and that Mr. Bernard was a Christian, but that he had ended up in this situation by getting caught up with the wrong people.

9.  I felt that Mr. Bernard's defense team made a "token" attempt at a defense during the entire trial. It was like Mr. Bernard's attorneys were "phoning it in." I felt like there might something more to Mr. Bernard than what was presented. Some people had testified on Mr. Bernard's behalf during the penalty phase, which already gave me pause about sentencing him to death. recently learned from Mr. Bernard's investigators that Mr. Bernard's juvenile probation officer says that she never felt threatened by Mr. Bernard and thought he was basically a good person. I was also told that Mr. Bernard's minister has said that Mr. Bernard expressed remorse to him before the trial.   This kind of testimony would have been helpful to me in holding my ground that a life sentence was appropriate, not a death sentence.

10. I have always thought about whether there was anything I could do to try to change Mr. Bernard's death sentence to a life sentence. I thought about writing a letter to the court expressing my belief that a life sentence was the appropriate punishment and that Mr. Bernard did not deserve to be put to death. I had no idea where to start, so I never did. I am grateful to have this opportunity to clear my conscience by speaking what has always been in my heart. I hope that my speaking up can help Mr. Bernard have his death sentence commuted to a life sentence. I never thought this opportunity would come. I pray that President Trump rights this wrong and commutes Mr. Bernard's sentence to life imprisonment.

I have read the foregoing declaration. Under the laws of the United States and Tennessee, I declare under penalty of perjury that this declaration is true and correct.

Executed at Centerville, TN on: _8-13-20_

_Gary McClung, Jr._
Gary McClung, Jr.

**Exhibit 25-2**