JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff,*<br><br>  v.<br><br>BRANDON BERNARD,<br><br>     *Defendant.* | ) NO. 6:99-CR-00070-ADA-2<br>)<br>) **THIS IS A CAPITAL CASE**<br>)<br>) **EXECUTION CURRENTLY SET**<br>) **FOR DECEMBER 10, 2020**<br>)<br>) ORDER GRANTING MOTION TO<br>) MODIFY SENTENCE UNDER 18<br>) U.S.C. § 3582(c)(1) |

Defendant Brandon Bernard has moved the Court to modify his sentence on Count IV pursuant 18 U.S.C. § 3582(c)(1).

The Court finds that under 18 U.S.C. § 3582(c)(1) substantial and compelling reasons exist to modify Mr. Bernard's sentence on Count IV from that of death to life in prison.

SIGNED this ____ day of December, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

ORDER GRANTING MOTION TO MODIFY SENTENCE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 West Jackson Blvd., Suite 1056
Chicago, IL  60604
Phone: (512) 577-8329
robowenlaw@gmail.com
Texas Bar No. 15371950

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593.6710
john_carpenter@fd.org
Washington Bar No. 23301

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**