JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BRANDON BERNARD,<br><br>*Defendant.* | NO. 6:99-CR-00070-ADA-2<br><br>**THIS IS A CAPITAL CASE**<br><br>**EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020**<br><br>UNOPPOSED MOTION TO FILE OVERLENGTH MOTION TO MODIFY SENTENCE UNDER 18 U.S.C. § 3582(c) |

Brandon Bernard respectfully moves this Court for permission to file a motion in excess of the 10-page limitation imposed by Rule CV-7(d)(3) of the Rules of the United States District Court for the Western District of Texas. Specifically, the defendant requests that the Court permit the filing of a Motion to Modify Sentence Under 18 U.S. C. § 3582(c), that is approximately 29 pages in length. Undersigned counsel have done their best to comply with the 10-page limit, but have found it impossible to do so, given the amount of legal and factual material it was necessary to include.

MOTION TO FILE OVERLENGTH MOTION TO MODIFY SENTENCE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

# CERTIFICATE OF CONFERENCE

Counsel consulted with Assistant United States Attorneys Joseph Gay, Jr. and Mark Frazier on December 6. Mr. Gay reported that the Government is unopposed to Petitioner's request to file an over-length Motion to Modify Sentence of 29 pages in length.

DATED this 7th day of December, 2020.

Respectfully submitted,

Robert C. Owen
Law Office of Robert C. Owen
53 W. Jackson Blvd., Ste. 1056
Chicago, IL 60604
(512) 577-8329
robowenlaw@gmail.com

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593.6710
john_carpenter@fd.org

MOTION TO FILE OVERLENGTH MOTION TO MODIFY SENTENCE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered parties.

s/ Amy Strickling, Paralegal
Federal Public Defender Office

MOTION TO FILE OVERLENGTH MOTION TO MODIFY SENTENCE
*United States v. Bernard*, 6:99-CR-00070-ADA-2   Page | 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**