JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA,

   *Plaintiff,*

  v.

BRANDON BERNARD,

   *Defendant.*

) NO. 6:99-CR-00070-ADA-2
)
) **THIS IS A CAPITAL CASE**
)
) **EXECUTION CURRENTLY SET**
) **FOR DECEMBER 10, 2020**
)
) ORDER GRANTING UNOPPOSED
) DEFENSE MOTION TO FILE
) OVERLENGTH MOTION TO
) MODIFY SENTENCE

Upon the unopposed motion of the Defense to file a motion in excess of the 10-page limitation imposed by Rule CV-7(d)(3) of the Rules of the United States District Court for the Western District of Texas,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion to Modify Sentence not to exceed 29 pages.

IT IS SO ORDERED.

SIGNED this ____ day of December, 2020.

           _____
           ALAN D. ALBRIGHT
           UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED DEFENSE MOTION TO FILE
OVER-LENGTH MOTION TO MODIFY SENTENCE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Presented by:

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 West Jackson Blvd., Suite 1056
Chicago, IL  60604
Phone: (512) 577-8329
robowenlaw@gmail.com
Texas Bar No. 15371950

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593.6710
john_carpenter@fd.org
Washington Bar No. 23301

ORDER GRANTING UNOPPOSED DEFENSE MOTION TO FILE
OVER-LENGTH MOTION TO MODIFY SENTENCE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**