JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:99-CR-00070-ADA-2 |
| *Plaintiff,* | ) ) | **THIS IS A CAPITAL CASE** |
| v. | ) ) | <span style="color:red">**EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020**</span> |
| BRANDON BERNARD, | ) ) | ORDER ON DEFENDANT'S |
| *Defendant.* | ) ) ) | EMERGENCY MOTION TO STAY OR MODIFY EXECUTION DATE, OR, IN THE ALTERNATIVE, FOR |
| | ) ) | EXPEDITED CONSIDERATION OF MOTION TO MODIFY SENTENCE |

Good cause appearing in Mr. Bernard's Emergency Motion to Stay or Modify Execution Date, or, in the Alternative, for Expedited Consideration of Motion to Modify Sentence, the Court hereby orders as follows:

**[Alternative 1]**

[  ]    The United States, including the Department of Justice, Bureau of Prisons, and United States Marshal Service, are hereby enjoined from executing Mr. Bernard until this Court has had an opportunity in the regular course of business to rule on Mr. Bernard's Motion to Stay or Modify Execution Date and his Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1). The Court will issue an order lifting the stay once the Court has ruled on those two motions, unless its ruling on either Motion is incompatible with lifting the stay.

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

**[Alternative 2]**

**[ ]**   In accordance with 28 C.F.R. § 26.2, the Court **ORDERS**:

(1)   The sentence of death, set forth in the Court's June 16, 2000 Judgment (ECF No. 290), shall be executed by a United States Marshal designated by the Director of the United States Marshals Service;

(2)   The sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death;

(3)   The sentence shall be executed on March 10, 2021, at the Federal Correctional Complex, Terre Haute, Indiana, and the Bureau of Prisons shall not reset that date, absent a motion to this Court requesting a *later* date, due to any logistical problems with that date, and

(4)   The prisoner under sentence of death shall be committed to the custody of the Attorney General or his authorized representative for appropriate detention pending execution of the sentence.

Finally, nothing in this Order shall be deemed to prevent a court of competent jurisdiction from issuing a stay or injunction of the execution if that court deems such a stay to be necessary and appropriate. Nor does this Order prevent the President of the United States from granting clemency to the defendant.

**[Alternative 3]**

**[ ]**   The Court will rule on Mr. Bernard's Motion to Modify Sentence under 18 U.S.C. § 3582(C)(1), along with his Motion to Modify the Execution Date, on an emergency basis. The Court directs the government to file any response no later than noon, December 8, 2020, and Mr. Bernard to file any reply by midnight, December 8, 2020, and this Court will rule by the close of business on December 9, 2020.

ORDER ON DEFENDANT'S EMERGENCY MOTION TO STAY EXECUTION
*United States v. Bernard*, 6:99-CR-00070-ADA-2 Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

It is so ordered this _____ day of December, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 West Jackson Blvd., Suite 1056
Chicago, IL 60604
Phone: (512) 577-8329
robowenlaw@gmail.com
Texas Bar No. 15371950

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593.6710
john_carpenter@fd.org
Washington Bar No. 23301

ORDER ON DEFENDANT'S EMERGENCY MOTION TO STAY EXECUTION
*United States v. Bernard*, 6:99-CR-00070-ADA-2 Page | 3