| | Search documents in this case: | Search |

### No. 20-6570 *** CAPITAL CASE ***

| | |
|---|---|
| Title: | Brandon Bernard, Petitioner<br>v.<br>United States |
| Docketed: | December 8, 2020 |
| Linked with 20A110 | |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (19-70021) |
| Decision Date: | September 9, 2020 |
| Rehearing Denied: | November 6, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Dec 08 2020 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due January 7, 2021)<br><br>Motion for Leave to Proceed in Forma Pauperis    Petition    Appendix    Proof of Service |
| Dec 08 2020 | Application (20A110) for a stay of execution of sentence of death, submitted to Justice Alito.<br><br>Main Document |
| Dec 09 2020 | Brief of respondent United States in opposition filed.<br><br>Proof of Service    Main Document |
| Dec 10 2020 | Reply of petitioner Brandon Bernard filed.<br><br>Main Document    Proof of Service |
| Dec 10 2020 | Supplemental brief in support of stay application filed.<br><br>Main Document    Proof of Service |
| Dec 10 2020 | Second Supp. to Stay of Execution of Brandon Bernard not accepted for filing. (December 10, 2020 -- corrected version docketed above) |
| Dec 10 2020 | Petition DENIED. Justice Breyer and Justice Kagan would grant the petition for a writ of certiorari. Justice Sotomayor, dissenting from the denial of certiorari and application for stay. (Detached Opinion) |
| Dec 10 2020 | Application (20A110) referred to the Court. |
| Dec 10 2020 | Application (20A110) denied by the Court. Justice Breyer and Justice Kagan would grant the application. Justice Sotomayor, dissenting from the denial of certiorari and application for stay. (Detached opinion) |

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 27, 2021

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 19-70021   USA v. Bernard
                          USDC No. 6:04-CV-164
                          USDC No. 6:99-CR-70-2

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817